# EXHIBIT A

## Vyne Dental
### RE: Henry Schein One, Dentrix Supportability

It was brought to our attention that Henry Schein One is allegedly informing dental practices, dental service organizations and other providers of healthcare that Henry Schein One will be releasing updates to Dentrix that will intentionally cause their practice management system to no longer be compatible with Vyne's revenue management solutions.

We would like to provide clarity to what these statements mean from our point of view:

- The Change Healthcare breach in February 2024 highlighted the importance of having more than one way to get your insurance claims paid. At Vyne, our position is that no provider should have to deal with the risks and costs associated with a lack of choice in routing claims. To that regard, Vyne has always provided tools to give providers choice.

- Henry Schein One has allegedly stated they are taking actions to actively block **your ability** to use Vyne products, couching it in a general statement of "security, performance and reliability" concerns. However, Vyne is a SOC II, HiTrust-certified HIPAA Clearinghouse with a strong focus on quality, security, and performance.

- According to our records, approximately 20% of Henry Schein One's Dentrix customers use Vyne Trellis for revenue cycle management. You are not alone and we remain committed to innovating RCM solutions that provide the best value with a best-in-class experience.

- **You have a collective voice & we encourage you to engage with your local Henry Schein representative or call their customer support line at 1-800-472-4346 to express your concerns regarding tactics that could materially disrupt your practice.**

Vyne Dental fully supports interoperability across healthcare systems to improve data portability which ultimately drives provider choice and increased transparency into data exchange. We value you, our clients, and your need to protect the privacy and security of the data you share with us. Your trust in our operations is paramount to our mission.

For more information regarding our security measures, please visit our webpage at
https://trust.vynecorp.com.

We are grateful to serve your dental practice and excited to continue bringing innovative solutions to your revenue cycle journey.

James Grover
President
Vyne Dental