# EXHIBIT B

4/25/25, 12:45 PM info.henryscheinone.com/webmail/791263/660778933/4aa7bbfa13aca696b1ce1d8ca1800096391dfad47268bb1eb7cf9290867c007a

Case 1:25-cv-03246-MJM    Document 1-2    Filed 09/30/25    Page 2 of 3



# Vyne Disconnects Imaging & Claims

Get cleaner claims, fewer errors, and faster payments with smarter imaging.



## Disconnected Tools Mean Denied Claims. Vyne Doesn't Fix That—Dentrix Does.

If you're using Vyne, you're manually attaching images, typing in CDT codes, and crossing your fingers. Sound familiar? That extra effort often leads to costly mistakes, claim rejections, and payment delays.

Dentrix changes the game—by syncing your imaging directly with claims. No more extra steps. No more missing attachments.

### Here's how Dentrix beats Vyne:

- **Auto-applies CDT codes to images**—no manual entry, fewer errors
- **Automatically attaches images**—no uploads, no missed documentation
- **Fewer rejections, faster payments**—clean claims on first submission
- **Real-time claim updates**—know what's accepted and what's not, instantly

**Bonus**: It's all in one place. No more jumping between tools.

P.S. For a limited time, upgrade from Vyne to the Dentrix Eligibility & Claims Suite for just **$99/month** and stop losing time and money on disconnected processes.

### Get Paid for the Care You Deliver!

Limited-time promotional offer valid for the first 12 months. Available only to new Eligibility & Claims Suite customers. Requires the latest version of Dentrix.

Case 1:25-cv-03246-MJM    Document 1-2    Filed 09/30/25    Page 3 of 3





View in Browser | Privacy Statement
Update Email Preferences | Unsubscribe from All Emails

Copyright © 2025, Henry Schein One, 1220 South 630 East, American Fork, UT 84003