# EXHIBIT C

# Streamline Claim Adjudication Processes with *Fast*Attach

## What is *Fast*Attach?

The *Fast*Attach® solution submits electronic claim attachments and supporting documentation. Say "goodbye" to claim processing delays and get reimbursements flowing with *Fast*Attach.

### Improve claim times by electronically transmitting:

- Radiographs & intraoral images
- Perio charts
- EOBs
- Clinical charts and narratives
- Pre-treatment estimates
- Secondary insurance information

*Fast*Attach is an encrypted, internet-based software, and meets industry security requirements. Additionally, *Fast*Attach interfaces with most major dental practice management systems and clearinghouses to streamline your practice's workflow.

## How does *Fast*Attach work?

*Fast*Attach is easy to set up and use. Whenever supporting documentation is needed for a claim, prior authorization or request for more information, the user simply needs to import, upload, scan, or capture the image and attach it to the electronic request. *Fast*Attach supports a vast variety of image acquisition methods in the industry including: screen capture, file import, scanner and encrypted mobile device capture through our patented *Fast*Kapture app for iOS and Android.

### Easy to Use & Access

- Minimal training required
- 24/7 online access to your images
- Enables image sharing with other providers
- Works well for solo offices, multiple locations, multi-specialty clinics and more
- Unlimited customer service and support
- Online chat support tool

vynedental.com



© 2021 Napa EA/MEDX, LLC. All rights reserved.

## Easily view payer requirements

The *Fast*Attach product suite also includes *Fast*Look™, an integrated solution that provides individual payer attachment requirements. With *Fast*Look, providers can search by payer name and procedure code to determine if an attachment needs to be sent and if so, the exact parameters of what needs to be sent. Knowing this up-front eliminates the hassle of sending unnecessary attachments and saves time.

## Why Vyne Dental & *Fast*Attach?



**100%** electronic claim attachment connectivity



**750+** dental plans/payers



**50,000+** dental offices



Transmitting **over 10 million** encrypted images yearly

# Register now!

Start sending unlimited supporting documentation and claim attachments electronically to over 750 dental plans and payers for only **$40 per month per office location**\*!

Register online at: **vynedental.com**
or contact Vyne Dental Sales at: **(800) 782-5150, opt. 3**

\*Each dental practice office location submitting claim attachments is required to have its own *Fast*Attach subscription and *Fast*Attach Facility ID. Separate registration is required for each office location. Offices wishing to register more than one location, please contact Vyne Dental Sales for registration assistance.

vynedental.com

© 2021 Napa EA/MEDX, LLC. All rights reserved. All third-party trademarks and tradenames (including logos and icons) referenced are and remain the property of their respective owners.

