IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL,<br><br>      *Plaintiff*,<br><br> -against-<br><br>HENRY SCHEIN ONE, LLC,<br><br>      *Defendant*. | Case No. 1:25-cv-03246-MJM |

**MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

  Pursuant to Fed. R. Civ. P. 65, Plaintiff National Electronic Attachment, Inc., d/b/a Vyne Dental ("Vyne") hereby moves for a temporary restraining order and preliminary injunction enjoining Defendant Henry Schein One, LLC ("HS One") from using its Dentrix software program to disable Vyne's software or otherwise interfere with Vyne's customers' use of Vyne's software.

  As set forth in more detail in the accompanying memorandum of law, Vyne has a strong likelihood of success on the merits of its claims that HS One's recent efforts to impede or disable Vyne's customers' use of Vyne's programs to process insurance claims and carry out related clearinghouse and data exchange transactions for their practices are tortious and in violation of Maryland law prohibiting unfair competition and tortious interference with contractual and business relations. Because HS One's misconduct threatens Vyne's business reputation, customer perception of the efficiency and quality of its products, and Vyne's ability to retain its existing customers and attract new customers, Vyne faces imminent irreparable injury in the absence of injunctive relief. That injury outweighs any harm the injunction could cause by requiring HS One to revert to the position of noninterference with regard to mutual customers' use of Vyne's products

that it occupied for many years until just a few months ago. Given the imminent and irreparable harm, and for the reasons set forth in the accompanying memorandum of law, the Court should enter a temporary restraining order under Rule 65(b), followed by a preliminary injunction under Rule 65(a).

DATED:      October 2, 2025

                                              */s/ K. Nichole Nesbitt*

K. Nichole Nesbitt (Bar No. 26137)
Derek M. Stikeleather (Bar No. 27815)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4026
knn@gdldlaw.com
dstikeleather@gdldlaw.com

Michael Shuster (admission motion forthcoming)
Vincent Levy (admission motion forthcoming)
Daniel Fahrenthold (admission motion forthcoming)
Torrell Mills (admission motion forthcoming)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151
vlevy@hsgllp.com

*Attorneys for Plaintiff*
*National Electronic Attachment, Inc. d/b/a Vyne Dental*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___2nd___ day of October, 2025, a copy of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, the Memorandum of Law in support thereof, and proposed orders were emailed to the following persons, who stated that they represented Defendant in connection with the current dispute between the parties:

    Michael Burshteyn (Michael.Burshteyn@gtlaw.com)
    Marcelo Barros (Marcelo.Barros@gtlaw.com)
    Greenberg Traurig, LLP

These materials were also sent via Overnight Mail to the following:

    Henry Schein One, LLC
    1220 South 630 East, Suite 100
    American Fork, UT 84003

    Henry Schein One, LLC
    c/o Corporation Service Company
    251 Little Falls Drive
    Wilmington, DE 19808

    Henry Schein One, LLC
    c/o Corporation Service Company
    15 West South Temple, Suite 600
    Salt Lake City, UT, 84101

                                           */s/ K. Nichole Nesbitt*