IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,<br><br>         *Plaintiff*,<br><br>  -against-<br><br>HENRY SCHEIN ONE, LLC,<br><br>         *Defendant*. | Case No. 1:25-cv-03246 |

**DECLARATION OF JAMES NIX**

I, James Nix, declare under penalty of perjury as follows:

1.    I am an adult citizen of the United States and am competent to testify as to the matters set forth in this declaration. I submit this declaration in support of the application of National Electronic Attachment, Inc., d/b/a Vyne Dental ("Vyne Dental" or "Vyne") for a temporary restraining order and preliminary injunction in the above-captioned suit.

2.    I have been the Chief Technology Officer ("CTO") at Vyne Dental since 2023. The information set forth herein is true, to the best of my knowledge and belief, in my capacity as CTO of Vyne Dental.

        I.    **Vyne Trellis's Printer-Driver Functionality**

3.    Vyne Dental offers a clearinghouse and revenue cycle management ("RCM") software program called Vyne Trellis which facilitates dental practices' submission of insurance claims and related data exchange transactions. Typically, dental practices also use separate software programs to manage their front-office administrative tasks such as insurance information intake and scheduling. One such program, called Dentrix, is offered by Defendant Henry Schein One, LLC ("HS One").

4.       In order for dental practices to use Vyne Trellis to submit insurance claims and carry out similar data-exchange transactions, they must export patient health information from a practice management software program like Dentrix and then import that information into Vyne Trellis.

5.       To facilitate this transfer of information between programs, Vyne provides its customers with a printer driver that allows dental offices to effectively "print" electronic health information from Dentrix to an electronic document that is then transmitted to Vyne, akin to a "print to PDF" function in Microsoft Word.  The printer driver allows providers to export patient data from Dentrix and deliver it to Vyne Trellis.

6.       A printer driver is a technologically simple and efficient means for dental practices to move data from one program to another.  Multiple other service providers rely on the same printer driver integration to facilitate the transfer of data from a healthcare provider to a service provider, and Vyne has integrated its own driver with over 90 other practice management systems. In fact, Dentrix itself uses this type of integration in its own "Send to Dentrix Document Center" functionality that it offers customers to use for capturing and importing "email messages, electronic EOBs, treatment plan estimates, and anything else you can print."[1]  And HS One uses the exact same printer-driver functionality for claims integration within "EDS," HS One's own clearinghouse and RCM solution, when integrating with third-party practice management systems (systems like Dentrix).[2]

---

[1] Dentrix Magazine, "Printing to the Dentrix Document Center," *available at* https://magazine.dentrix.com/printing-to-the-dentrix-document-center/ (Oct. 29, 2021).

[2] *See* Electronic Dental Services, "Sending Claims to EDS," *available at* https://hsps.pro/EDS-Eaglesoft/quickstarts/01_EDS_ES_Sending_Claims_to_EDS.html    (last visited Oct. 2, 2025) (describing use of the "EDS Claims Capture printer" which "'prints (converts) the claims[] information into text documents and places them into a directory folder from which EDS pulls the documents to read and load into EDS Bridge").

7. The security of patient data is a fundamental priority for Vyne. To that end, Vyne has obtained security certifications through third-party audits of its data security and privacy controls on its programs, including Vyne Trellis. These certifications ensure that Vyne maintains rigorous standards for data security and privacy and that its data management practices comply with state and federal law, including HIPAA. Vyne is SOC II Type 2-certified and HITRUST-CSF® v.11.3.0 (i1)-certified.

8. Vyne's printer driver is therefore designed to protect patient confidentiality and ensure smooth interoperation with other practice management software. Vyne encrypts all sensitive data sent by its customers consistent with healthcare industry standards, using TLS 1.2 or greater with common secure ciphers to encrypt that data in transit. Moreover, Vyne's printer driver functionality does not create a persistent local file in the process of transferring data, which provides another layer of security. Instead, the printer driver creates a file on the local file system in the customer's user directory that gets picked up by Vyne and converted to a file that is sent via TLS securely up to Vyne's servers. At that point, Vyne deletes the local file.

9. Nor does Vyne's printer driver access confidential or proprietary information belonging to its customers' practice management software companies. When a customer transfers their data stored on (for example) Dentrix to Vyne using the printer driver, none of HS One's confidential or proprietary information is submitted to Vyne; instead, the printer driver simply allows customers to capture their patients' electronic health information from Dentrix and deliver it to Vyne. Put differently, Vyne's printer driver has no "Read" or "Write" access to HS One's databases, meaning that the printer driver does not allow Vyne to independently modify or view any aspects of the Dentrix platform.

10. To the best of my knowledge, Vyne has offered the same printer-driver functionality to customers for over 20 years.

II. **HS One Begins Targeting Vyne Software Functionality**

11. As explained in more detail in the Declaration of Vyne CEO Stephen Roberts, submitted alongside this Declaration, beginning in early 2025, HS One began dissemination false information regarding supposed security risks presented by Vyne Trellis's printer-driver functionality.

12. On or around April 17, 2025 HS One took its first step toward severing its customers' ability to share patient data with Vyne. HS One released a new beta version of Dentrix to a public server that (1) included Vyne's printer driver on a list of supposedly "hostile printers"—HS One also transmitted that "hostile printer" list to a number of customers—and (2) prevented customers from printing (their own) data to Vyne from the updated version of Dentrix. As a result, when customers attempted to print their data to Vyne from the new version of Dentrix, the printed document would appear as a blank document. Customers also reported seeing a pop-up indicating that Vyne's printer driver was flagged as "[a]ctivity detected from an unauthorized third-party."



13. After reviewing the release notes for the new Dentrix version, Vyne discovered that HS One had installed a new data-gathering tool called "EventBridge" on customers' Dentrix platforms. Vyne learned that EventBridge worked by surreptitiously monitoring customers'

Dentrix platforms and exporting to HS One information relating to the customer's installed printer drivers and programs, allowing Dentrix to specifically identify Vyne customers and block customers' access to Vyne's printer driver.

14. Dentrix's use of EventBridge to collect this information went far beyond what Dentrix's users consented to in Dentrix's End User License Agreement ("EULA"). While Dentrix users consented to providing HS One with information regarding their operating systems, memory configuration, and their use of certain functionalities in the form of feature usage patterns, EventBridge's penetration of Dentrix customers' systems went far deeper—including complete hardware fingerprinting, network surveillance (extracting IP and MAC addresses and network configuration details), software inventory collection (surveying and reporting all installed applications, and a complete software catalog of users' entire systems), and even real-time telemetry and monitoring, reporting to HS One whenever Dentrix users opened patient charts and, importantly to HS One, all related printing events.

15. HS One's targeting of Vyne's printer driver as hostile disparaged Vyne's offering as unauthorized, inhibited its proper functioning, and disadvantaged Vyne in favor of HS One's own competing product, even though Dentrix uses essentially the same approach as Vyne. Other companies' printer drivers were also targeted in HS One's Dentrix update.

### III. HS One Seeks to Directly Disable Vyne Trellis

16. On September 23, 2025, HS One distributed a Dentrix update to customers containing an automated security scanner that specifically targets and disables Vyne software services. The scanner runs continuously every 10 minutes, automatically stopping and permanently disabling any Windows services signed with Vyne's digital certificate. The scanner operates continuously while Dentrix is running, disabling any Vyne services and preventing them from restarting, even on a reboot of the system. It functionally disables any Vyne Dental software

installed on the computer systems of the affected practices. On information and belief, the update has already been deployed to hundreds of mutual customers of Vyne and HS One, including at least seven in the state of Maryland who were completely cut off from Vyne software.

17. Unlike HS One's previous attempt to block Vyne's printer driver—which maintained a thin veneer of neutrality by treating printing services other than Vyne's as "hostile"—this update specifically and solely targets Vyne's software, hunting for any Windows services that are tied to Vyne or signed by Vyne's digital signature.

18. To Vyne's knowledge, HS One provided no notice to the affected practices that it would use Dentrix to deploy a virus that would disable a competitor's software, nor does the Dentrix's security scanner inform users or offer an opt-out when it disables Vyne's programs. Instead, HS One's update represents intentional competitive blocking of Vyne's software disguised as security functionality.

19. Since that date, Vyne has been forced to take action to restore Vyne functionality for affected users, including, for some customers, manual intervention to enable them to continue to submit insurance claims. Still, many Vyne customers have been unable to submit insurance claims via the print driver or carry out other RCM services due to HS One's targeting of Vyne software.

I declare under penalty of perjury of the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of October, in Highland, Utah.

*/s/ James Nix*
JAMES NIX
Chief Technology Officer
National Electronic Attachment, Inc., d/b/a Vyne Dental