IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,<br><br>*Plaintiff*,<br><br>v.<br><br>HENRY SCHEIN ONE, LLC,<br><br>*Defendant*. | Case No. 1:25-cv-03246-MJM |

**[PROPOSED] ORDER GRANTING
<u>MOTION FOR TEMPORARY RESTRAINING ORDER</u>**

Pursuant to Federal Rule of Civil Procedure 65(b), and upon consideration of the Motion for a Temporary Restraining Order and Preliminary Injunction of Plaintiff National Electronic Attachment, Inc., d/b/a Vyne Dental ("Vyne"), it is, this __ day of _____ 2025, hereby

**ORDERED** that the motion for a Temporary Restraining Order is **GRANTED** and that a Temporary Restraining Order is hereby entered pursuant to Rule 65(b); it is further

**ORDERED** that, until further order of the Court, Defendant Henry Schein One, LLC ("HS One"), along with all its officers, agents, servants, employees, attorneys, and other persons with notice of this order acting in concert with HS One, is enjoined and forbidden from using Dentrix or any other software program to disable Vyne software and/or software functions, or otherwise to interfere with Vyne's customers' use of Vyne's software; and it is further

**ORDERED** that, until further order of the Court, HS One, along with all its officers, agents, servants, employees, attorneys, and other persons with notice of this order acting in concert with HS One, is enjoined and forbidden from denying printer-driver access to Vyne's customer's electronic health information stored in Dentrix;

**ORDERED** that, until further order of the Court, HS One, along with all its officers, agents, servants, employees, attorneys, and other persons with notice of this order acting in concert with HS One, is enjoined and forbidden from denying or otherwise interfering with or impeding Vyne's access to Vyne's customer's electronic health information stored in Dentrix; and it is further

**ORDERED** that the bond requirement of Federal Rule of Civil Procedure 65(c) is waived and that this injunctive relief is effective upon notice; and it is further

**ORDERED** that HS One submit its brief in opposition to Vyne's application for a preliminary injunction by _____, that Vyne shall submit its reply in further support of its application for a preliminary injunction by _____, and that the Court will hear argument on _____ as to whether to enter a preliminary injunction under Rule 65(a).

**IT IS SO ORDERED.**

_____
Hon. Matthew J. Maddox
United States District Judge