IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL,<br><br>    *Plaintiff*,<br><br> -against-<br><br>HENRY SCHEIN ONE, LLC,<br><br>    *Defendant*. | Case No. 1:25-cv-03246-MJM |

### [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(b), and upon consideration of the Motion for a Temporary Restraining Order and Preliminary Injunction of Plaintiff National Electronic Attachment, Inc., d/b/a Vyne Dental ("Vyne"), it is, this __ day of _____ 2025, hereby

**ORDERED** that the motion for a Preliminary Injunction is **GRANTED** and that a Preliminary Injunction is hereby entered pursuant to Rule 65(a); it is further

**ORDERED** that, until further order of the Court, Defendant Henry Schein One, LLC ("HS One"), along with all its officers, agents, servants, employees, attorneys, and other persons with notice of this order acting in concert with HS One, is enjoined and forbidden from using Dentrix or any other software program to disable Vyne software and/or software functions, or otherwise to interfere with Vyne's customers' use of Vyne's software; and it is further

**ORDERED** that, until further order of the Court, HS One, along with all its officers, agents, servants, employees, attorneys, and other persons with notice of this order acting in concert with HS One, is enjoined and forbidden from denying printer-driver access to Vyne's customer's electronic health information stored in Dentrix; and it is further

**ORDERED** that, until further order of the Court, HS One, along with all its officers, agents, servants, employees, attorneys, and other persons with notice of this order acting in concert with HS One, is enjoined and forbidden from denying or otherwise interfering with or impeding Vyne's access to Vyne's customer's electronic health information stored in Dentrix; and it is further

**ORDERED** that HS One is required to provide notice to its customers of this Order; and it is further

**ORDERED** that the bond requirement of Federal Rule of Civil Procedure 65(c) is waived and that this injunctive relief is effective upon notice.

**IT IS SO ORDERED.**

                                                                 _____
                                                                 Hon. Matthew J. Maddox
                                                                 United States District Judge