IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL,<br><br>　　　　　　*Plaintiff*,<br><br>　-against-<br><br>HENRY SCHEIN ONE, LLC,<br><br>　　　　　　*Defendant*. | Case No. 1:25-cv-03246 |

**MOTION TO SHORTEN BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
<u>AND TO SET A HEARING DATE</u>**

Plaintiff National Electronic Attachment, Inc., d/b/a Vyne Dental ("Vyne") moves, under L.R. 105.2(a), to (1) shorten—by two days—the time by which Defendant Henry Schein One, LLC ("HS One") must file any opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (the "PI Motion"), ECF 6; (2) shorten Vyne's own reply deadline by seven days; and (3) set a hearing date to occur promptly after October 21.  Granting this motion is in the interests of justice and efficiency and would avoid irreparable harm to Vyne.  It would make Defendant's opposition due Tuesday, October 14, and Vyne's reply due October 21.[1]

**RELEVANT PROCEDURAL HISTORY**

On October 2, Vyne filed the PI Motion to protect its customers' access to Vyne software, to restore their ability to exchange their own electronic health information securely and efficiently between HS One's and Vyne's platforms as they did for twenty years using Dentrix's print function,

---

[1] The deadline for HS One to file an opposition to Plaintiff's PI Motion would normally be October 16, 2025, 14 days after that motion was served, with Plaintiff's reply due 14 days thereafter.  *See* Local Rule 105.2(a).  The Rule allows the Court to modify this schedule.  *See id*.

and ultimately to help customers get back to running their dental practices without interference by HS One. ECF 6. The next day, HS One filed a "Notice of Intent to File Opposition" to that motion and suggested that it would seek to transfer this case to Utah, its own home jurisdiction. ECF 12. At the same time, HS One filed a competing complaint, arising from the same subject matter, in the U.S. District Court for the District of Utah. ECF 12, Complaint, *Henry Schein One, LLC v. Nat'l Elec. Attachment, Inc., d/b/a Vyne Dental*, No. 25-cv-00883 (D. Utah Oct. 3, 2025).

On October 8, HS One moved for preliminary injunctive relief in the District of Utah, accusing Vyne of orchestrating a "malicious computer hacking campaign against HSOne's practice management software." *See* Mot. for TRO & Prelim. Inj. at 1, *Henry Schein One*, No. 25-cv-883 (D. Utah Oct. 8, 2025), Dkt. 14. The Utah District Court promptly denied HS One's motion without prejudice, deferring to this Court as the first-filed jurisdiction. *See* Ex. A hereto, at 2.

In the meantime, Vyne has continued to suffer the harms described in its motion. Since October 1, as a result of HS One's efforts, 184 more concerned Vyne customers have reached out to Vyne about their continued ability to use Vyne software. At least two additional Maryland dental practices have had their access to Vyne software completely blocked by HS One's newest virus. And many customers' use of Vyne software to submit dental claims declined precipitously in the week ending October 5, 2025, including over 450 more joint Vyne–Dentrix customers that submitted at least 50% fewer claims than in the previous week.

To prevent further irreparable harm to Vyne's business and its relationships with its customers and given that HS One has prioritized a collateral attack on this Court's jurisdiction over preparing and filing its opposition to the PI Motion, Vyne respectfully requests that this Court grant this motion and expedite the PI Motion. Vyne asks that HS One should file any opposition by

Tuesday, October 14, with Vyne's reply due by Tuesday, October 21.  Vyne respectfully asks that the Court schedule a hearing on the PI Motion as soon as practicable thereafter.[2]

DATED:   October 9, 2025

*/s/ K. Nichole Nesbitt*
K. Nichole Nesbitt (Bar No. 26137)
Derek M. Stikeleather (Bar No. 27815)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4026
knn@gdldlaw.com
dstikeleather@gdldlaw.com

Michael Shuster (motion *pro hac vice* pending)
Vincent Levy (motion *pro hac vice* pending)
Daniel Fahrenthold (motion *pro hac vice* pending)
Torrell Mills (motion *pro hac vice* pending)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151
vlevy@hsgllp.com

*Attorneys for Plaintiff*
*National Electronic Attachment, Inc. d/b/a Vyne Dental*

---

[2] HS One apparently has not released new Dentrix updates since Vyne filed its PI Motion. If HS One takes action that creates even more urgency for Vyne's pending PI Motion, Vyne will advise the Court.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 9th day of October 2025, copies of Plaintiff's Motion to Shorten Briefing Schedule for Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction and to Set a Hearing Date and Proposed Order were served through the CM/ECF System on all counsel of record.

            */s/ K. Nichole Nesbitt*