IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,<br><br>    *Plaintiff*,<br><br> -against-<br><br>HENRY SCHEIN ONE, LLC,<br><br>    *Defendant*. | Case No. 1:25-cv-03246 |

### ORDER SHORTENING BRIEFING SCHEDULE

Upon consideration of the Motion to Shorten Briefing Schedule for Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction and to Set a Hearing Date (the "Motion") filed by Plaintiff National Electronic Attachment, Inc., d/b/a Vyne Dental and any Opposition thereto, it is this 10th day of October 2025, hereby

**ORDERED** that the Motion is GRANTED IN PART; and it is further

**ORDERED** that Defendant Henry Schein One, LLC shall have until **Wed., October 15, 2025,** to file any response in opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction; and it is further

**ORDERED** that Plaintiff National Electronic Attachment, Inc., d/b/a Vyne Dental shall have until **Tues., October 21, 2025,** to file any reply thereto; and it is further

**ORDERED** that the Court will hear argument on **Thurs., October 23, 2025, at 2:00 p.m.** as to whether to enter a temporary restraining order and preliminary injunction under Rule 65.

IT IS SO ORDERED this 10th day of October, 2025.

                _____
                Hon. Matthew J. Maddox
                United States District Judge