IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>Plaintiff,<br><br>- against –<br><br>HENRY SCHEIN ONE, LLC,<br><br>Defendant. | Case No. 1:25-cv-03246-MJM |

**DEFENDANT HENRY SCHEIN ONE, LLC'S
MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

Henry Schein One, LLC ("HSOne"), pursuant to 28 U.S.C. § 1404(a), respectfully moves this Court to transfer this action to the United States District Court for the District of Utah, where HSOne's case against National Electronic Attachment, Inc., d/b/a Vyne Dental ("Vyne") is pending (no. 2:25-cv-00883-AMA-JCB, filed October 3, 2025).

As set forth in HSOne's accompanying memorandum of law, transfer is warranted because Utah is the nexus of the parties' dispute: HSOne is headquartered there, Vyne maintains an office and key executives there, and the conduct giving rise to the claims occurred there. By contrast, Vyne is neither incorporated nor headquartered in Maryland, and its ties to this forum are minimal. Transferring this case will ensure convenience for the parties and witnesses, avoid duplicative litigation, and serve the interests of justice, particularly in light of Vyne's anticipatory filing and forum shopping.

WHEREFORE, for the reasons stated above and in the accompanying memorandum in support, HSOne requests that the Court transfer this action to the District of Utah.

Date: October 14, 2025

**GREENBERG TRAURIG, LLP**

By: */s/ Michael Burshteyn*

    Michael Burshteyn *(pro hac vice)*
    Marcelo Barros *(pro hac vice)*
    101 Second Street, Suite 2200
    San Francisco, CA 94105
    Tel: (415) 655-1300
    Michael.burshteyn@gtlaw.com
    Marcelo.barros@gtlaw.com

    Michael R. Sklaire (MD Fed. Bar No. 16471)
    1750 Tysons Boulevard, Suite 1000
    Tysons Corner, VA 22102
    Tel: (703) 749-1308
    michael.sklaire@gtlaw.com

    *Counsel for Henry Schein One, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF No. system, which will send notification of such filing to all counsel of record.

*/s/ Michael Burshteyn*
