IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>         Plaintiff,<br><br> - against –<br><br>HENRY SCHEIN ONE, LLC,<br><br>         Defendant. | Case No. 1:25-cv-03246-MJM |

**DECLARATION OF BRIAN WEATHERLY IN SUPPORT OF HENRY SCHEIN ONE'S MOTION TO TRANSFER**

I, BRIAN WEATHERLY, declare under penalty of perjury:

1. I am the Chief Executive Officer (CEO) of Henry Schein One LLC ("HSOne"). I submit this declaration in support of HSOne's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration and if asked to testify as to these facts, I would be competent to do so.

2. HSOne is a leading dental software provider. HSOne is incorporated in Delaware. Its principal place of business is in Utah.

3. HSOne's software systems, called Dentrix and Dentrix Ascend, help dentist offices manage their patient records so they can focus on patient care. HSOne invests significant resources in making its Dentrix platform open and transparent and has developed 750 Application Programming Interface ("API") endpoints to that end. Over 100 vendors participate in HSOne's API Exchange. Those vendors use HSOne's API to integrate with their own

1

applications. Vyne, a billing point solution, refuses to use the Dentrix API. Vyne also refuses to do a direct integration with HSOne.

4. In addition to interoperability, HSOne also invests significantly in security. I took the role of CEO in January 2025 and was tasked with ushering the strengthening and overhaul of HSOne's cybersecurity infrastructure, with a particular focus on security and integration control. On February 20, 2025, HSOne issued a press release stating that "[w]ith its continued momentum toward the most connected platform, [HSOne] [will be] enhancing security, driving innovation, and creating automated synergies for common dental workflows." To that end, HSOne sought to eliminate unauthorized integrations, enforce approved APIs only, and deploy security patches and upgrades.

5. These implementations began in the summer of 2025 and involved technical and policy changes affecting third-party connectivity. Some measures adopted by HSOne involved the restriction of outdated backchannels and unapproved APIs, such as Vyne's legacy unauthorized integrations. HSOne's measures are consistent with its publicly stated objectives and are meant to ensure a safe and compliant customer data environment where the platform can allow access and integration securely. HSOne applies its policies across the board, not just in the case of Vyne.

6. When it became clear that Vyne would not stop its hacks, HSOne sent a cease-and-desist letter on August 26, 2025. HSOne demanded that Vyne immediately stop its hacking and circumvention methods, which were causing service disruptions and creating a cybersecurity risk. Vyne retained counsel, who responded to HSOne's letter on September 6, 2025.

7. In the meantime and since its response, Vyne has not stopped its unauthorized access. Despite this, HSOne kept engaging in good faith to try and reach a commercial resolution and avoid judicial intervention. From the date of the cease and desist to Vyne's filing of the Complaint, HSOne presented Vyne with several commercial options, including a Term Sheet, sent on September 18, 2025, that the parties were actively discussing when Vyne filed suit.

8. Since the first meeting in late 2024, there have been multiple meetings between the Vyne's CEO and myself. These discussions culminated in our last meeting taking place on September 30, 2025. I expressed my concerns about Vyne's apparent unrelenting escalating hacking campaign. I also conveyed to Mr. Roberts (Vyne's CEO) that litigation was likely imminent and stated to Vyne that HSOne was prepared to file its lawsuit imminently. Mere hours later, Vyne sued us in Maryland.

9. Vyne and HSOne share multiple thousands of customers outside of Maryland. The allegations Vyne makes about its Maryland customers constitute less than half a percent of HSOne's nationwide customers.

I declare under penalty of perjury of the laws of the United States that the foregoing facts and allegations are true and correct to the best of my knowledge, information and belief. Executed on this 14th day of October, 2025, in American Fork, Utah.

Respectfully submitted,

_____
BRIAN WEATHERLY