IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>Plaintiff,<br><br>- against –<br><br>HENRY SCHEIN ONE, LLC,<br><br>Defendant. | Case No. 1:25-cv-03246-MJM |

**DECLARATION OF BRIAN WEATHERLY IN SUPPORT OF HENRY SCHEIN ONE'S OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, BRIAN WEATHERLY, declare under penalty of perjury:

1. I am the Chief Executive Officer (CEO) of Henry Schein One, LLC ("HSOne"). I submit this declaration in support of HSOne's Opposition to Plaintiff National Electronic Attachment, Inc. d/b/a/ Vyne Dental ("Vyne") Motion for Temporary Restraining Order and Preliminary Injunction. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration and if asked to testify as to these facts, I would be competent to do so.

2. HSOne is incorporated in Delaware. Its principal place of business is in Utah.

3. HSOne's software systems, called Dentrix and Dentrix Ascend, help dentist offices manage their patient records so they can focus on patient care. HSOne invests significant resources in making its Dentrix platform open and transparent and has developed 750 Application Programming Interface ("API") endpoints to that end. Over 100 vendors participate in HSOne's API Exchange. Those vendors use HSOne's API to integrate with their own applications.

1

4. Vyne, a billing point solution, refuses to use the Dentrix API. Vyne also refuses to do a direct integration with HSOne. We have offered Vyne commercial terms that are consistent and fair with what we would offer any other vendor in a similar situation.

5. In addition to interoperability, HSOne also invests significantly in security. I took the role of CEO in January 2025 and was tasked with ushering the strengthening and overhaul of HSOne's cybersecurity infrastructure, with a particular focus on security and integration control. On February 20, 2025, HSOne issued a press release stating that "[w]ith its continued momentum toward the most connected platform, [HSOne] [will be] enhancing security, driving innovation, and creating automated synergies for common dental workflows." To that end, HSOne sought to eliminate unauthorized integrations, enforce approved APIs only, and deploy security patches and upgrades.

6. These implementations began in the summer of 2025 and involved technical and policy changes affecting third-party connectivity. Some measures adopted by HSOne involved the restriction of outdated backchannels and unapproved APIs, such as Vyne's legacy unauthorized integrations. HSOne's measures are consistent with its publicly stated objectives and are meant to ensure a safe and compliant customer data environment where the platform can allow access and integration securely. HSOne applies its policies across the board, not just in the case of Vyne.

7. Although HSOne suspected that Vyne was not engaging in commercial discussions in good faith, we continued to make every effort to try to come to a business resolution. HSOne offered Vyne a return to our API. We offered a direct integration similar to what we have done in other clearinghouse situations.

8. Eventually, by late August 2025, HSOne had no choice but to send Vyne a demand detailing Vyne's violations of multiple federal laws against computer hacking,

circumvention, and interception. Vyne responded in early September 2025, claiming it was only using a "print" to "pdf" feature that it had always used for 20 years. Although HSOne's investigation had already disproven this, HSOne continued to attempt to engage with Vyne in good faith. I continued to meet with Vyne's CEO attempting to find commercial terms.

9. On September 30, 2025, I conveyed to Vyne's CEO that unless Vyne demonstrated a concrete sign of good faith, by sending the signature to the Utah-venue tolling agreement that the parties had agreed upon, HSOne would have no choice but to conclude that Vyne was not serious about resolution and initiate litigation. Vyne, later that night, filed its case in Maryland in anticipation and its motion for a TRO and PI a few days later.

I declare under penalty of perjury of the laws of the United States that the foregoing facts and allegations are true and correct to the best of my knowledge, information and belief. Executed on this 15th day of October, 2025, in Faversham, Kent, United Kingdom.

Respectfully submitted,

*[signature]*

BRIAN WEATHERLY

3