**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>Plaintiff,<br><br>- against –<br><br>HENRY SCHEIN ONE, LLC,<br><br>Defendant. | Case No. 1:25-cv-03246-MJM |

**DEFENDANT HENRY SCHEIN ONE, LLC'S**
**MOTION TO DISMISS PURSUANT TO RULES 12(b)(3) AND 12(b)(6)**

Henry Schein One, LLC ("HSOne"), pursuant to Rules 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Court to dismiss the Complaint filed by Plaintiff National Electronic Attachment, Inc., d/b/a Vyne Dental ("Vyne").

As set forth in HSOne's accompanying Memorandum of Law in Support of Its Motion to Dismiss, dismissal is warranted because venue is improper in this District under 28 U.S.C. § 1391(b)(2). Dismissal is also warranted Pursuant to Rule 12(b)(6) because Vyne fails to state a claim upon which relief can be granted for any of its causes of action. As set forth more fully in HSOne's supporting Memorandum of Law, HSOne respectfully requests that the Court grant its Motion and dismiss Vyne's Complaint with prejudice, together with such other and further relief as the Court deems just and proper.

Date: October 22, 2025

**GREENBERG TRAURIG, LLP**

By: */s/ Michael Burshteyn*

Michael Burshteyn *(pro hac vice)*
Marcelo Barros *(pro hac vice)*
Jennifer Bartlett *(pro hac vice)*
101 Second Street, Suite 2200
San Francisco, CA 94105
Tel: (415) 655-1300
Michael.burshteyn@gtlaw.com
Marcelo.barros@gtlaw.com
Jennifer.bartlett@gtlaw.com

Michael R. Sklaire (MD Fed. Bar No. 16471)
1750 Tysons Boulevard, Suite 1000
Tysons Corner, VA 22102
Tel: (703) 749-1308
michael.sklaire@gtlaw.com

*Counsel for Henry Schein One, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 22, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF No. system, which will send notification of such filing to all counsel of record.

*/s/ Jennifer Bartlett*
Jennifer Bartlett