IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>                       Plaintiff and Counter-Defendant,<br><br>- against –<br><br>HENRY SCHEIN ONE, LLC,<br><br>                       Defendant and Counter-Plaintiff. | Case No. 1:25-cv-03246-MJM |

**DEFENDANT HENRY SCHEIN ONE, LLC'S
MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Henry Schein One, LLC ("HSOne"), pursuant to Rule 65 of the Federal Rules of Civil Procedure, respectfully moves this Court for a temporary restraining order and preliminary injunction against Plaintiff National Electronic Attachment, Inc., d/b/a Vyne Dental ("Vyne").

As set forth in HSOne's accompanying Memorandum of Law in Support of Its Motion for a Temporary Restraining Order and Preliminary Injunction, immediate relief is necessary to prevent further irreparable harm caused by Vyne's conduct. As set forth in HSOne's accompanying Memorandum of Law, HSOne satisfies the elements for injunctive relief: (1) it is likely to succeed on the merits; (2) it is likely to suffer irreparable harm in the absence of preliminary relief; (3) the balance of equities tips in its favor; and (4) an injunction is in the public interest. As set forth more fully in HSOne's supporting Memorandum of Law and accompanying declarations and papers, HSOne respectfully requests that the Court grant its Motion and order the requested injunctive relief to prevent further irreparable harm, together with such other and further

relief as the Court deems just and proper.

Date: October 23, 2025

**GREENBERG TRAURIG, LLP**

By: */s/ Michael Burshteyn*

    Michael Burshteyn *(pro hac vice)*
    Marcelo Barros *(pro hac vice)*
    Jennifer Bartlett *(pro hac vice)*
    101 Second Street, Suite 2200
    San Francisco, CA 94105
    Tel: (415) 655-1300
    Michael.burshteyn@gtlaw.com
    Marcelo.barros@gtlaw.com
    Jennifer.bartlett@gtlaw.com

    Michael R. Sklaire (MD Fed. Bar No. 16471)
    1750 Tysons Boulevard, Suite 1000
    Tysons Corner, VA 22102
    Tel: (703) 749-1308
    michael.sklaire@gtlaw.com

    *Counsel for Henry Schein One, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF No. system, which will send notification of such filing to all counsel of record.

*/s/ Michael Sklaire*
Michael Sklaire
