## National Electronic Attachment, Inc.

### vs.

### Henry Schein One, LLC

FILED ___ ENTERED
LOGGED ___ RECEIVED

OCT 2025

AT BA___
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Dc _____ DEPUTY

**Civil No. MJM-25-03246**

**Plaintiff's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 10/23/25 | 10/23/25 | Blog |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |