# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,<br><br>                *Plaintiff*,<br><br>   -against-<br><br>HENRY SCHEIN ONE, LLC,<br><br>                *Defendant*. | Case No. 1:25-cv-03246- MJM |

## **ORDER**

Upon consideration of the Emergency Motion for an Order Allowing Depositions (the "Motion") filed by Plaintiff National Electronic Attachment, Inc., d/b/a Vyne Dental and any Opposition thereto, it is this ___ day of _____, 2025, hereby:

**ORDERED** that the Motion is Granted; and it is further

**ORDERED** that Plaintiff is allowed to depose any witness HS One intends to call at the November 12 hearing; and it is further

**ORDERED** that no deposition shall last more than two hours; and it is further

**ORDERED** that HS One is to make each witness available for deposition by remote means no later than November 10, 2025.

**SO ORDERED**.

                                                      Hon. Matthew J. Maddox
                                                      United States District Judge