IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>      Plaintiff and Counter-Defendant,<br><br>- against -<br><br>HENRY SCHEIN ONE, LLC,<br><br>      Defendant and Counter-Claimant. | Case No. 1:25-cv-03246-MJM |

**DECLARATION OF KENTON MCDANIEL IN SUPPORT OF HENRY SCHEIN ONE, LLC'S REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Kenton McDaniel, declare under penalty of perjury:

1. I am the Chief Information Security Officer (CISO) at HSOne. I submit this declaration in support of Henry Schein One, LLC's ("HSOne") reply in support of its motion for a temporary restraining order and preliminary injunction against National Electronic Attachment, Inc. d/b/a Vyne Dental ("Vyne"). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration and if asked to testify as to these facts, I would be competent to do so.

**A. Vyne Accesses HSOne-hosted Software and Servers in Cloud Infrastructure Based on its Exploits and Credential Misappropriation at the Customer Sites.**

2. HSOne's Dentrix software installed on its customers' premises is part of a system of software applications and services. These include the Dentrix application, the database that the application communicates with to read and write data, as well as other software operating on servers hosted by HSOne in a cloud infrastructure environment.

1

3. The component of software that operates on servers hosted by HSOne in a cloud infrastructure environment forms a part of the overall Dentrix application. This cloud infrastructure component is how HSOne upgrades the Dentrix software installed on customer environments. It sends software security upgrades and other software and data to the customer environment for updating the Dentrix software. The Dentrix application also can communicate and send data to the component of the system that is hosted by HSOne in a cloud infrastructure environment.

4. The component hosted by HSOne in a cloud infrastructure environment on a server is a protected computer. It is not accessible to the public. The other component, installed at the customer's environment, uses the customer's credentials to access this cloud infrastructure component.

5. Vyne does not have authorization to access the HSOne-hosted cloud infrastructure component of the Dentrix software application. HSOne invests resources in technical measures to secure the cloud infrastructure component. These measures include the measures HSOne deploys to secure the other components, including the application and the database that the customer installs. This is because the application can access the cloud infrastructure component using the customers' credentials.

6. Vyne's techniques to misappropriate credentials, including secrets for decryption, allow it to access the component of the Dentrix software HSOne hosts in its cloud infrastructure environment without authorization.

7. Vyne modifies the Dentrix software locally by using backend usernames and passwords on the Dentrix application at the customers' premises, which causes the Dentrix software to bypass routine upgrade checks. Vyne has the ability to turn the upgrade feature on or

off. Vyne can press any button or select any feature (or block any feature) it wants. Essentially, Vyne puts itself in the driver's seat of its customers' systems.

8. As the customers' Dentrix applications are running, they are sending information and data to Dentrix's software. Vyne can and does therefore inject data into Dentrix's software module outside of the customers' premises. Vyne's interference also prevents Dentrix software from installing upgrades to the Dentrix application at the customers' premises.

9. Because Vyne is writing to the database, it can inject data directly into HSOne's servers bypassing controls and business logic. This data flows up to Dentrix servers. HSOne uses the data in its servers to make decisions regarding upgrades and security needs based on the data in its servers. When Vyne writes data directly into HSOne's server, it prevents HSOne from having accurate data which HSOne would use to make decisions about its software updates.

10. When customers install the Dentrix application and database in their dental offices, they are not necessarily installed on bare metal machines in that office. Many HSOne customers use cloud infrastructure environments and virtualized environments as well.

11. HSOne customers agree to contracts, of which Vyne is aware, that contain multiple provisions prohibiting HSOne customers from permitting third-party access without authorization to HSOne's software systems.

**B. Vyne's Exploits Are Continuing to Cause HSOne Irreparable Harm.**

12. HSOne has received more than 500 complaints from customers about data integrity issues that HSOne's investigation shows are caused by Vyne's unauthorized access to HSOne's application and database, due to Vyne's improper writeback capability.

13. The nature of security risks is that attackers can persist in systems for periods of time before they execute their attack or before they are detected. This is why HSOne invests resources in mitigating vulnerabilities and continuously improving its security posture. Because

attacks are inevitable, building resilient secure systems is critical. Vyne's conduct interferes with HSOne's ability to secure its software systems.

### C. HSOne Protects its Systems and Does Not Target Vyne.

14. HSOne has not deployed any virus against Vyne. HSOne exercises restraint and takes care to deploy security controls that do not disrupt valid applications. Because Vyne modified its application to attack HSOne's software systems, HSOne had no choice but to stop the application from doing so. This was not meant to target Vyne but rather to stop malicious attacks on HSOne's software.

15. HSOne's investigation shows that Vyne deployed workarounds even to this security control and continued to access HSOne's systems without authorization in recent weeks, since HSOne filed its TRO and PI motion.

16. HSOne is consequently not expanding deployment of the particular security control of which Vyne complains because HSOne believes that Vyne has already developed workarounds.

I declare under penalty of perjury of the laws of the United States that the foregoing facts and allegations are true and correct to the best of my knowledge, information and belief. Executed on this 5th day of November, 2025, in Highland, Utah.

> Respectfully submitted,
>
> *(signature)*
> _____
> Kenton McDaniel