IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL,<br><br>                    *Plaintiff*,<br><br>   -against-<br><br>HENRY SCHEIN ONE, LLC,<br><br>                    *Defendant*. | Case No. 1:25-cv-03246<br><br>**JOINT STATUS REPORT** |

Plaintiff National Electronic Attachment, Inc. ("Vyne") and Defendant Henry Schein One LLC ("HSOne") provide this status report pursuant to the Court's November 7 order, Dkt. 63:

1. The parties have met and conferred regarding deposition scheduling. The parties have stipulated to an agreement to depose both parties' witnesses. The current schedule anticipates completing all the depositions by November 18, 2025.

2. **Vyne's position on rescheduling the preliminary injunction hearing:** Vyne respectfully requests a hearing on or before December 2, because of the ongoing irreparable harm, and because lead counsel has a previously scheduled federal jury trial in Los Angeles scheduled to commence on December 8.

3. **HSOne's position on rescheduling the preliminary injunction hearing:** HSOne respectfully requests the hearing be rescheduled for the week of December 1st. HSOne's lead counsel has two in-person hearings in San Francisco next Thursday, November 20th, including a preliminary injunction hearing. HSOne's lead counsel is also set to travel with his family (including three children under age 8) to visit family in Seattle on November 21st through the Thanksgiving Holiday and returning November 29th. Vyne's request for the hearing to be

rescheduled prior to December 2 would mean that the hearing either would have to begin next Thursday, November 20th, or Monday the week of Thanksgiving. It is likely to go more than a single day based on the complexity of the facts and number of witnesses. Vyne's basis for scheduling the hearing in a way that interferes with holiday travel is that there is irreparable ongoing harm, but the Court already denied Vyne's TRO. Vyne could have had a preliminary injunction hearing today, November 12, 2025, but caused that hearing to be postponed based on its deposition request. HSOne is suffering irreparable harm and has requested a legal argument for its TRO to be heard in the interim to address that irreparable harm prior to the preliminary injunction hearing. HSOne's counsel is prepared to attend any such TRO legal argument hearing at any time convenient to the Court (although would request consideration of the November 20th previously scheduled hearings).

Dated: November 12, 2025

                                    Respectfully submitted,

                                    /s/ Vincent Levy
K. Nichole Nesbitt (Bar No. 26137)  Michael Shuster
Derek M. Stikeleather (Bar No. 27815)  Vincent Levy
GOODELL, DEVRIES, LEECH & DANN, LLP  Daniel Fahrenthold
One South Street, 20th Floor        Torrell Mills
Baltimore, MD 21202                 HOLWELL SHUSTER & GOLDBERG LLP
(410) 783-4026                      425 Lexington Avenue, 14th Floor
knn@gdldlaw.com                     New York, NY 10017
dstikeleather@gdldlaw.com           (646) 837-5151
                                    vlevy@hsgllp.com

*Attorneys for Plaintiff*
*National Electronic Attachment, Inc. d/b/a Vyne Dental*

                                    /s/ Michael Burshteyn
                                    Michael Burshteyn
                                    Marcelo Barros
                                    Jennifer Bartlett

GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, CA 94105
Tel: (415) 655-1300
michael.burshteyn@gtlaw.com
marcelo.barros@gtlaw.com
jennifer.bartlett@gtlaw.com

Michael R. Sklaire
   (MD Fed. Bar. No. 16471)
Shirin Afsous (MD Fed. Bar No. 31319)
1750 Tysons Boulevard, Suite 1000
Tysons Corner, VA 22102
Tel: (703) 749-1301
michael.sklaire@gtlaw.com
shirin.afsous@gtlaw.com

*Attorneys for Defendant*
*Henry Schein One, LLC*