# EXHIBIT A

Attorney-Client Privileged

---------- Forwarded message ---------
From: **Courtney Gangi** <courtney.gangi@vynedental.com>
Date: Tue, Nov 11, 2025 at 2:04 PM
Subject: Fwd: FW: Dentrix/ Vyne integration
To: Dylan Kayser <dylan.kayser@vynedental.com>

---------- Forwarded message ---------
From: **Cheyenne Michael** <cheyenne.michael@vynedental.com>
Date: Tue, Nov 11, 2025 at 2:02 PM
Subject: Fwd: FW: Dentrix/ Vyne integration
To: Courtney Gangi <courtney.gangi@vynedental.com>

---------- Forwarded message ---------
From: **Teresa** <Teresa@douglasvillekidsdentist.com>
Date: Tue, Nov 11, 2025 at 2:59 PM
Subject: FW: Dentrix/ Vyne integration
To: cheyenne.michael@vynedental.com <cheyenne.michael@vynedental.com>

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

**From:** Daniel Pawlus <Daniel.Pawlus@henryscheinone.com>
**Sent:** Monday, November 10, 2025 6:05 PM
**To:** Teresa <Teresa@douglasvillekidsdentist.com>
**Subject:** Dentrix/ Vyne integration

Hi Teresa,

Thanks for our conversation today regarding Vyne.

Per your request, here's our webpage that outlines all our approve API partners - https://www.henryscheinone.com/dental-solutions/api-exchange/vendors-list/

Regarding, Vyne security issues:

We recommend only using secure integration partners with an approved API process.

Vyne has declined to integrate with us as an approved clearinghouse.  **We offered Vyne a clearinghouse partnership and they have chosen not to participate.**

Rather than use secure channels, Vyne has chosen to escalate its hacking methods - prior to taking our security actions Vyne's hacking involved more than using an unauthorized print driver and it has since escalated its hacking, including stealing administrator credentials and changing internal Dentrix platform configurations among other things.  They are choosing to put your data and the stability of your Dentrix platform at risk, rather than use approved channels.

Our team is going to start blocking any hostile print drivers and insecure apps in the coming weeks.  I have checked and don't see your account assigned an enforcement date yet.  I can continue to check this week.

We are rolling the security enhancements out slowly to customers so that we can ensure minimal impact to your revenue stream.  We understand how vital claims are to your practice and want to avoid any disruption in your ability to submit them.

To help address this inconvenience and cost differences, we are now offering Vyne users an unlimited claims package for $129 per month.

Here's how our claims package works.

**<u>Eligibility & Claims Suite</u>**

**Pricing:** $179 per month (Includes up to 300 claims with attachments. Overage - $.45 per claim) - ==**$129 unlimited claims for 2 years for Vyne customers**==

*Eligibility Pro On Demand Check - $3 each (ask me about Eligibility Pro) -

**eClaims**

Overview - https://www.dentrix.com/products/eservices/eclaims

Features - https://www.dentrix.com/products/eservices/eclaims/features

Videos - http://hsps.pro/dentrix/eservices/eclaims.html

Payor Search Tool - https://www.dentrix.com/products/eservices/eclaims/payor-search

**Eligibility Essentials**

Overview - https://henryschein.wistia.com/medias/ec3dkl9co4

Features and Workflow - https://hsps.pro/dentrix/eligibility/essentials.html

*Without leaving the Dentrix Appointment Book, you can now see Deductibles, Maximus, and Coverage Percentages - all in a standardized format. The data also writes directly back into the coverage tables.

**ERA/EEOB**

Overview - https://www.dentrix.com/products/eservices/eclaims/eeob
FAQs - https://www.dentrix.com/products/eservices/eclaims/eeob-faq

---

Please let me know if you have any additional questions.

Best,

Dan



📅 Book time to meet with me



https://info.henryscheinone.com/l/791263/2025-07-28/5rlgv

*Confidentiality Notice: The information contained in this electronic message and any attachments to this message are intended only for the individual(s) addressed in the message and may contain proprietary and confidential information. If you are not the intended recipient, you should not disseminate, distribute, or copy this e-mail. Please notify the sender and destroy this message. WARNING: Computer viruses can be transmitted via email. The recipient should scan this email before opening it. The company accepts no liability for any damage caused by any virus transmitted by this email.*

*Confidentiality Notice: The information contained in this electronic message and any attachments to this message are intended only for the individual(s) addressed in the message and may contain proprietary and confidential information. If you are not the intended recipient, you should not disseminate, distribute, or copy this e-mail. Please notify the sender and destroy this message. WARNING: Computer viruses can be transmitted via email. The recipient should scan this email before opening it. The company accepts no liability for any damage caused by any virus transmitted by this email.*