IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,<br><br>    *Plaintiff*,<br><br> -against-<br><br>HENRY SCHEIN ONE, LLC,<br><br>    *Defendant*. | Case No. 1:25-cv-03246 |

## MOTION TO SEAL

Pursuant to Local Rule 105.11, Plaintiff National Electronic Attachment, Inc., d/b/a Vyne Dental ("Vyne") respectfully moves to seal the accompanying Motion to Schedule a Preliminary Injunction Hearing (the "Motion") and Exhibits E and F thereto.

Exhibit E is excerpts from the deposition transcript of Mr. Kenton McDaniel, HS One's Chief Information Security Officer. The Motion and Exhibit F thereto quote from or describe this deposition as well as that of Mr. Alan Rencher, HS One's Chief Technology Officer. Vyne and Defendant Henry Schein One, LLC ("HS One") are still negotiating a protective order to govern the designation of discovery materials as Confidential or Attorney's Eyes Only (AEO). In the interim, the parties have mutually agreed to designate the entirety of each deposition transcript as AEO, including those of Mr. McDaniel and Mr. Rencher, while they work to identify which passages will be maintained as AEO. Given the sensitive nature of the testimony at issue, including details of the technical measures by which the parties protect highly confidential medical information belonging to their customers, Vyne expects that the remainder of the deposition transcripts will ultimately be designated as Confidential by the parties.

No less restrictive measure than sealing can maintain HS One's interim designation of Mr. McDaniel's and Mr. Rencher's depositions as AEO.

DATED:   November 17, 2025
        New York, NY

                                                             */s/ Vincent Levy*

Michael Shuster
Vincent Levy
Daniel Fahrenthold
Torrell Mills
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151
vlevy@hsgllp.com

K. Nichole Nesbitt (Bar No. 26137)
Derek M. Stikeleather (Bar No. 27815)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4026
knn@gdldlaw.com
dstikeleather@gdldlaw.com

*Attorneys for Plaintiff*
*National Electronic Attachment, Inc. d/b/a Vyne Dental*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of November, 2025, copies of the foregoing motion were served through the CM/ECF System on all counsel of record.

*/s/ Vincent Levy*