**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,<br>*Plaintiff*,<br>-against-<br>HENRY SCHEIN ONE, LLC,<br>*Defendant*. | Case No. 1:25-cv-03246 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE CORRECTED**
**MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS**

Plaintiff National Electronic Attachment, Inc., d/b/a Vyne Dental ("Vyne"), by and through counsel, respectfully moves for leave to file a Corrected Memorandum of Law in Support of Plaintiff's Motion to Dismiss the Counterclaims filed by Henry Schein One, LLC ("HS One"), and for reason states:

1. Vyne filed its Memorandum of Law in Support of Plaintiff's Motion to Dismiss Counterclaims (the "Memorandum of Law") on November 13, 2025. ECF No. 66.

2. After filing, Vyne determined that the Memorandum of Law mistakenly stated that *Feist Publications, Inc. v. Rural Telephone Service Co., Inc.*, 499 U.S. 340, 345 (1991), "h[eld] that patient data like names, towns, and telephone numbers are 'facts [that] are not copyrightable.'" Mem. of L. at 11. The Memorandum of Law was intended to state that *Feist* concerned customer data, not patient data.

3. Vyne regrets any inconvenience imposed on the Court by this error.

4. Vyne has prepared a Corrected Motion to Dismiss the Counterclaims, attached to this motion, which corrects the misstatement of the holding in *Feist* by replacing the words "patient data" with "customer data." There are no further changes to the Corrected Motion to Dismiss.

5. District courts in Maryland routinely grant leave to file corrected briefing where the correction promotes clarity without imposing prejudice on the opposing party or modifying the arguments raised. *E.g.*, *Burgess v. Balt. Police Dep't*, 2024 WL 1806513, at *3 & n.6 (D. Md. April 25, 2024) (granting leave to file corrected brief that added an inadvertently omitted paragraph but "change[d] . . . none of the arguments"); *Samuel v. Ports Am., Chesapeake, LLC*, 2020 WL 4748542, at *5 (D. Md. Aug. 17, 2020); *BAE Sys. Tech. Sol. & Servs., Inc. v. Republic of Korea's Def. Acquisition Program Admin.*, 2016 WL 429987, at *2 (D. Md. Feb. 4, 2016).

6. No prejudice will result to HS One from the filing of the corrected motion. HS One has not yet filed its opposition, and the corrections do not alter any of Vyne's arguments in support of the motion to dismiss.

WHEREFORE, Vyne respectfully requests that the Court grant leave to file the attached Corrected Motion to Dismiss Counterclaims.

Respectfully submitted,

*/s/ Vincent Levy*

Michael Shuster (pro hac vice)
Vincent Levy (pro hac vice)
Daniel Fahrenthold (pro hac vice)
Torrell Mills (pro hac vice)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151
vlevy@hsgllp.com

K. Nichole Nesbitt (Bar No. 26137)
Derek M. Stikeleather (Bar No. 27815)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4026

knn@gdldlaw.com
dstikeleather@gdldlaw.com

*Attorneys for Plaintiff*
*National Electronic Attachment, Inc. d/b/a Vyne Dental*