# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (BALTIMORE DIVISION)

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,<br><br>    *Plaintiff/Counter-Defendant*,<br><br>-against-<br><br>HENRY SCHEIN ONE, LLC,<br><br>    *Defendant/Counter-Plaintiff*. | Case No. 1:25-cv-03246<br><br>**JOINT MOTION TO EXTEND TIME TO BRIEF CROSS-MOTIONS TO DISMISS** |

  Defendant/Counter-Plaintiff Henry Schein One LLC ("HSOne") and Plaintiff/Counter-Defendant National Electronic Attachment, Inc. ("Vyne") (together, the "Parties"), hereby jointly move this Court to extend the time in which the Parties may brief the cross-motions to dismiss. Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 105.9, the Parties hereby jointly move as follows:

  On November 18, 2025, the parties jointly moved to extend the following deadlines: (1) HSOne's motion to dismiss Vyne's Amended Complaint (ECF No. 61) to December 9, 2025; (2) HSOne's response in opposition to Vyne's Motion to Dismiss Counterclaims (ECF No. 66) to December 9, 2025; (3) Vyne's response in opposition to HSOne's motion to dismiss Vyne's Amended Complaint to January 9, 2026; and (4) Vyne's reply in support of its Motion to Dismiss HSOne's Counterclaims to January 9, 2026.

  The parties further agreed that, to the extent HSOne elected to amend its counterclaims, the deadline for Vyne's motion to dismiss HS One's amended counterclaims would likewise be extended to January 9, 2026, unless the Federal Rules of Civil Procedure or the Local Rules of the U.S. District Court for the District of Maryland provide for a later deadline.

  The parties have agreed to further extend the deadlines to allow additional time as follows: (1) HSOne's motion to dismiss Vyne's Amended Complaint to **December 16, 2025**; (2) HSOne's

response in opposition to Vyne's Corrected Motion to Dismiss Counterclaims to **December 16, 2025**; (3) Vyne's response in opposition to HSOne's motion to dismiss Vyne's Amended Complaint to **January 16, 2026**; and (4) Vyne's reply in support of its Motion to Dismiss HSOne's Counterclaims to **January 16, 2026**.

Good cause exists for the requested extensions to accommodate holiday schedules.

Accordingly, the Parties respectfully request the Court's approval of the extensions of time detailed herein. A Proposed Order granting this Joint Motion is submitted herewith.

Respectfully submitted,

December 8, 2025

/s/ *Michael R. Sklaire*
Michael Burshteyn
Marcelo Barros
Jennifer Bartlett
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, CA 94105
Tel: (415) 655-1300
michael.burshteyn@gtlaw.com
marcelo.barros@gtlaw.com
jennifer.bartlett@gtlaw.com

Michael R. Sklaire
  (MD Fed. Bar. No. 16471)
Shirin Afsous (MD Fed. Bar No. 31319)
1750 Tysons Boulevard, Suite 1000
Tysons Corner, VA 22102
Tel: (703) 749-1301
michael.sklaire@gtlaw.com
shirin.afsous@gtlaw.com

*Attorneys for Defendant*
*Henry Schein One, LLC*

>/s/ Vincent Levy
>Michael Shuster
>Vincent Levy
>Daniel Fahrenthold
>Torrell Mills
>HOLWELL SHUSTER & GOLDBERG LLP
>425 Lexington Avenue, 14th Floor
>New York, NY 10017
>(646) 837-5151
>vlevy@hsgllp.com
>
>K. Nichole Nesbitt (Bar No. 26137)
>Derek M. Stikeleather (Bar No. 27815)
>GOODELL, DEVRIES, LEECH & DANN, LLP
>One South Street, 20th Floor
>Baltimore, MD 21202
>(410) 783-4026
>knn@gdldlaw.com
>dstikeleather@gdldlaw.com
>*Attorneys for Plaintiff*
>*National Electronic Attachment, Inc. d/b/a*
>*Vyne Dental*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of December, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>/s/ Michael R. Sklaire
>Michael R. Sklaire

3