IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　- against –<br><br>HENRY SCHEIN ONE, LLC,<br><br>　　　　　　　　　　　　Defendant. | Case No. 1:25-cv-03246-MJM |

### [PROPOSED] ORDER GRANTING DEFENDANT HENRY SCHEIN ONE, LLC'S MOTION TO DISMISS

The Court has considered Defendant Henry Schein One, LLC's ("HSOne") Motion to Dismiss pursuant to Rules 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure, the responses and replies of the parties, and the arguments of counsel, if any, and the applicable law. Having done so, the Court rules as follows:

The Court FINDS that dismissal is warranted under Rule 12(b)(3) and 28 U.S.C. § 1406(a), because Plaintiff has failed to demonstrate that venue is proper in this District under 28 U.S.C. § 1391(b)(2). The allegations in the Complaint do not establish that a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in the District of Maryland, and venue is therefore improper here.

FURTHER, the Court further FINDS that dismissal is warranted under Rule 12(b)(6), because even if venue were proper, the allegations of the Complaint, taken as true, do not plausibly establish any cognizable cause of action against HSOne. Plaintiff's claims rest on conclusory assertions and legally insufficient theories that fail as a matter of law.

2

Accordingly, it is hereby ORDERED that Plaintiff National Electronic Attachment, Inc. d/b/a Vyne Dental's Complaint is DISMISSED WITH PREJUDICE.

THIS IS A FINAL ORDER.

Dated this ___ day of _____, 20___.

                                                                                        _____
                                                                                        Hon. Matthew J. Maddox
                                                                                        United States District Judge