**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>                                Plaintiff,<br><br>- against –<br><br>HENRY SCHEIN ONE, LLC,<br><br>                                Defendant. | Case No. 1:25-cv-03246-MJM |

**DEFENDANT HENRY SCHEIN ONE, LLC'S NOTICE OF SUPPLEMENTAL
AUTHORITY IN SUPPORT OF ITS MOTION TO TRANSFER VENUE**

Defendant Henry Schein One, LLC ("HSOne"), by its undersigned attorneys, submits this Notice of Supplemental Authority to HSOne's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) ("Motion to Transfer Venue").  In support thereof, HSOne states as follows:

1. The recently decided case *CureIS Healthcare, Inc. v. Epic Sys. Corp.*, No. 25-cv-04108, 2025 U.S. Dist. LEXIS 232916 (N.D. Cal. Nov. 26, 2025) is germane to HSOne's Motion to Transfer Venue.

2. This case was decided on November 26, 2025 by a court in the Northern District of California, and is therefore persuasive authority for this Court.  *See, e.g.*, *Lerner v. AmeriFinancial Sols., LLC*, No. GLR-20-965, 2021 U.S. Dist. LEXIS 86161, at *9 (D. Md. May 5, 2021).

3. This persuasive authority was not yet decided and was therefore unavailable to HSOne when it filed its Motion to Transfer Venue on October 14, 2025 (ECF No. 35) and its Reply In Support of Motion to Transfer Venue on November 5, 2025 (ECF No. 60).  As such,

HSOne respectfully requests that this Court now take notice of this supplemental authority, which is annexed hereto as **Exhibit A**.

**WHEREFORE**, HSOne respectfully requests that this Court consider this supplemental authority, which was not available at the time it filed its Motion to Transfer Venue or its reply brief in further support thereof.

Dated: February 6, 2026                              Respectfully submitted,

                                                      **GREENBERG TRAURIG, LLP**

                                                      By: */s/ Michael R. Sklaire*
                                                         Michael Burshteyn *(pro hac vice)*
                                                         Marcelo Barros *(pro hac vice)*
                                                          Jennifer Bartlett *(pro hac vice)*
                                                          Candra Connelly *(pro hac vice)*
                                                         101 Second Street, Suite 2200
                                                         San Francisco, CA 94105
                                                         Tel: (415) 655-1300
                                                         Michael.burshteyn@gtlaw.com
                                                         Marcelo.barros@gtlaw.com
                                                         Jennifer.Bartlett@gtlaw.com
                                                         Candra.Connelly@gtlaw.com

                                                         Michael R. Sklaire (MD Fed. Bar No. 16471)
                                                         1750 Tysons Boulevard, Suite 1000
                                                         Tysons Corner, VA 22102
                                                         Tel: (703) 749-1308
                                                         michael.sklaire@gtlaw.com

                                                         *Counsel for Defendant Henry Schein One, LLC*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 6th day of February, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                        */s/ Michael R. Sklaire*
                                                         Michael R. Sklaire