IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　- against –<br><br>HENRY SCHEIN ONE, LLC,<br><br>　　　　　　　　　　　　Defendant. | Case No. 1:25-cv-03246-MJM |

**DEFENDANT HENRY SCHEIN ONE, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION**

Defendant Henry Schein One, LLC ("HSOne"), by its undersigned attorneys, submits this Notice of Supplemental Authority to HSOne's Motion for [a] Preliminary Injunction ("PI Motion"). In support thereof, HSOne states as follows:

1. Recent decisions on motions for a temporary restraining order and preliminary injunction in *AT&T Servs., Inc., et al. v. T-Mobile US Inc.*, No. 25-CV-3279, ECF Nos. 33, 35 (N.D. Tx. Dec. 18, 29, 2025) are germane to HSOne's PI Motion.

2. A court in the Northern District of Texas decided plaintiff's motion for a temporary restraining order on December 18, 2025, and plaintiff's motion for a preliminary injunction on December 29, 2025. Those decisions are therefore persuasive authority for this Court. *See, e.g.*, *Lerner v. AmeriFinancial Sols., LLC*, No. GLR-20-965, 2021 U.S. Dist. LEXIS 86161, at *9 (D. Md. May 5, 2021).

3. The persuasive authority was not yet decided and was therefore unavailable to HSOne when it filed its PI Motion on October 23, 2025 (ECF No. 46) and its reply in support of

its PI Motion on November 5, 2025 (ECF No. 62). As such, HSOne respectfully requests that this Court now take notice of this supplemental authority, which is annexed hereto as **Exhibit A**.

**WHEREFORE**, HSOne respectfully requests that this Court consider the annexed supplemental authority, which was not available at the time it filed its PI Motion or its reply brief in further support thereof.

Dated: February 6, 2026                    Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: /s/ Michael R. Sklaire
    Michael Burshteyn *(pro hac vice)*
    Marcelo Barros *(pro hac vice)*
    Jennifer Bartlett *(pro hac vice)*
    Candra Connelly *(pro hac vice)*
    101 Second Street, Suite 2200
    San Francisco, CA 94105
    Tel: (415) 655-1300
    Michael.burshteyn@gtlaw.com
    Marcelo.barros@gtlaw.com
    Jennifer.Bartlett@gtlaw.com
    Candra.Connelly@gtlaw.com

    Michael R. Sklaire (MD Fed. Bar No. 16471)
    1750 Tysons Boulevard, Suite 1000
    Tysons Corner, VA 22102
    Tel: (703) 749-1308
    michael.sklaire@gtlaw.com

    *Counsel for Defendant Henry Schein One, LLC*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 6th day of February, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                            */s/ Michael R. Sklaire*
                                            Michael R. Sklaire