IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>Plaintiff,<br><br>- against –<br><br>HENRY SCHEIN ONE, LLC,<br><br>Defendant. | Case No. 1:25-cv-03246-MJM |

**MOTION TO SEAL**

Pursuant to Local Rule 105.11, Defendant Henry Schein One, LLC ("HSOne"), by counsel, respectfully moves to seal the accompanying Notice and "Exhibit A" thereto.

Exhibit A of the Notice is HSOne's expert report, which contains confidential and proprietary trade secrets relating to HSOne's security systems. The parties are still negotiating a protective order to govern the designation of discovery material as Confidential or Attorney's Eyes Only. In the interim, the parties have agreed to designate sensitive materials as Confidential or Attorney's Eyes Only to protect highly confidential information related to customers and confidential information relating to the parties' businesses. Given the sensitive nature contained within the expert report, HSOne respectfully requests that its expert report be sealed.

No less restrictive means than sealing can maintain HSOne's interim designation of this expert report as confidential.

Dated: February 8, 2026 Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: */s/ Michael R. Sklaire*
    Michael R. Sklaire (MD Fed. Bar No. 16471)
    Shirin Afsous (MD Fed. Bar No. 31319)
    1750 Tysons Boulevard, Suite 1000
    Tysons Corner, VA 22102
    Tel: (703) 749-1308
    Michael.Sklaire@gtlaw.com
    Shirin.afsous@gtlaw.com

    Michael Burshteyn (*pro hac vice*)
    Marcelo Barros (*pro hac vice*)
    Jennifer Bartlett (*pro hac vice*)
    Candra Connelly (*pro hac vice*)
    101 Second Street, Suite 2200
    San Francisco, CA 94105
    Tel: (415) 655-1300
    Michael.Burshteyn@gtlaw.com
    Marcelo.Barros@gtlaw.com
    Jennifer.Bartlett@gtlaw.com
    Candra.Connelly@gtlaw.com

    *Counsel for Defendant Henry Schein One, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                 */s/ Michael R. Sklaire*
                                                 Michael R. Sklaire