IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>Plaintiff,<br><br>- against –<br><br>HENRY SCHEIN ONE, LLC,<br><br>Defendant. | Case No. 1:25-cv-03246-MJM |

### [PROPOSED] ORDER REGARDING MOTION TO SEAL

Upon consideration of the Motion to Seal ("Motion") filed by Defendant Henry Schein One, LLC ("HSOne"), it is this ___ day of February, 2025 hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that HSOne's Notice and Exhibit A thereto shall be SEALED until further order of the Court.

SO ORDERED.

 

                                                              _____
                                                              Hon. Matthew J. Maddox
                                                              United States District Judge