IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,

    *Plaintiff*,

  -against-

HENRY SCHEIN ONE, LLC,

    *Defendant*.

Case No. 1:25-cv-03246

**PLAINTIFF'S MOTION TO SEAL
REPORT OF PLAINTIFF'S EXPERT**

    Plaintiff Vyne Dental, Inc. ("Vyne"), by and through undersigned counsel, respectfully moves to seal the report of its expert, attached hereto as Exhibit A.

    The report contains highly sensitive confidential commercial information concerning Vyne's business operations, proprietary systems, software functionality, technical data, infrastructure, and integration methods. Disclosure would cause competitive harm to Vyne by revealing confidential technical design, system architecture, and operational details that competitors could use to replicate or undermine Vyne's technology and services. Pursuant to the parties' interim agreement to designate materials as Confidential and Attorneys' Eyes Only, Vyne has designated the expert report as Confidential and select portions as Attorneys' Eyes Only to protect highly sensitive proprietary technical and commercial information. Sealing is necessary to prevent public disclosure. No less restrictive alternative to sealing exists to protect Vyne's proprietary and competitively sensitive information.

    WHEREFORE, Vyne respectfully requests that the Court enter an order sealing Exhibit A.

Dated:   February 8, 2026

Respectfully submitted,

*/s/ Derek M. Stikeleather*
K. Nichole Nesbitt (Bar No. 26137)
Derek M. Stikeleather (Bar No. 27815)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4026
knn@gdldlaw.com
dstikeleather@gdldlaw.com
-------------------------------------------------------------
Michael Shuster (*pro hac vice*)
Vincent Levy (*pro hac vice*)
Charlotte Baigent (*pro hac vice*)
James Campbell (*pro hac vice*)
Daniel Fahrenthold (admitted *pro hac vice*)
Torrell Mills (admitted *pro hac vice*)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151
vlevy@hsgllp.com
**Attorneys for Plaintiff National Electronic Attachment, Inc. d/b/a Vyne Dental**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February, 2026, a copy of the Plaintiff's Motion to Seal Report of Plaintiff's Expert was served via the Court's electronic filing system to all counsel of record.

                                             */s/ K. Nichole Nesbitt*
                                             K. Nichole Nesbitt