IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,<br><br>　　　　　　*Plaintiff*,<br><br>　　-against-<br><br>HENRY SCHEIN ONE, LLC,<br><br>　　　　　　*Defendant*. | Case No. 1:25-cv-03246 |

**EXHIBIT A TO PLAINTIFF'S MOTION TO SEAL**
**REPORT OF PLAINTIFF'S EXPERT**

This document has been filed under seal at ECF 111.