| Exhibit Number | Title | File Type | Date |
|---|---|---|---|
| PX001 | Dentrix Security Enhancements - Next Steps Needed | Email | July 18, 2025 |
| PX002 | We've Detected Unauthorized Activity on Your Dentrix System | Email | September 23, 2025 |
| PX003 | Henry Schein One Security Enhancements FAQs | Other | October 13, 2025 |
| PX004 | Dentrix/ Vyne integration | Email | November 11, 2025 |
| PX005 | Vyne Customer Complaint from Nathan Ottesen | Other | July 15, 2025 |
| PX006 | RE: Henry Schein One, Dentrix Supportability | Other | February 2024 |
| PX007 | HS1 customer comm re 2025.11.18 Dentrix Update | Email | November 18, 2025 |
| PX008 | Email to Merkley Dental | Email | November 18, 2025 |
| PX009 | Fwd: Great Meeting | Email | February 6, 2026 |
| PX010 | Fwd: Vyne & HS1 Meeting \| Aug 16th | Email | February 6, 2026 |
| PX011 | API Exchange for Practices | Other | 2025 |
| PX012 | Authorized Dentrix & Dentrix Ascend Integrations | Other | — |
| PX013 | CTO 9/25 Update | Other | September 25, 2025 |
| PX014 | Dental 2025- HITRUST i1 Validated Assessment Rpt. (Final) | Other | November 10, 2025 |

| PX015 | Dentrix EventBridge Data Collection Analysis | Other | — |
|---|---|---|---|
| PX016 | Printing to the Dentrix Document Center | Other | 29-Oct-21 |
| PX017 | Dentrix Service Shutdown Information 09.24.25 | Other | September 24, 2025 |
| PX018 | Dentrix vs Dentrix Ascend, Compare Features and Cloud vs Server Dental Software | Other | 2025 |
| PX019 | Sending Claims to EDS | Other | — |
| PX020 | Important: Upcoming Security Enhancements May Impact Unapproved Integrations | Email | — |
| PX021 | Hi Merkley Dental, | Email | November 18, 2025 |
| PX022 | Ensuring Data Ownership and Security: The Henry Schein One API Advantage | Other | December 10, 2024 |
| PX023 | PX023 - Facebook - Complaints Re HS One.pdf | Other | — |
| PX024 | CONFIDENTIAL (INTERNAL USE ONLY): DDP Agreement & Customer Communications | Email | February 6, 2026 |
| PX025 | EXTERNAL: Any progress? | Email | February 6, 2026 |

| PX026 | EXTERNAL: Reschedule #2 | Email | February 6, 2026 |
| PX027 | Fwd: Great Meeting | Email | February 6, 2026 |
| PX028 | Fwd: Vyne & HS1 Meeting \| Aug 16th | Email | February 6, 2026 |
| PX029 | Henry Schein One API Exchange | Other | 2025 |
| PX030 | How a technical pro can become a CISO (Chief Information Security Officer) | Other | May 7, 2024 |
| PX031 | Re: Letter from Vyne | Email | June 13, 2025 |
| PX032 | Pearl Joins Henry Schein One API Exchange | Other | September 17, 2025 |
| PX033 | DENTRIX. Vyne Disconnects Imaging & Claims | Other | April 25, 2025 |

| PX034 | Re: EXTERNAL: DDP Agreement Negotiations | Email | July 25, 2025 |
|-------|------------------------------------------|-------|---------------|
| PX035 | HENRY SCHEIN ONE DEVELOPER PROGRAM AGREEMENT | Collaboration Agreement | Effective Date (date signed by the Developer) |
| PX036 | Sending Claims to EDS | Other | — |
| PX037 | Customer Email | Email | November 18, 2025 |
| PX038 | Plaintiff's Exhibit PX038 | Email | November 18, 2025 |
| PX039 | Dentrix sent this email to our office today because we currently use vyne. | Other | November 18, 2025 |
| PX040 | DECLARATION OF MARCELO BARROS | Other Court Filing | October 15, 2025 |
| PX041 | CONFIDENTIAL Henry Schein One / Vyne Term Sheet | Collaboration Agreement | September 18, 2025 |
| PX042 | Ensuring Data Ownership and Security: The Henry Schein One API Advantage | Other | December 10, 2024 |
| PX043 | Plaintiff's Exhibit PX043 | Email | November 18, 2025 |
| PX044 | DECLARATION OF KENTON MCDANIEL IN SUPPORT OF HENRY SCHEIN ONE'S OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION | Other Court Filing | October 15, 2025 |

| PX045 | DECLARATION OF KENTON MCDANIEL IN SUPPORT OF HENRY SCHEIN ONE'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION | Other | October 23, 2025 |
| PX046 | DECLARATION OF BRIAN WEATHERLY IN SUPPORT OF HENRY SCHEIN ONE'S OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION | Other | October 15, 2025 |
| PX047 | DECLARATION OF KENTON MCDANIEL IN SUPPORT OF HENRY SCHEIN ONE'S OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION | Other | October 15, 2025 |
| PX048 | DECLARATION OF KENTON MCDANIEL IN SUPPORT OF HENRY SCHEIN ONE, LLC'S REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION | Other Court Filing | November 5, 2025 |

| PX049 | Expert Witness Opinion of David Youssef re Henry Schein One | Expert Report | January 26, 2026 |
| PX050 | Unlocking the Power of Integration: How the Henry Schein One API Enhances DSOs | Other | August 27, 2024 |
| PX051 | PX051 - Vyne - Dentrix Information Blocking Slack (FB Post).pdf | Other | September 24, 2025 |
| PX052 | PX052 - Vyne - Dentrix Information Blocking Slack (HS One Letter).pdf | Other | August 21, 2025 |
| PX053 | Plaintiff's Exhibit PX053 | Other | August 19, 2025 |
| PX054 | PX054 - Vyne - HS One Pop-Up | Other | January 22, 2025 |
| PX055 | Plaintiff's Exhibit PX055 | Other | September 4, 2025 |
| PX056 | RE: Henry Schein One, Dentrix Supportability | Other | — |
| PX057 | REPORT ON NATIONAL ELECTRONIC ATTACHMENT, INC. DBA VYNE DENTAL'S DESCRIPTION OF ITS SYSTEM AND ON THE SUITABILITY OF THE DESIGN AND OPERATING EFFECTIVENESS OF ITS CONTROLS RELEVANT TO SECURITY, AVAILABILITY, AND CONFIDENTIALITY | Other | June 10, 2025 |
| PX058 | Vyne Press Release - Know the Facts | Other | August 18, 2025 |

| PX059 | Vyne Dental RE: Recent Henry Schein One Communications and Dentrix Compatibility | Memorandum | August 12, 2025 |
|---|---|---|---|
| PX060 | Plaintiff's Exhibit PX060 | Other | July 9, 2024 |
| PX061 | Your Guide to Dental Claims Processing | Other | March 18, 2022 |
| PX062 | Roots Dental Studio SITUATION | Other | January 1, 2022 |
| PX063 | Vyne Trellis - Revenue Cycle Management Optimization Slide Deck | Other | N/A |
| PX064 | Vyne Trellis - Tiers Overview - Features Only | Other | Thursday, August 1, 2024 |
| PX065 | Email from Collingswood Dental to Unknwon re Dentrix & Vyne | Email | Tuesday, August 12, 2025 |
| PX068 | (CRP) Getting Started_Claims_Dentrix_Sending Claims from Dentrix to Vyne Trellis _ Vyne Denta | Other | February 4, 2026 |
| PX069 | HS One Motion for TRO & Preliminary Injunction | Memorandum | October 23, 2025 |
| PX070 | FTI Cybersecurity--Expert Witness Opinion of David Youssef re Henry Schein One | Expert Report | January 26, 2026 |
| PX071 | About Administrative Simplification _ CMS | Other | January 31, 2026 |

| | | | |
|---|---|---|---|
| PX072 | Accelerate Your Success with Vyne Trellis Training _ Revenue Acceleration Platform Vyne Trellis | Other | February 2, 2026 |
| PX073 | Adobe Flash Player End of Life | Other | February 3, 2026 |
| PX074 | Deposition Transcript of A. Rencher | Other | November 14, 2025 |
| PX075 | Apache Log4j Vulnerability Guidance - CISA 2022 | Other | January 27, 2026 |
| PX076 | API compatibility policy and deprecation policies - IBM Documentation | Other | January 31, 2026 |
| PX077 | Henry Schein One API Exchange | Other | February 4, 2026 |
| PX078 | Health Information Technology - Approaches and Challenges to Electronically Matching Patients' Records across Providers, United States Government Accountability Office | Other | January 1, 2019 |
| PX079 | Asynchronous Operations in REST APIs: Managing Long-Running Tasks \| Zuplo Learning Center | Other | January 21, 2026 |
| PX080 | Best Practices for Deployments with Large Data Volumes – Salesforce | Other | January 23, 2026 |

| PX081 | BlackCat ransomware claims breach of healthcare giant Henry Schein, written by S. Gatlan | Other | November 2, 2023 |
|-------|------|-------|------|
| PX082 | Deposition Transcript of B. Weatherly | Other | November 19, 2025 |
| PX083 | Opportunites to Enhance the Utility of Electronic Health Care Claims, CAQH | Other | Saturday, April 1, 2023 |
| PX084 | 21st Century Cures Act: Interoperability, Information Blocking, and the ONC Health IT Certification Program | Other | Friday, May 1, 2020 |
| PX085 | CERT Vulnerability Notes Database | Other | February 3, 2026 |
| PX086 | Claims and Remittance - Open Epic | Other | February 1, 2026 |
| PX087 | Cloud Observability (Monitoring, Logging) Service Level Agreement (SLA) | Google Cloud | Other | February 28, 2025 |
| PX088 | COBIT Primer, Sandia National Laboratories Report | Other | June, 2005 |
| PX089 | Cortex EDI – Medical Billing Clearinghouse Company | Other | February 1, 2026 |
| PX090 | CVE Overview | Other | January 25, 2025 |
| PX091 | CVE security vulnerability database. Security vulnerabilities, exploits, references and more | Other | N/A |

| PX092 | CVE_ Common Vulnerabilities and Exposures | Other | N/A |
|---|---|---|---|
| PX093 | Dental Practice Software Provider Settles FTC Charges It Misled Customers About Encryption of Patient Data _ Federal Trade Commission | Other | January 5, 2016 |
| PX094 | Dentrix Ascend Adoption Accelerates as Dental Practices Demand Simpler, Smarter Cloud Technology | Other | August 20, 2025 |
| PX095 | Dentrix Billing and Payment Processing Suite | Other | N/A |
| PX096 | Dentrix Forms | Other | N/A |
| PX097 | Dentrix Magazine - Printing to the Dentrix Document Center | Other | October 29, 2021 |
| PX098 | Dentrix Origins - About Dentrix Enterprise | Other | N/A |
| PX099 | Dentrix - Dental Practice Management Software | Henry Schein One | Other | N/A |
| PX100 | Optimize Your Practice Management with Dentrix Packages and Suites | Other | N/A |
| PX101 | Deprecation_ What it means in the Windows lifecycle - Windows IT Pro Blog | Other | January 30, 2025 |

| | | | |
|---|---|---|---|
| PX102 | Devices Prevent users from installing printer drivers - Windows 10 _ Microsoft Learn | Other | N/A |
| PX103 | Direct Data Entry, Claim MD | Other | November 4, 2025 |
| PX104 | download permissions | Other | N/A |
| PX105 | E-Patient Statements, dentalxchange | Other | N/A |
| PX106 | EDS Powered by Henry Schein One _ Henry Schein One | Other | N/A |
| PX107 | EDS Quick Start Lesson - Sending Claims to EDS | Other | N/A |
| PX108 | Dental Insurance Eligibility and Claims Processing for Faster Payments | Other | N/A |
| PX109 | End of Servicing Plan for Third-Party Printer Drivers on Windows - Microsoft Learn | Other | N/A |
| PX110 | Epic Expands EHR Market Share as Rivals Lose Customers - Dark Daily | Other | N/A |
| PX111 | Epic's dominance in 12 numbers - Becker's Hospital Review | Other | July 18, 2024 |
| PX112 | WestFax Print Driver  - Fax Print Driver | Other | N/A |
| PX113 | The FHIR API - The Office of National Coordinator for Health Information Technology | Other | N/A |
| PX114 | File Security and Access Rights - Win32 apps _ Microsoft Learn | Other | N/A |

| PX115 | Future-Proof Printing And The End of Third-Party Print Drivers | Other | May 6, 2024 |
|---|---|---|---|
| PX116 | GitHub - YfryTchsGD_Log4jAttackSurface | Other | N/A |
| PX117 | Obfuscation technologies of high-level source code using artificial intelligence - Golovko | Other | October 31, 2024 |
| PX118 | Guide to Enterprise Patch Management Planning - Preventive Maintenance for Technology | Other | April 1, 2022 |
| PX119 | Health Insurance Portability and Accountability Act of 1996 | Other | August 20, 1996 |
| PX120 | Henry Schein And Internet Brands Announce Completion Of Joint Venture To Form Henry Schein One | Other | July 2, 2018 |
| PX121 | Henry Schein Announces Release Of Dentrix Ascend™, PR Newswire | Other | April 4, 2014 |
| PX122 | Henry Schein One Communications_ Get the Facts _ Vyne Denta | Other | N/A |
| PX123 | Henry Schein subsidiary confirms ransomware attack | Other | October 3, 2025 |
| PX124 | Highlights from our 2025 Trust Report - Hitrust | Other | N/A |

| PX125 | HIPAA Transactions and Code Sets Rules - The HIPAA Journal | Other | July 3, 2024 |
|---|---|---|---|
| PX126 | Hospital Use of APIs to Enable Data Sharing Between EHRs and Apps | Other | September 1, 2023 |
| PX127 | How to slect a practice management system - American Medical Association | Other | N/A |
| PX128 | DECLARATION OF KENTON MCDANIEL IN SUPPORT OF HENRY SCHEIN ONE'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION | Memorandum | October 23, 2025 |
| PX129 | Henry Schein Confirms 166,000 Individuals Affected by October 2023 Ransomware Attack - The HIPAA Journal | Other | October 25, 2024 |
| PX130 | What is Social Engineering? \| IBM | Other | N/A |
| PX131 | The top 10 most famous social engineering attacks  \| Infosec | Other | July 26, 2018 |
| PX132 | Integrated Practice Management and Clearinghouse - Practice EHR | Other | N/A |
| PX133 | Procuring Interoperability - The National Academies Press | Other | 2018 |

| PX134 | Introduction to the Hitrust CSF | Other | December 1, 2025 |
|---|---|---|---|
| PX135 | Introduction to Printing - Windows driver \| Microsoft Learn | Other | N/A |
| PX136 | Information security, cybersecurity and privary protection - Information security management systems - Requirements | Other | 2022 |
| PX137 | ISO_IEC_IEEE 14764_2022(en), Software engineering — Software life cycle processes — Maintenance | Other | N/A |
| PX138 | Meaningful variable names for decompiled code: a machine translation approach | Other | May 28, 2018 |
| PX139 | Electronic Health Record Interoperability: How did we get here and how do we move forward? | Other | March 17, 2025 |
| PX140 | Deposition Transcript of Kenton McDaniel | Other | November 13, 2025 |
| PX141 | Charting the Way Forward: New Efforts to Advance Electronic Health Information \| KFF | Other | Aug 26, 2025 |
| PX142 | Lifecycle FAQ - Modern Policy \| Microsoft Learn | Other | N/A |
| PX143 | AWS Reference Guide - AWS SDK and Tools | Other | N/A |

| | | | |
|---|---|---|---|
| PX144 | Method validation in digital forensics (accessible) - Forensic Science Regulator | Other | July 22, 2024 |
| PX145 | Microsoft removing third-party printer drivers from Window Update benefits everyone | Windows Central | Other | September 11, 2023 |
| PX146 | Microsoft is Eliminating Print Drivers - Here's What Your Business Needs to Know | Other | May 12, 2025 |
| PX147 | Tata Consultancy Services - Modernization of Healthcare Claims Processing Systems | Other | N/A |
| PX148 | Guide to Integrating Forensic Techniques into Incident Response | NIST | Other | August, 2006 |
| PX149 | NIST Special Publication 800-series General Information |NIST | Other | N/A |
| PX150 | NIST Cybersecurity Framework | Other | February 26, 2024 |
| PX151 | National Vulnerability Database CVE-2012-4952 Detail | Other | N/A |
| PX152 | National Vulnerability Database CVE-2021-34527 Detail | Other | N/A |
| PX153 | National Vulnerability Database CVE-2025-36125 Detail | Other | N/A |

| PX154 | National Vulnerability Database CVE-2025-53727 Detail | Other | N/A |
|---|---|---|---|
| PX155 | National Vulnerability Database CVE-2025-5419 Detail | Other | N/A |
| PX156 | National Vulnerability Database CVE-2025-64706 Detail | Other | N/A |
| PX157 | National Vulnerability Database CVE-2025-64709 Detail | Other | N/A |
| PX158 | National Vulnerability Database - NVD Vulnerability Search | Other | N/A |
| PX159 | Print Spooler - Win32 apps \| Microsoft Learn | Other | N/A |
| PX160 | Print Spooler Architecture - Windows drivers \| Microsoft Learn | Other | N/A |
| PX161 | KB5005010: Restricting installation of new printer drivers after applying the July 6, 2021 updates - Microsoft Support | Other | N/A |
| PX162 | Remote Lite Technical Notes | Other | N/A |
| PX163 | 738 rename pms dental plugin jett | Other | N/A |
| PX164 | Search Results - CVE_ Common Vulnerabilities and Exposures | Other | N/A |
| PX165 | Secure a Networked Printer Before It Can Be Breached | Other | May 18, 2020 |

| | | | |
|---|---|---|---|
| PX166 | O'Reilly Software Engineering at Google: Lessons Learned from Programming Over Time | Other | N/A |
| PX167 | Software Support and Deprecation Policy \|Google Distributed Cloud air-gapped \| Google Cloud Documentation | Other | N/A |
| PX168 | SolarWinds Cyberattack Demands Significant Federal and Private-Sector Response (Inforgraphic) | Other | April 22, 2021 |
| PX169 | Spooling of PDF print jobs – Bullzip Knowledge Base | Other | N/A |
| PX170 | State-of-the-art information security management systems with ISO / IEC 27001:2005 | Other | January, 2006 |
| PX171 | Video: In the Dentrix Ledger for a patient click print and select statement | Other | N/A |
| PX172 | How Streamlined Patient Intake and Digital Data Capture Drive Faster Dental Payments \| Vyne Dental | Other | December 5, 2025 |
| PX173 | Supply Chain Compromise, Technique T1195 - Enterprise _ MITRE ATT&CK® | Other | N/A |

| | | | |
|---|---|---|---|
| PX174 | Temporary Files_ What is a temporary file_ _ Can I recover deleted temporary files_ _ Lenovo US | Other | N/A |
| PX175 | The Best Dental Clearinghouses for Submitting Electronic Claims | Other | N/A |
| PX176 | The End of an Era – Next Steps for Adobe Flash - Microsoft Edge Blog | Other | July 25, 2017 |
| PX177 | How to Handle Dental Revenue Cycle Management (RCM) | Other | July 25, 2018 |
| PX178 | Deposition Transcript of Jimmy Nix | Other | November 13, 2025 |
| PX179 | Twilio APIs Service Level Agreement -Twilio | Other | N/A |
| PX180 | U.S. Department of Health & Human Services - Office for Civil Rights | Other | N/A |
| PX181 | Update release cycle for Windows clients _ Microsoft Learn | Other | N/A |
| PX182 | Using PCLSoft virtual printing _ PCLSoft 2024 | Other | February 14, 2024 |
| PX183 | VA Technical Reference Model v 26.1 | Other | N/A |
| PX184 | Installing and using the Vyne Dental Plugin with Dentrix Video JETT | Other | N/A |
| PX185 | Digitalize printing with a click \| Sign on Tab | Other | N/A |

| PX186 | Henry Schein Dentrix G% uses hard-coded database credentials shared across multiple installations | Other | January 13, 2016 |
|---|---|---|---|
| PX187 | Software Engineering Institue CERT Coordination Center | Other | June 11, 2013 |
| PX188 | Vulnerability Management: The Complete Guide | Other | November 11, 2025 |
| PX189 | Declaration of James Nix | Court Filing | October 2, 2025 |
| PX190 | Second Supplemental Declaration of James Nix | Court Filing | October 30, 2025 |
| PX191 | Declaration of Stephen Roberts | Court Filing | October 2, 2025 |
| PX192 | Supplemental Declaration of Stephen Roberts | Court Filing | October 21, 2025 |
| PX193 | Third Supplemental Declaration of James Nix | Court Filing | February 4, 2026 |
| PX194 | Vyne Dental About Us | Other | N/A |
| PX195 | Vyne Dental Expands Commitment to Interoperability with Denticon Integrations Agreement | Other | October 22, 2025 |
| PX196 | Vyne Dental Expands commitment to Interoperability with Open Dental Software Integration Agreement | Other | June 24, 2025 |
| PX197 | Vyne Dental Plugin Technical Notes | Other | N/A |
| PX198 | Vyne eClaim Submission | Other | January 24, 2025 |

| | | | |
|---|---|---|---|
| PX199 | Dental RCM Made Easy, Dental eClaims/Billing - Rebenue Acceleration Platform Vyne Trellis | Other | N/A |
| PX200 | VyneSync vs VDP Screenshots - Commands Service Data Access | Other | N/A |
| PX201 | What is a Clearinghouse in Healthcare? 2026 Update - The Hippa Journal | Other | January 14, 2026 |
| PX202 | What Is a Print Driver - Ricoh USA | Other | N/A |
| PX203 | Windows Print Spooler Remote Code Execution Vulnerability | Other | July 1, 2021 |
| PX204 | Windows Protected Print Mode FAQ - Microsoft Learn | Other | July 17, 2025 |
| PX205 | Website re Getting Started: Dentrix + Vyne Trellis User Basics | Other | November 17, 2025 |
| PX206 | Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction | Court Filing | October 15, 2025 |

| PX207 | Declaration of Brian Weatherly in Support of Henry Schein One's Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction | Court Filing | October 15, 2025 |
|---|---|---|---|
| PX208 | Declaration of Kenton McDaniel in Support of Henry Schein One's Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction | Court Filing | October 15, 2025 |
| PX209 | Declaration of Marcelo Barros | Court Filing | October 15, 2025 |
| PX210 | Supplemental Declaration of Stephen Roberts | Court Filing | October 21, 2025 |
| PX211 | Email from V. Levy to M, Burshteyn re Vyne | Email | October 1, 2025 |
| PX212 | Confidential Mutual Tolling Agreement | Other | September 15, 2025 |
| PX213 | Letter from V. Levy to M. Burshteyn re Demand to Immediately Cease and Desist Unauthorized Access to Vyne Dental Confidential Files and Customer Data | Letter | October 21, 2025 |
| PX214 | Supplemental Declaration of James Nix | Court Filing | October 21, 2025 |

| | | | |
|---|---|---|---|
| PX215 | Reply in Support of Plaintiff's Motion for the Temporary Restraining Order and Preliminary Injunction | Court Filing | October 21, 2025 |
| PX216 | Defendant Henry Schein One, LLC's Motion for Temporary Restraining Order and Preliminary Injunction | Court Filing | October 23, 2025 |
| PX217 | Counter-Claimant Henry Schein One, LLC's Memorandum of Law in Support of Motion for Temporary Restraining Order and Preliminary Injunction | Court Filing | October 23, 2025 |
| PX218 | Declaration of Kenton McDaniel in Support of Henry Schein One's Motion for Temporary Restraining Order and Preliminary Injunction | Court Filing | October 23, 2025 |
| PX219 | [Proposed] Order Granting Temporary Restraining Order | Court Filing | October 23, 2025 |
| PX220 | Plaintiff's Opposition to Defendant's Motion for a Temporary Restraining Order and Preliminary Injunction | Court Filing | October 30, 2025 |
| PX221 | Second Supplemental Declaration of James Nix | Court Filing | October 30, 2025 |
| PX222 | Henry Schein One, LLC's Reply in Support of Motion for Temporary Restraining Order and Preliminary Injunction | Court Filing | November 5, 2025 |

| PX223 | Declaration of Kenton McDaniel in Support of Henry Schein One, LLC's Reply In Support of Motion for Temporary Restraining Order and Preliminary Injunction | Court Filing | November 5, 2025 |
|---|---|---|---|
| PX224 | Document re General Information | Other | |
| PX224A | | | |
| PX225 | Document re ClaimListener Shared Library | Other | |
| PX225A | | | |
| PX226 | Deck re CVE 2021-1675 & CVE-2021-34527 PrintNightmare Vulnerability | Other | January 1, 2021 |
| PX227 | Deck re 2025 Health Sector Cyber Threat Landscape | Other | February 1, 2025 |
| PX228 | Deck re Implementing the Health Insurance Portability and Accountability Act (HIPPA) Security Rule | Other | February 1, 2024 |
| PX229 | Deck re Implementing the Health Insurance Portability and Accountability Act (HIPPA) Security Rule | Other | February 1, 2024 |
| PX230 | Document re NIST Cybersecurity Framework | Other | February 26, 2024 |
| PX231 | HS1 Telemetry 12.12.25 | Other | N/A |
| PX232 | HSOne's MOL ISO Motion for TRO and Preliminary Injunction | Memorandum | October 23, 2025 |

| | | | |
|---|---|---|---|
| PX233 | HSOne's NOTICE of Intent to Oppose TRO and PI | Court Filings | October 3, 2025 |
| PX234 | Youssef - install | Other | N/A |
| PX235 | Logfile Listings | Other | N/A |
| PX236 | Maryland - Vyne TRO hearing transcript | Transcript | October 23, 2025 |
| PX237 | PluginHelper.exe | Other | September 26, 2025 |
| PX238 | PluginHelper202508 | Other | N/A |
| PX239 | QuickBill | Other | N/A |
| PX240 | The Biggest Healthcare Data Breaches of 2024 | Other | March 19, 2025 |
| PX241 | Millions of Printers Exposed to Hacking Due to New Vulnerabilities \| Security Magazine | Other | June 27, 2025 |
| PX242 | API Exchange Vendors \| Henry Schein One | Other | N/A |
| PX243 | A national survey of digital health company experiences with electronic health record application programming interfaces - PMC | Other | January 27, 2024 |
| PX244 | Henry Schein Dental Software for Seamless Practice Management \| Henry Schein One | Other | N/A |
| PX245 | HHS OCR and NIST Revamp Cybersecurity Guidance for the Health Care Industry \| Insights \| Ropes & Gray LLP | Other | March 12, 2024 |

| PX246 | NHS software provider fined £3m over data breach | Other | March 27, 2025 |
|---|---|---|---|
| PX247 | Software supply chain attacks surge, as ransomware groups escalate and industrial sectors face more exposure - Industrial Cyber | Other | November 7, 2025 |
| PX248 | Vyne – Healthcare Interoperability & Revenue Acceleration Platform | Other | N/A |
| PX249 | What is HIE? | Other | N/A |
| PX250 | What was Flash & What Happened to It? | Other | October 12, 2022 |
| PX251 | End of servicing plan for third-party printer drivers on Windows | Other | N/A |
| PX252 | Hospital ransomware attack leads to fatality after causing delay in care | Other | September 17, 2020 |
| PX253 | Change Healthcare Cyberattack Underscores Urgent Need to Strengthen Cyber Preparedness for Individual Health Care Organizations and as Field | Other | N/A |
| PX254 | A new, modern, and secure print experience from Windows | Other | December 13, 2023 |

| | | | |
|---|---|---|---|
| PX255 | Is Microsoft Windows able to print to PDF without third-software? Discover Microsoft Print to PDF and how to add it. | Other | N/A |
| PX256 | What is ODBC? | Other | N/A |
| PX257 | What is a DLL | Other | N/A |
| PX258 | What is DLL Hijacking? Understanding and Preventing the Threat | Other | June 13, 2025 |
| PX259 | VDS.DataAccess.dll | Other | October 6, 2025 |
| PX260 | VDS.Lattice.dll | Other | October 6, 2025 |
| PX261 | VDS.Services.dll | Other | October 6, 2025 |
| PX262 | Vyne [MD] MOL IFSO Motion for PI and TRO | Memorandum | October 2, 2025 |
| PX263 | Vyne Declaration of James Nix | Court Filings | October 2, 2025 |
| PX264 | Vyne Declaration of Stephen Roberts | Court Filings | October 2, 2025 |
| PX265 | Vyne Impact with Subject and Description-2025-11-04-14-15-02 | Excel | N/A |
| PX266 | Vyne Motion for TRO and PI | Court Filings | October 2, 2025 |
| PX267 | VyneApiService.exe | Other | September 26, 2025 |
| PX268 | VyneApiService202508 | Other | N/A |
| PX269 | VyneApiService202509 | Other | N/A |
| PX270 | VyneFileService.exe | Other | September 26, 2025 |
| PX271 | VyneFileService202508 | Other | N/A |
| PX272 | VyneFileService202509 | Other | N/A |
| PX273 | VyneSync.Commands.dll | Other | October 6, 2025 |
| PX274 | VyneSync.Service.dll | Other | October 6, 2025 |
| PX275 | VyneSync.Service.exe | Other | October 6, 2025 |
| PX276 | VDS.DataYoussef - Access | Other | N/A |
| PX277 | VDS.LattYoussef - ice | Other | N/A |
| PX278 | VDS.ServYoussef - ices | Other | N/A |

| PX279 | VyneSyncYoussef - .Commands | Other | N/A |
|---|---|---|---|
| PX280 | VyneSyncYoussef - .Service | Other | N/A |
| PX281 | Dentrix and Vyne - Customer Complaint | Other | N/A |
| PX282 | HS One Pop-Up | Other | N/A |
| PX283 | McDaniel - SOC2 Compliance | Other | N/A |
| PX284 | Vyne - Ledger Write-Back | Other | N/A |
| PX285 | Vyne - Printer Driver | Other | N/A |
| PX286 | Vyne FastAttach Desktop & Web User Manual | Other | July 22, 2019 |
| PX287 | Figure 1 - Expert Report of Paul Clip with Appendices | Expert Report | N/A |
| PX288 | Figure 2 - Expert Report of Paul Clip with Appendices | Expert Report | N/A |
| PX289 | Figure 3 - Expert Report of Paul Clip with Appendices | Expert Report | N/A |
| PX290 | Figure 4 - Expert Report of Paul Clip with Appendices | Expert Report | N/A |
| PX291 | Figure 5 - Expert Report of Paul Clip with Appendices | Expert Report | N/A |
| PX292 | Figure 6 - Expert Report of Paul Clip with Appendices | Expert Report | N/A |
| PX293 | Figure 7 - Expert Report of Paul Clip with Appendices | Expert Report | N/A |
| PX294 | Table 1 - Expert Report of Paul Clip with Appendices | Expert Report | N/A |

| | | | |
|---|---|---|---|
| PX295 | Vyne's All-in-One, Platform Approach Simplifies Provider Purchasing Decisions | Other | N/A |
| PX296 | Privacy Policy - Henry Schein One | Other | N/A |
| PX297 | Ensuring Data Ownership and Security: The Henry Schein One API Advantage | Other | December 10, 2024 |
| PX298 | Dentrix vs Dentrix Ascend, Compare Features and Cloud vs Server Dental Software \| Dentrix | Other | N/A |
| PX299 | Unlocking the Power of Integration: How the Henry Schein One API Enhances DSOs | Other | August 27, 2024 |
| PX300 | Accounts that Encoutered an Actual Book | Other | N/A |
| PX301 | Email from B. Weatherly to S. Roberts re EXTERNAL: Renewal of Vyne's Commercial Proposal | Email | November 6, 2025 |
| PX302 | Email from S. Roberts to B. Weatherly re Renewal of Vyne's Commercial Proposal | Email | November 3, 2025 |
| PX303 | HENRY SCHEIN ONE DEVELOPER PROGRAM AGREEMENT | Agreement | N/A |
| PX304 | Vyne / Henry Schein Settlement Offer | Other | October 14, 2025 |
| PX305 | Henry Schein One / Vyne  Term Sheet | Other | N/A |
| PX306 | Slack Messages and Data | Other | N/A |