**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>Plaintiff,<br><br>- against –<br><br>HENRY SCHEIN ONE, LLC,<br><br>Defendant. | Case No. 1:25-cv-03246-MJM |

**DEFENDANT'S EXHIBIT LIST**

Defendant Henry Schein One, LLC ("HSOne"), hereby provides the following exhibit list for the Preliminary Injunction hearing set to be heard on February 10-12, 2026. Defendant reserves the right to supplement and/or modify the exhibits used at the hearing.

| EXH NO. | Identification | Admitted | Date | DESCRIPTION |
|---|---|---|---|---|
| HSOne - 1 | | | 01.24.2016 | AIP Agreement |
| HSOne - 2 **(AEO)** | | | 02.06.2026 | Weekly Installed Apps Summary |
| HSOne - 3 | | | 02.20.2024 | Cease and Desist Letter to Vyne |
| HSOne - 4 | | | 02.20.2025 | HSOne Press Release |
| HSOne - 5 | | | 02.23.2024 | Vyne's Response to HSOne's Notice Letter |
| HSOne - 6 | | | 03.28.2025 | Vyne Press Release |
| HSOne - 7 | | | 04.22.2025 | Email – Dentrix Enterprise Withdrawal |
| HSOne - 8 | | | 06.26.2025 | Email – HSOne Withdrawal Form – Dentrix Enterprise 11.0 CE |
| HSOne - 9 | | | 06.26.2025 | Transcript – Steven Roberts YouTube Interview |
| HSOne - 10 | | | 0627.2025 | Cease and Desist Letter to Vyne |
| HSOne - 11 | | | 06.27.2025 | Vyne Hostile Integration Details |

| EXH NO. | Identification | Admitted | Date | DESCRIPTION |
|---|---|---|---|---|
| HSOne - 12 | | | 07.02.2021 | PrintNightmare, Critical Windows Attack |
| HSOne - 13 | | | 07.10.2025 | Email – HSOne/Vyne regarding DDP Terms |
| HSOne - 14 | | | 07.25.2025 | Email – HSOne/Vyne regarding DDP Negotiations |
| HSOne - 15 | | | 08.11.2021 | PrinterNightmare Vulnerability to Infect Victims in South Kora |
| HSOne - 16 | | | 08.11.2025 | Vyne Press Release |
| HSOne - 17 | | | 08.12.2025 | Vyne Press Release |
| HSOne - 18 | | | 08.21.2025 | Vye Letter to HSOne regarding Customer Data Access Request |
| HSOne - 19 | | | 08.23.2025 | Blog – Schein vs. Vyne The Fight Over Backdoor Hacks |
| HSOne - 20 | | | 08.26.2025 | Demand Letter to Vyne |
| HSOne - 21 | | | 08.27.2024 | Blog – HSOne – Unlocking the Power of Integration |
| HSOne - 22 | | | 01.26.2026 | HSOne – Expert Report |
| HSOne - 23 | | | 09.06.2025 | Vyne Response Ltr to HSOne |
| HSOne - 24 | | | 04.2022 | Guide to Enterprise Patch Management Planning |
| HSOne - 25 | | | 09.15.2025 | Confidential Mutual Tolling Agreement |
| HSOne - 26 | | | 09.26.2025 | VyneFileService.exe |
| HSOne - 27 | | | 08.20.2025 | VyneFileService202508.log |
| HSOne - 28 | | | 09.03.2025 | VyneFileService202509.log |
| HSOne - 29 | | | 09.26.2025 | Vyne ApiService.exe.pdf |
| HSOne - 30 | | | 08.20.2025 | VyneApiService202508.log |
| HSOne - 31 | | | 09.03.2025 | VyneApiService202509.log |
| HSOne - 32 | | | 08.20.2025 | README |
| HSOne - 33 | | | 09.26.2025 | PluginHelper.exe.pdf |
| HSOne - 34 | | | 08.20.2025 | PluginHelper202508 |

| EXH NO. | Identification | Admitted | Date | DESCRIPTION |
|---|---|---|---|---|
| HSOne - 35 | | | 09.26.2025 | logfiles.pdf |
| HSOne - 36 | | | 09.26.2025 | ClaimListenerSharedLibrary.dll.pdf |
| HSOne - 37 | | | 09.26.2025 | ClaimListener.exe.pdf |
| HSOne - 38 | | | 08.20.2025 | ClaimListener.log |
| HSOne - 39 | | | 09.16.2025 | VyneApiService.HostilePrinterCleanupService - |
| HSOne - 40 | | | N/A | QuickBill.txt |
| HSOne - 41 | | | 08.20.2025 | install.log |
| HSOne - 42 | | | 10.14.2025 | HSOne/Vyne - Draft Term Sheet |
| HSOne - 43 | | | 10.17.2025 | HSOne/Vyne - Draft Settlement Offer |
| HSOne - 44 | | | 10.21.2025 | 10.17.2025 Settlement Offer and Terms |
| HSOne - 45 | | | 10.23.2025 | Transcript of TRO Hearing before Judge Maddox |
| HSOne - 46 | | | 10.06.2025 | VyneSync.Service.exe.pdf |
| HSOne - 47 | | | 10.06.2025 | VyneSync.Service.dll.pdf |
| HSOne - 48 | | | 10.06.2025 | VDS.Services.dll.pdf |
| HSOne - 49 | | | 10.06.2025 | VDS.Lattice.dll.pdf |
| HSOne - 50 | | | 10.06.2025 | VyneSync.Commands.dll.pdf |
| HSOne - 51 | | | 10.06.2025 | VDS.DataAccess.dll.pdf |
| HSOne - 52 | | | 10.06.2025 | DECRYPTION-ANALYSIS |
| HSOne - 53 | | | 10.28.2025 | Image - Facebook Group: Dentrix Users |
| HSOne - 54 | | | 10.28.2025 | Image - Facebook Group: Dentrix Users |
| HSOne - 55 | | | N/A | The Best Dental Clearinghouses for Submitting Electronic Claims |
| HSOne - 56 | | | N/A | HSOne Dentrix Customer Contract with Dentrix End User License Agreement Template |

| EXH NO. | Identification | Admitted | Date | DESCRIPTION |
|---|---|---|---|---|
| HSOne - 57 | | | 11.10.2025 | Email - HSOne and Customer re Vyne |
| HSOne - 58 | | | N/A | Brian Weatherly - Steve Roberts meetings |
| HSOne - 59 | | | 10.03.2025 | Vyne Press Release |
| HSOne - 60 | | | 10.03.2025 | Vyne: Henry Schein One Communications: Get the Facts |
| HSOne - 61 | | | N/A | HSOne - FAQ - Holding Statement: API Security |
| HSOne - 62 | | | 08.26.2025 | Vyne Press Release |
| HSOne - 63 | | | 08.26.2025 | Vyne Press Release |
| HSOne - 64 | | | N/A | Dentrix Password Decryption Analysis - CSharp vs CPP |
| HSOne - 65 | | | N/A | Vyne - FastAttach Information |
| HSOne - 66 | | | N/A | Vyne - Terms and Conditions |
| HSOne - 67 | | | 11.06.2025 | HSOne - API Exchange - Website Capture |
| HSOne - 68 | | | 11.06.2025 | PrintNightmare Attack - Critical Vulnerability in Windows |
| HSOne - 69 | | | N/A | HSOne Press Release |
| HSOne - 70 | | | N/A | HSOne Customer Communication - Security Enhancements |
| HSOne - 71 | | | N/A | Social Media Post - Dentrix Users - Re Vyne |
| HSOne - 72 | | | 2021 | Safe Security, PrintNightmare Vulnerability |
| HSOne - 73 | | | 12.12.2025 | HS1 Telementry |
| HSOne - 74 | | | 03.19.2025 | The HIPAA Journal, The Biggest Healthcare Data Breaches of 2024 |
| HSOne - 75 | | | 06.27.2025 | Security, Millions of Printers Exposed to Hacking Due to New Vulnerabilities |
| HSOne - 76 | | | 12.29.2025 | HSOne - API Exchange Vendors - Website Capture |

| EXH NO. | Identification | Admitted | Date | DESCRIPTION |
|---|---|---|---|---|
| HSOne - 77 | | | 01.27.2024 | A National Survey of Digital Health Company Experiences with Electronic Health Record Application Programming Interfaces |
| HSOne - 78 | | | 12.29.2025 | HSOne, Main Webpage - Website Capture |
| HSOne - 79 | | | 03.12.2024 | HHS OCR and NIST Revamp Cybersecurity Guidance for the Health Care Industry |
| HSOne - 80 | | | 03.27.2025 | NHS software provider fined £3m over data breach after ransomware attack |
| HSOne - 81 | | | 11.07.2025 | Software supply chain attacks surge, as ransomware groups escalate and industrial sectors face more exposure |
| HSOne - 82 | | | 01.09.2026 | Vyne, Main Webpage - Website Capture |
| HSOne - 83 | | | 01.09.2026 | ASTP, What is HIE? |
| HSOne - 84 | | | 10.22.2022 | What Was Flash & What Happened to It? |
| HSOne - 85 | | | 05.2025 | End of servicing plan for third-party printer drivers on Windows - Website Capture |
| HSOne - 86 | | | 09.17.2020 | Hospital ransomware attack leads to fatality after causing delay in care |
| HSOne - 87 | | | 02.2024 | Change Healthcare Cyberattack Underscores Urgent Need to Strengthen Cyber Preparedness for Individual Health Care Organizations and as a Field |
| HSOne - 88 | | | 12.13.2023 | A new, modern, and secure print experience from Windows |
| HSOne - 89 | | | 01.23.2026 | Is Microsoft Windows able to print to PDF without third-software? |
| HSOne - 90 | | | 01.23.2026 | What Is ODBC? |
| HSOne - 91 | | | 01.23.2026 | What is a DLL |
| HSOne - 92 | | | 06.13.2025 | What Is DLL Hijacking? |

| EXH NO. | Identification | Admitted | Date | DESCRIPTION |
|---|---|---|---|---|
| | | | | Understanding and Preventing the Threat |
| HSOne - 93 | | | 09.21.2012 | Email between S. Roberts and Customer re Workarounds |
| HSOne - 94 | | | 05.18.2020 | Secure a Networked Printer Before It Can Be Breached |
| HSOne - 95 | | | 02.06.2026 | Dental Revenue Cycle Management and Billing Solutions \| Vyne Dental |
| HSOne - 96 | | | 02.06.2026 | Vyne Dental -- About Us |
| HSOne - 97 | | | 02.06.2026 | TJC Portfolio |
| HSOne - 98 | | | 08.03.2020 | Vyne Realizes Business Evolution with Dental Business Rebrand |
| HSOne - 99 | | | 03.18.2022 | Your Guide to Dental Claims Processing |
| HSOne - 100 | | | 12.08.2021 | Vyne Trellis: The Evolution Continues |
| HSOne - 101 | | | 02.06.2026 | Getting Started with Vyne Trellis |
| HSOne - 102 | | | 02.06.2026 | Accelerate your practice's revenue with our comprehensive, automated pay solution. |
| HSOne - 103 | | | 06.24.2025 | Vyne Dental Expands Commitment to Interoperability With Open Dental Software Integration Agreement |
| HSOne - 104 | | | 10.22.2025 | Vyne Dental Expands Commitment to Interoperability with Denticon Integration Agreement |
| HSOne - 105 | | | 02.04.2026 | Vyne Expert Report |
| HSOne - 106 | | | 02.06.2025 | Patients Want to Pay You. Make it Easy with Vyne Trellis Payments |
| HSOne - 107 | | | N/A | Getting Started with Forms |
| HSOne - 108 | | | 11.11.2022 | Vyne Dental is pleased to announce Vyne Trellis' latest innovation: Automated Forms |
| HSOne - 109 | | | 2020 | Modernization of Healthcare Claims Processing Systems |

| EXH NO. | Identification | Admitted | Date | DESCRIPTION |
|---|---|---|---|---|
| HSOne - 110 | | | 02.06.2025 | Submit Claims from Dentrix |
| HSOne - 111 | | | 12.05.2025 | How Streamlined Patient Intake and Digital Data Capture Drive Faster Dental |
| HSOne - 112 | | | 07.26.2018 | The Top 10 Most Famous Social Engineering Attacks |
| HSOne - 113 | | | 01.13.2023 | Simplifying Insurance Verification with Automated and Batch Eligibility |
| HSOne - 114 | | | 10.03.2025 | Henry Schein Subsidiary Confirms Ransomware Attack |
| HSOne - 115 | | | 06.25.2019 | Healthcare Information Technology Leader, Vyne, Acquired by The Jordan Company |
| HSOne - 116 | | | 06.25.2019 | Healthcare Information Technology Leader, Vyne, Acquired by The Jordan Company |
| HSOne - 117 | | | 09.11.2023 | Microsoft Removing Third-Party Printer Drivers from Windows Update Benefits Everyone |
| HSOne - 118 | | | 02.06.2025 | Dental RCM Made Easy |
| HSOne - 119 | | | 01.30.2025 | Deprecation: What It Means in the Windows Lifecycle |
| HSOne - 120 | | | 02.06.2025 | See how the Vyne Trellis® platform uses eligibility and benefits verification |
| HSOne - 121 | | | N/A | Vyne Trellis® is an end-to-end revenue acceleration |
| **HSOne - 122 (AEO)** | | | 11.04.2024 | Vyne's Impact on HSOne as of 11.04.2024 |
| **HSOne - 123 (AEO)** | | | 02.05.2026 | Vyne's Impact on HSOne as of 02.05.2026 |
| HSOne - 124 | | | 2025 | Dentrix 2025 Release Guide |
| HSOne - 125 | | | 02.2025 | 2025 Health Sector Cyber Threat Landscape |
| HSOne - 126 | | | 2.2024 | Implementing the Health Insurance Portability and Accountability Act (HIPAA) Security Rule |

| EXH NO. | Identification | Admitted | Date | DESCRIPTION |
|---|---|---|---|---|
| HSOne - 127 | | | 2.2024 | Implementing the Health Insurance Portability and Accountability Act (HIPAA) Security Rule |
| HSOne - 128 | | | 02.26.2024 | The NIST Cybersecurity Framework (CSF) 2.0 |
| HSOne - 129 | | | 08.22.2025 | Email - HSOne/Vyne re Commercial Terms |
| HSOne - 130 | | | 09.25.2025 | HSOne/Vyne - Draft Term Sheet |
| **HSOne - 131 (AEO)** | | | 11.07.2025 | Weekly Installed Apps Summary |
| HSOne - 132 | | | N/A | download permissions.png. |
| HSOne - 133 | | | N/A | Remote Lite Technical Notes.pdf. |
| HSOne - 134 | | | N/A | VDP to JETT.png. |
| HSOne - 135 | | | N/A | Audio File: Statement from JETT – CC.mp4 |
| HSOne - 136 | | | N/A | Vyne Dental Plugin Technical Notes.pdf. |
| HSOne - 137 | | | N/A | VyneSync vs VDP - Commands_ Service_DataAccess.pdf. |
| HSOne - 138 | | | 06.28.2024 | Obfuscation Technologies of High-Level Source Code Using Artificial Intelligence |
| HSOne - 139 | | | 05.28.2018 | Meaningful Variable Names for Decompiled Dode: a Machine Translation Approach, ICPC '18: Proceedings of the 26th Conference on Program Comprehension. |
| HSOne - 140 | | | 2018 | Procuring Interoperability: Achieving High-Quality, Connected, and Person-Centered Care |
| HSOne - 141 | | | 03.17.2021 | Electronic Health Record Interoperability: How Did We Get Here and How Do We Move Forward? |
| HSOne - 142 | | | 3.2020 | Software Engineering at Google |
| HSOne - 143 | | | 05.01.2020 | 21st Century Cures Act: |

| EXH NO. | Identification | Admitted | Date | DESCRIPTION |
|---|---|---|---|---|
|  |  |  |  | Interoperability, Information Blocking, and the ONC Health IT Certification Program |
| HSOne - 144 |  |  | N/A | About Administrative Simplification |
| HSOne - 145 |  |  | 01.26.2026 | About Dentrix Enterprise |
| HSOne - 146 |  |  | 01.24.2026 | About Us |
| HSOne - 147 |  |  | 02.02.2026 | Accelerate Your Success with On-Demand Training Videos |
| HSOne - 148 |  |  | 02.03.2026 | Adobe Flash Player End of Life |
| HSOne - 149 |  |  | 04.08.2022 | Apache Log4j Vulnerability Guidance |
| HSOne - 150 |  |  | 01.07.2026 | API Compatibility Policy and Deprecation Policies |
| HSOne - 151 |  |  | 01.31.2026 | Asynchronous Operations in REST APIs: Managing Long-Running Tasks |
| HSOne - 152 |  |  | 2026 | AWS SDKs and Tools |
| HSOne - 153 |  |  | 01.23.2026 | Best Practices for Deployments with Large Data Volumes |
| HSOne - 154 |  |  | 01.24.2026 | Billing and Payment Processing Suite |
| HSOne - 155 |  |  | 02.03.2026 | Breach Portal: Notice to the Secretary of HHS Breach of Unsecured Protected Health Information |
| HSOne - 156 |  |  | 02.01.2026 | Claims and Remittance |
| HSOne - 157 |  |  | 02.28.2025 | Cloud Observability (Monitoring, Logging) Service Level Agreement (SLA) |
| HSOne - 158 |  |  | 04.10.2025 | CVE-2012-4952 Detail |
| HSOne - 159 |  |  | 07.02.2021 | CVE-2021-34527 Detail |
| HSOne - 160 |  |  | N/A | CVE-2025-5419 Detail |
| HSOne - 161 |  |  | 09.09.2925 | CVE-2025-36125 Detail |
| HSOne - 162 |  |  | 09.12.2025 | CVE-2025-53727 Detail |

| EXH NO. | Identification | Admitted | Date | DESCRIPTION |
|---|---|---|---|---|
| HSOne - 163 | | | 11.13.2025 | CVE-2025-64706 Detail |
| HSOne - 164 | | | 11.13.2025 | CVE-2025-64709 Detail |
| HSOne - 165 | | | N/A | CVE Security Vulnerability Database |
| HSOne - 166 | | | N/A | CVE: Common Vulnerabilities and Exposures |
| HSOne - 167 | | | 01.05.2016 | Dental Practice Software Provider Settles FTC Charges It Misled Customers About Encryption of Patient Data |
| HSOne - 168 | | | 02.02.2026 | Dental RCM Made Easy |
| HSOne - 169 | | | 08.20.2025 | Dentrix Ascend Adoption Accelerates as Dental Practices Demand Simpler, Smarter Cloud Technology |
| HSOne - 170 | | | 01.24.2026 | Dentrix by Henry Schein One |
| HSOne - 171 | | | 01.24.2026 | Dentrix Packages & Suites," Henry Schein One |
| HSOne - 172 | | | 01.04.2022 | Devices: Prevent Users from Installing Printer Drivers |
| HSOne - 173 | | | 11.04.2025 | Direct Data Entry |
| HSOne - 174 | | | 02.04.2026 | E-Patient Statements |
| HSOne - 175 | | | 02.04.2026 | EDS Powered by Henry Schein One |
| HSOne - 176 | | | 02.01.2026 | Electronic Medical Billing Clearinghouse |
| HSOne - 177 | | | 01.24.2026 | Eligibility & Claims Processing Suite |
| HSOne - 178 | | | 07.25.2017 | The End of an Era – Next Steps for Adobe Flash |
| HSOne - 179 | | | 05.09.2025 | End of Servicing Plan for Third-Party Printer Drivers on Windows |
| HSOne - 180 | | | 06.04.2025 | Epic Expands EHR Market Share as Rivals Lose Customers |
| HSOne - 181 | | | 06.11.2013 | Faircom c-treeACE Database Weak Obfuscation Algorithm Vulnerability |

| EXH NO. | Identification | Admitted | Date | DESCRIPTION |
|---|---|---|---|---|
| HSOne - 182 | | | N/A | The FHIR® API |
| HSOne - 183 | | | 07.09.2025 | File Security and Access Rights |
| HSOne - 184 | | | 01.24.2026 | Forms |
| HSOne - 185 | | | 05.06.2024 | Future-Proof Printing And The End Of Third-Party Print Drivers |
| HSOne - 186 | | | 01.2019 | Health Information Technology: Approaches and Challenges to Electronically Matching Patients' Records across Providers |
| HSOne - 187 | | | 08.20.1996 | Health Insurance Portability and Accountability Act of 1996 |
| HSOne - 188 | | | 07.02.2018 | Henry Schein And Internet Brands Announce Completion Of Joint Venture To Form Henry Schein One |
| HSOne - 189 | | | 04.04.2014 | Henry Schein Announces Release Of Dentrix Ascend™ |
| HSOne - 190 | | | 01.13.2016 | Henry Schein Dentrix G5 Uses Hardcoded Database Credentials Shared Across Multiple Installations |
| HSOne - 191 | | | 02.04.2026 | Henry Schein One API Exchange |
| HSOne - 192 | | | 01.31.2026 | Henry Schein One Communications: Get the Facts |
| HSOne - 193 | | | 2025 | Highlights from our 2025 Trust Report |
| HSOne - 194 | | | 09.2023 | Hospital Use of APIs to Enable Data Sharing Between EHRs and Apps |
| HSOne - 195 | | | 02.01.2026 | How to Select a Practice Management System |
| HSOne - 196 | | | 2022 | Information Security, Cybersecurity and Privacy Protection — Information Security Management Systems |
| HSOne - 197 | | | 02.02.2026 | Integrated Practice Management and Clearinghouse |
| HSOne - 198 | | | 09.27.2024 | Introduction to Printing |

| EXH NO. | Identification | Admitted | Date | DESCRIPTION |
|---|---|---|---|---|
| HSOne - 199 | | | 12.2025 | Introduction to the HITRUST CSF |
| HSOne - 200 | | | 07.06.2021 | KB5005010: Restricting Installation of New Printer Drivers after Applying the July 6, 2021 Updates |
| HSOne - 201 | | | 02.03.2026 | Lifecycle FAQ - Modern Policy |
| HSOne - 202 | | | 01.30.2026 | Log4jAttackSurface |
| HSOne - 203 | | | 07.22.2024 | Method Validation in Digital Forensics (Accessible) |
| HSOne - 204 | | | 05.12.2025 | Microsoft Is Eliminating Print Drivers – Here's What Your Business Needs to Know |
| HSOne - 205 | | | 02.26.2024 | The NIST Cybersecurity Framework (CSF) 2.0 |
| HSOne - 206 | | | 06.24.2024 | NIST Special Publication 800-series General Information |
| HSOne - 207 | | | 04.2023 | Opportunities to Enhance the Utility of Electronic Health Care Claims |
| HSOne - 208 | | | 02.03.2026 | Print Driver |
| HSOne - 209 | | | 07.01.2021 | Print Spooler |
| HSOne - 210 | | | 12.14.2021 | Print Spooler Architecture |
| HSOne - 211 | | | 02.04.2026 | Search Results |
| HSOne - 212 | | | 02.03.2026 | Sending Claims to EDS |
| HSOne - 213 | | | 02.02.2026 | Software Support and Deprecation Policy |
| HSOne - 214 | | | 04.22.2021 | SolarWinds Cyberattack Demands Significant Federal and Private-Sector Response (Infographic) |
| HSOne - 215 | | | 05.24.2016 | Spooling of PDF Print Jobs |
| HSOne - 216 | | | N/A | Submit Claims from Dentrix |
| HSOne - 217 | | | 01.31.2026 | Temporary Files |
| HSOne - 218 | | | 02.25.2025 | Twilio APIs Service Level |

| EXH NO. | Identification | Admitted | Date | DESCRIPTION |
|---|---|---|---|---|
|  |  |  |  | Agreement |
| HSOne - 219 |  |  | 03.27.2025 | Update Release Cycle for Windows Clients |
| HSOne - 220 |  |  | 02.14.2024 | Using PCLSoft Virtual Printing for Batch Processing of Healthcare Reports, Lab Results, and Administrative Records |
| HSOne - 221 |  |  | 02.12.2025 | VA Technical Reference Model v 26.1 |
| HSOne - 222 |  |  | 02.02.2026 | Virtual Printer: Digitalize Printing with a Click |
| HSOne - 223 |  |  | 11.11.2025 | Vulnerability Management: The Complete Guide |
| HSOne - 224 |  |  | 02.03.2026 | Vulnerability Notes Database |
| HSOne - 225 |  |  | 10.22.2025 | Vyne Dental Expands Commitment to Interoperability with Denticon Integration Agreement |
| HSOne - 226 |  |  | 06.24.2025 | Vyne Dental Expands Commitment to Interoperability With Open Dental Software Integration Agreement |
| HSOne - 227 |  |  | 01.24.2025 | Vyne eClaim Submission |
| HSOne - 228 |  |  | N/A | WestFax Print Driver |
| HSOne - 229 |  |  | N/A | What Is Social Engineering? |
| HSOne - 230 |  |  | 06.13.2023 | Windows Print Spooler Remote Code Execution Vulnerability |
| HSOne - 231 |  |  | 07.17.2025 | Windows Protected Print Mode FAQ |
| HSOne - 232 |  |  | 10.25.2024 | Henry Schein Confirms 166,000 Individuals Affected By October 2023 Ransomware Attack |
| HSOne - 233 |  |  | 07.03.2024 | HIPAA Transactions and Code Sets Rules |
| HSOne - 234 |  |  | 01.14.2026 | What Is a Clearinghouse in Healthcare? |
| HSOne - 235 |  |  | 08.11.2025 | How to Handle Dental Revenue Cycle Management (RCM) |
| HSOne - 236 |  |  | 07.18.2024 | Epic's Dominance in 12 |

| EXH NO. | Identification | Admitted | Date | DESCRIPTION |
|---|---|---|---|---|
| | | | | Numbers |
| HSOne - 237 | | | 06.2005 | A COBIT Primer |
| HSOne - 238 | | | 11.02.2023 | Blackcat Ransomware Claims Breach of Healthcare Giant Henry Schein |
| HSOne - 239 | | | N/A | State-of-the-art Information Security Management Systems with ISO/IEC 27001:2005 |
| HSOne - 240 | | | 12.14.2012 | Printing to the Dentrix Document Center |
| HSOne - 241 | | | N/A | Guide to Integrating Forensic Techniques into Incident Response: Recommendations of the National Institute of Standards and Technology |
| HSOne - 242 | | | 08.26.2025 | Charting the Way Forward: New Efforts to Advance Electronic Health Information Sharing |
| HSOne - 243 | | | 10.24.2025 | Supply Chain Compromise |
| HSOne - 244 | | | N/A | Audio File: VDP - CC.mp4. |
| HSOne - 245 | | | 01.08.2026 | Term Sheet |
| HSOne - 246 | | | 01.27.2026 | Term Sheet |

Dated: February 10, 2026                Respectfully submitted,

                                              **GREENBERG TRAURIG, LLP**

                                              By: */s/ Michael R. Sklaire*
                                                    Michael R. Sklaire (MD Fed. Bar No. 16471)
                                                    Shirin Afsous (MD Fed. Bar No. 31319)
                                                    1750 Tysons Boulevard, Suite 1000
                                                    Tysons Corner, VA 22102
                                                    Tel: (703) 749-1308
                                                    Michael.Sklaire@gtlaw.com
                                                    Shirin.afsous@gtlaw.com
                                                    Michael Burshteyn (*pro hac vice*)
                                                    Marcelo Barros (*pro hac vice*)
                                                    Jennifer Bartlett (*pro hac vice*)
                                                    Candra Connelly (*pro hac vice*)

>Sydney Parks (*pro hac vice*)
>101 Second Street, Suite 2200
>San Francisco, CA 94105
>Tel: (415) 655-1300
>Michael.Burshteyn@gtlaw.com
>Marcelo.Barros@gtlaw.com
>Jennifer.Bartlett@gtlaw.com
>Candra.Connelly@gtlaw.com
>Sydney.Parks@gtlaw.com
>
>*Counsel for Defendant Henry Schein One, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of February, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>*/s/ Michael R. Sklaire*
>Michael R. Sklaire