IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL, | * * * * * |
| Plaintiff/Counter-Defendant, | * |
| v. | * Civ. No.: MJM-25-3246 * |
| HENRY SCHEIN ONE, LLC, | * * |
| Defendant/Counter-Plaintiff. | * * |

\* \* \* \* \* \* \* \* \* \*

## ORDER

As agreed upon by the parties following the evidentiary hearing on February 10–12, 2026, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. Vyne Dental's ("Vyne") post-hearing brief in support of its Motion for Preliminary Injunction (ECF No. 6) shall be filed no later than **February 23, 2026,** and **shall not exceed 15 pages in length**;

2. Henry Schein One, LLC's ("HSOne") post-hearing response in opposition to Vyne's motion and briefing in support of its own Motion for Preliminary Injunction shall be filed no later than **March 3, 2026,** and **shall not exceed 15 pages in length**;

3. Vyne's post-hearing reply brief in further support of its motion and response in opposition to HSOne's motion shall be filed no later than **March 7, 2026,** and **shall not exceed 8 pages in length**;

4. HSOne's post-hearing reply brief in support of its motion shall be filed no later than **March 11, 2026,** and **shall not exceed 8 pages in length**;

1

5. Each brief shall comply with the formatting requirements of Local Rule 102.2 (D. Md. 2025);

6. An in-person hearing on the parties' cross motions for preliminary injunction will be held on **Wednesday, March 18, 2026, at 2:30 p.m., in Courtroom 5C**.

It is so ORDERED this 20th day of February, 2026.

\_\_\_\_\_/S/_____
Matthew J. Maddox
United States District Judge