## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,

*Plaintiff*,

-against-

HENRY SCHEIN ONE, LLC,

*Defendant*.

Case No. 1:25-cv-03246

### MOTION TO SEAL PLAINTIFF'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Local Rule 105.11, Plaintiff National Electronic Attachment, Inc., d/b/a/ Vyne Dental ("Vyne"), by and through undersigned counsel, respectfully moves to seal Plaintiff's Post-Hearing Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction.

The Memorandum of Law contains proprietary, technical, and commercially sensitive information, including testimony and exhibits designated as Confidential and Attorneys' Eyes Only. As the parties received the final unsealed transcripts this afternoon, Vyne respectfully requests that the accompanying Memorandum of Law be sealed in its entirety and will submit a redacted version on the public docket promptly thereafter. This request meets the requirements for sealing, as Vyne has proffered "reasons supported by specific factual representations justifying the sealing." *Minter v. Wells Fargo Bank, N.A.*, 258 F.R.D. 118, 120 & n.2 (D. Md. 2009); D. Md. Loc. R. 105.11. Indeed, no less restrictive alternative exists to protect Vyne's proprietary and competitively sensitive information. Therefore, Vyne respectfully requests that the Court enter an order sealing Plaintiff's Supplemental Memorandum.

1

Respectfully submitted,

/s/ Vincent Levy

Michael Shuster (pro hac vice)
Vincent Levy (pro hac vice)
Charlotte Baigent (pro hac vice)
James Campbell (pro hac vice)
Daniel Fahrenthold (pro hac vice)
Torrell Mills (pro hac vice)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151
vlevy@hsgllp.com

K. Nichole Nesbitt (Bar No. 26137)
Derek M. Stikeleather (Bar No. 27815)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4026
knn@gdldlaw.com
dstikeleather@gdldlaw.com

*Attorneys for Plaintiff*
*National Electronic Attachment, Inc. d/b/a Vyne Dental*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, the foregoing Motion to Seal Plaintiff's Supplemental Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction was filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record appearing thereon.

/s/ *Vincent Levy*
Vincent Levy