IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,

    *Plaintiff*,

-against-

HENRY SCHEIN ONE, LLC,

    *Defendant*.

Case No. 1:25-cv-03246

## RENEWED MOTION TO SEAL

Plaintiff National Electronic Attachment, Inc., d/b/a Vyne Dental ("Vyne"), by and through undersigned counsel, respectfully renews its motion to seal its Post-Hearing Memorandum of Law in support of its Motion for a Preliminary Injunction (ECF No. 130) and now seeks to file the document publicly with limited redactions.

Vyne filed its Post-Hearing Memorandum under seal on February 23, 2026. ECF Nos. 129, 130. After reviewing the public transcripts and conferring with counsel for Henry Shein One, LLC ("HSOne"), Vyne now submits a redacted copy on the public docket. *See G. W. Aru, LLC v. W. R. Grace & Co.-Conn.*, 2023 WL 6130672, at *3 (D. Md. Sept. 19, 2023) (requiring parties seeking redactions to file an unredacted version under seal, move to seal the material, and submit a publicly viewable redacted version). HSOne consents to the Motion.

Vyne's Post-Hearing Memorandum redacts testimony or statements summarizing testimony concerning only one topic, for which the Court permitted sealing of the courtroom during the hearing. *See* Sealed Hr'g Tr. 24:20-25:14. Local Rule 105.11 is satisfied because the omitted material represents proprietary, technical, and commercially sensitive information for which Vyne provides "specific factual representations justifying the sealing." *Minter v. Wells*

1

*Fargo Bank, N.A.*, 258 F.R.D. 118, 120 & n.2 (D. Md. 2009). As required, the proposed redactions are "narrowly tailored" and are not "overbroad nor calculated to expose an opposing party's trade secrets or similar information to competitors." *G. W. Aru, LLC*, 2023 WL 6130672, at *3.

Accordingly, Vyne respectfully requests that the Court grant Vyne's Renewed Motion to Seal the unredacted copy of its Post-Hearing Memorandum of Law, ECF No. 130, along with the redactions in the attached copy filed publicly with this renewed motion.

Respectfully submitted,

*/s/ Vincent Levy*
Michael Shuster (pro hac vice)
Vincent Levy (pro hac vice)
Charlotte Baigent (pro hac vice)
James Campbell (pro hac vice)
Daniel Fahrenthold (pro hac vice)
Torrell Mills (pro hac vice)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151
vlevy@hsgllp.com

K. Nichole Nesbitt (Bar No. 26137)
Derek M. Stikeleather (Bar No. 27815)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4026
knn@gdldlaw.com
dstikeleather@gdldlaw.com

*Attorneys for Plaintiff*
*National Electronic Attachment, Inc. d/b/a Vyne Dental*

**CERTIFICATE OF SERVICE**

   I hereby certify that on March 2, 2026, the foregoing Renewed Motion to Seal Plaintiff's Post-Hearing Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction was filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record appearing thereon.

              */s/ Vincent Levy*
               Vincent Levy