**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>Plaintiff,<br><br>- against –<br><br>HENRY SCHEIN ONE, LLC,<br><br>Defendant. | **Case No. 1:25-cv-03246-MJM** |

## <u>MOTION TO SEAL</u>

Pursuant to Local Rule 105.11, Defendant Henry Schein One, LLC ("HSOne"), by counsel, respectfully moves to seal HSOne's Post-Hearing Memorandum of Law in Support of its Motion for a Preliminary Injunction and in Opposition to Vyne's Motion for a Preliminary Injunction ("HSOne's Opening Post-Hearing Brief").

HSOne's Opening Post-Hearing Brief contains confidential, proprietary, and commercially sensitive information, including testimony and exhibits designated as Confidential or Attorneys' Eyes Only. As there is a condensed briefing schedule in place, the Parties only recently received the public versions of the hearing transcripts, and HSOne would like to allow National Electronic Attachment, Inc. d/b/a Vyne Dental ("Vyne") an opportunity to review HSOne's Opening Post-Hearing Brief for anything that it believes must be sealed, HSOne respectfully requests that HSOne's Opening Post-Hearing Brief be sealed in its entirety. HSOne will confer with Vyne and submit a redacted version on the public docket in short order.

This request meets the requirements for sealing, as HSOne has proffered "reasons supported by specific factual representations justifying the sealing." Local Rule 105.11; *Minter v.*

*Wells Fargo Bank*, *N.A.*, 258 F.R.D. 118 (D. Md. 2009). No less restrictive means can maintain

HSOne's interim designation of HSOne's Opening Post-Hearing Brief as confidential.

Dated: March 4, 2026                    Respectfully submitted,

                                        **GREENBERG TRAURIG, LLP**

                                        By: */s/ Michael Burshteyn*
                                            Michael Burshteyn (*pro hac vice*)
                                            Marcelo Barros (*pro hac vice*)
                                            Jennifer Bartlett (*pro hac vice*)
                                            Candra Connelly (*pro hac vice*)
                                            Sydney Parks (*pro hac vice*)
                                            101 Second Street, Suite 2200
                                            San Francisco, CA 94105
                                            Tel: (415) 655-1300
                                            Michael.Burshteyn@gtlaw.com
                                            Marcelo.Barros@gtlaw.com
                                            Jennifer.Bartlett@gtlaw.com
                                            Candra.Connelly@gtlaw.com
                                            Sydney.Parks@gtlaw.com

                                            Michael R. Sklaire (MD Fed. Bar No. 16471)
                                            Shirin Afsous (MD Fed. Bar No. 31319)
                                            1750 Tysons Boulevard, Suite 1000
                                            Tysons Corner, VA 22102
                                            Tel: (703) 749-1308
                                            Michael.Sklaire@gtlaw.com
                                            Shirin.Afsous@gtlaw.com

                                            *Counsel for Defendant Henry Schein One, LLC*


### CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that on this 4th day of March, 2026, I caused the foregoing to be

electronically filed with the Clerk of Court using the CM/ECF system, which will send notification

of such filing to all counsel of record.

                                        */s/ Michael Burshteyn*