## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A
VYNE DENTAL,

      *Plaintiff*,

  -against-

HENRY SCHEIN ONE, LLC,

      *Defendant*.

Case No. 1:25-cv-03246

### CONSENT MOTION TO SEAL
### PLAINTIFF'S POST-HEARING OPPOSITION AND REPLY

Plaintiff National Electronic Attachment, Inc. ("Vyne"), by and through undersigned counsel and with consent of Defendant's counsel, respectfully moves to seal Plaintiff's Post-Hearing Opposition and Reply Memorandum of Law in support of its Motion for a Preliminary Injunction and in Opposition to Defendant Henry Schein One, LLC's ("HSOne") Motion for a Preliminary Injunction.

Pursuant to Local Rule 105.11, Plaintiff's Memorandum discloses Vyne's proprietary, technical, and commercially sensitive information derived from evidentiary hearing testimony and exhibits that were treated as Confidential and Attorneys' Eyes Only during the preliminary injunction proceedings.  Such information constitutes "specific factual representations justifying the sealing." *Minter v. Wells Fargo Bank, N.A.*, 258 F.R.D. 118, 120 & n.2 (D. Md. 2009).

Vyne respectfully submits the Memorandum under seal and requests leave to promptly file a publicly redacted version in proper form.  *See G. W. Aru, LLC v. W. R. Grace & Co.-Conn.*, 2023 WL 6130672, at *3 (D. Md. Sept. 19, 2023) (requiring parties seeking redactions to file an unredacted version under seal, move to seal the material, and submit a public redacted version).

1

Accordingly, Vyne respectfully requests that the Court grant Vyne's Motion to Seal the unredacted copy of its Post-Hearing Supplemental Opposition and Reply Memorandum of Law, and grant leave to promptly file a publicly redacted version with HSOne's consent.

Respectfully submitted,

*/s/ Vincent Levy*
Michael Shuster (pro hac vice)
Vincent Levy (pro hac vice)
Charlotte Baigent (pro hac vice)
James Campbell (pro hac vice)
Daniel Fahrenthold (pro hac vice)
Torrell Mills (pro hac vice)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151
vlevy@hsgllp.com

K. Nichole Nesbitt (Bar No. 26137)
Derek M. Stikeleather (Bar No. 27815)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4026
knn@gdldlaw.com
dstikeleather@gdldlaw.com

*Attorneys for Plaintiff*
*National Electronic Attachment, Inc. d/b/a Vyne Dental*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2026, the foregoing Motion to Seal Plaintiff's Post-Hearing Opposition and Reply Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction and in Opposition to HSOne's Motion for a Preliminary Injunction. was filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record appearing thereon.

*/s/ Vincent Levy*
Vincent Levy