# EXHIBIT A

**Torrell Mills**

| | |
|---|---|
| **From:** | Daniel Fahrenthold |
| **Sent:** | Monday, November 17, 2025 7:02 PM |
| **To:** | Michael.Burshteyn@gtlaw.com; Vincent Levy; Torrell Mills; Jennifer.Bartlett@gtlaw.com; Michael.Sklaire@gtlaw.com; Marcelo.Barros@gtlaw.com |
| **Cc:** | Michael Shuster; knn@gdldlaw.com; dstikeleather@gdldlaw.com |
| **Subject:** | RE: Joint status report - updated with HS1 edits |

Mike,

In light of the Court's order scheduling the hearing on the preliminary injunction for February 9, we will postpone the deposition of Mr. Youssef currently scheduled for tomorrow. We need to resolve the issue of his disclosures.

To the extent you propose to have him testify in February, we reiterate our request for an expert report describing his methodologies and the bases for his conclusions, along with the identification and production of any documents that he relied upon. Moreover, this information must be produced in time for us to evaluate our need for a responsive expert submission.

Please confirm promptly whether you are willing to produce an expert report for Mr. Youssef ahead of the February hearing, and if so, when you propose doing this.

Best,
Daniel

Daniel Fahrenthold
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8385 | Mobile: (908) 477-6530
425 Lexington Ave | New York, New York 10017 | hsgllp.com

**From:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>
**Sent:** Sunday, November 16, 2025 1:31 PM
**To:** Michael.Burshteyn@gtlaw.com; Vincent Levy <vlevy@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>; Jennifer.Bartlett@gtlaw.com; Michael.Sklaire@gtlaw.com; Marcelo.Barros@gtlaw.com
**Cc:** Michael Shuster <mshuster@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** RE: Joint status report - updated with HS1 edits

Mike,

We do not believe the proffer for David Youssef sent below comes close to being adequate. We reiterate our objections, including under Rules 26(a) and 26(e), which require timely and complete disclosures, and under Rule 37(c)(1), which authorizes relief for nondisclosure. *See S. States Rack & Fixture, Inc. v. Sherwin-Williams Co.*, 318 F.3d 592, 595 & n.2 (4th Cir. 2003) (affirming exclusion of testimony when late disclosure caused surprise and prejudice the opposing party could not cure).

To reiterate, HSOne has failed to make a timely or substantive disclosure of the proposed expert testimony during briefing on the motion, when you opposed depositions, or even more recently. Your more recent "proffer" fails to provide disclosure of the expert's methodologies, the documents on which the expert will rely, the application of any proposed methodology to facts, or any of the other points of disclosure we would expect. You refer broadly to "the technical nature of Vyne's unauthorized access," "risks," "harm," and alleged "violations of the CFAA,

1

DMCA, ECPA, and other state and common-law doctrines," but that provides no indication of the specific factual bases, methodologies, analyses, or documents on which Mr. Youssef will rely.  Nor does it explain how this witness, who is clearly a paid witness, qualifies as a lay witness.

Even if the disclosure failures could be remedied at this late stage, we remain in the dark about what Mr. Youssef will say, and what documents or analyses he will be relying upon.  That not only interferes with our ability to cross-examine him, but just as problematically, it has completely eliminated any ability on our side to consider whether responsive expert testimony can or should be presented.  That sort of prejudice cannot be cured at this juncture.

Although this proceeding concerns a preliminary injunction hearing rather than a trial, the same principles of fairness and notice apply.  *See S. States Rack & Fixture, Inc.*, 318 F.3d at 595 n.2 (applied to "evidence at a trial, at a hearing, or on a motion any witness or information not so disclosed.")  Under *Southern States*, Rule 37(c)(1)'s exclusionary rule extends to any hearing where a late or incomplete disclosure causes incurable surprise.  Given the timing and continued deficiencies of your proffer, although we will proceed to depose Mr. Youssef, we maintain our objection to Mr. Youssef appearing as a witness at the hearing.  We reserve all rights to seek appropriate relief, including exclusion or other sanctions under Rule 37.

Best,
Daniel

Daniel Fahrenthold
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8385 | Mobile: (908) 477-6530
425 Lexington Ave | New York, New York 10017 | hsgllp.com

**From:** Michael.Burshteyn@gtlaw.com <Michael.Burshteyn@gtlaw.com>
**Sent:** Wednesday, November 12, 2025 6:41 PM
**To:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Vincent Levy <vlevy@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>; Jennifer.Bartlett@gtlaw.com; Michael.Sklaire@gtlaw.com; Marcelo.Barros@gtlaw.com
**Cc:** Michael Shuster <mshuster@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** Joint status report - updated with HS1 edits

Hi Daniel,

We've attached an updated status report with some edits and comments.  We are OK with the schedule you sent.  HSOne further provides information on its additional two witnesses below:

The Security Consultant will be David Youseff from FTI.  He will testify to the technical nature of Vyne's unauthorized access, the risks it creates, the harm it has and continues to cause.  His testimony will be limited to the elements related to HSOne's preliminary injunction and TRO motion, including elements for violations of the Computer Fraud and Abuse Act, Digital Millennium Copyright Act, Electronic Communications Privacy Act, and other state and common law doctrines.  He will also testify as to the irreparable harm Vyne's conduct is causing.  Mr. Youseff also will testify as to Vyne's claims against HSOne and why Vyne cannot meet its burden on any of its causes of action or the issue of irreparable harm.  Mr. Youseff's testimony will be admissible as fact witness testimony based on personal knowledge with respect to Vyne's conduct.  Separately, HSOne intends to show that Mr. Youseff's opinions can be admissible as expert opinions at the preliminary injunction hearing as well.  As discussed on our meet and confer, the law allows such an approach and does not require that the expert submit a report if they can be qualified through questioning.  We understand that Vyne reserves its rights to object and are happy to continue meeting and conferring on this topic.

Alan Rencher will also testify regarding topics limited to those relevant to the preliminary injunction hearing.  He has personal knowledge of HSOne's software architecture, the data integrity issues caused by Vyne's

2

unauthorized access, the nature of HSOne's API, and HSOne's software development process and functionality as it relates to Vyne's unauthorized access. Mr. Rencher will testify about the elements of HSOne's preliminary injunction request, irreparable harm, and Vyne's preliminary injunction request, based on his knowledge as HSOne's Chief Technology Officer. Vyne attempted to introduce evidence, including a blog post, drafted by Mr. Rencher at the hearing on Vyne's Temporary Restraining Order. Mr. Rencher's testimony, like Vyne's CTO's, will also be limited to the topics relevant to the preliminary injunction proceedings.

Thanks,
Mike

**Michael Burshteyn**
Shareholder | Greenberg Traurig, LLP

101 2nd Street | Suite 2200 | San Francisco, CA 94105
T +1 415.590.5141 | GT Bio

---

**From:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>
**Sent:** Wednesday, November 12, 2025 10:52 AM
**To:** Vincent Levy <vlevy@hsgllp.com>; Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Torrell Mills <tmills@hsgllp.com>; Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>
**Cc:** Michael Shuster <mshuster@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** RE: Updated Notice(s) of Deposition

Mike,

Attached is a proposed joint status report to be filed with the Court today. Please let us know of any comments.

Best,
Daniel

Daniel Fahrenthold
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8385 | Mobile: (908) 477-6530
425 Lexington Ave | New York, New York 10017 | hsgllp.com

**From:** Vincent Levy <vlevy@hsgllp.com>
**Sent:** Wednesday, November 12, 2025 12:31 PM
**To:** Michael.Burshteyn@gtlaw.com; Torrell Mills <tmills@hsgllp.com>; Jennifer.Bartlett@gtlaw.com; Michael.Sklaire@gtlaw.com; Marcelo.Barros@gtlaw.com
**Cc:** Michael Shuster <mshuster@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** RE: Updated Notice(s) of Deposition

Dear Mike –

Subject to our maintaining our previously stated objections regarding your consultant and new testimony, and your promptly providing the written "proffer" you said you would send about the new witnesses, the schedule works for us with one modification: we need to move Steve Roberts to your

3

Tuesday morning slot. We'd also request starting the morning slot at 9am PT rather than 9:30PT to provide a bit more of a cushion between depositions.

Regarding your question on format, we requested and are entitled to 2.5 hours on the record with each of your contemplated hearing witnesses. We will try to be efficient but reserve the right to take 2.5 hours of cross-examination of each of your identified witnesses (subject to maintaining our objections to admissibility, disclosure issues, etc.). To the extent you have redirect, that does not come out of our allowed time. We should also plan for a break at some point in the middle of the depositions, as 2.5 hours is too long to proceed without a break. Your proposed schedule needs to account for that. Please see below:

| Time slot | Thursday 11/13 | Friday 11/14 | Monday 11/17 | Tuesday 11/18 |
| --- | --- | --- | --- | --- |
| 9:00am – 11:45am PT | Jimmy Nix | Alan Rencher | N/A | Steve Roberts |
| 1pm - 3:45pm PT | Kenton McDaniel | N/A | Brian Weatherly | HS1 Security consultant |

Please send a proposed confidentiality stipulation and/or protective order setting forth what you have in mind. It can be a short form stipulation, subject to later amendment.

We will separately send a draft of the status report due today.

We reserve all rights, including all objections to witnesses who did not submit declarations with the papers appearing at the hearing.

Vincent Levy
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-5120 | Bio
425 Lexington Ave | New York, New York 10017 | hsgllp.com

---

**From:** Michael.Burshteyn@gtlaw.com <Michael.Burshteyn@gtlaw.com>
**Sent:** Tuesday, November 11, 2025 10:33 PM
**To:** Vincent Levy <vlevy@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>; Jennifer.Bartlett@gtlaw.com; Michael.Sklaire@gtlaw.com; Marcelo.Barros@gtlaw.com
**Cc:** Michael Shuster <mshuster@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** RE: Updated Notice(s) of Deposition

Hi Vincent, one other question: does Vyne have a position on how to approach these depositions? Is the idea that each party will spend 2.5 hours asking questions, and then there will be some amount of cross-examination? Or are we planning to apportion the 2.5 hours so that it accounts for both direct and cx?

Thanks,
Mike

**Michael Burshteyn**
Shareholder | Greenberg Traurig, LLP

101 2nd Street | Suite 2200 | San Francisco, CA 94105
T +1 415.590.5141 | GT Bio

4

**From:** Burshteyn, Michael (Shld-SFO-IP-Tech)
**Sent:** Tuesday, November 11, 2025 6:49 PM
**To:** 'Vincent Levy' <vlevy@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>; Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>
**Cc:** Michael Shuster <mshuster@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** RE: Updated Notice(s) of Deposition

Hi Vincent, I was about to email this your way when your email came through. Looks like these availabilities work on both ends.

| Time slot | Thursday 11/13 | Friday 11/14 | Monday 11/17 | Tuesday 11/18 |
| --- | --- | --- | --- | --- |
| 9:30am - noon PT | Vyne Witness [Jimmy Nix] | Alan Rencher | [Potential slot for Vyne] | [Potential slot for Vyne] |
| 1pm - 3:30 PT | Kenton McDaniel | Vyne Witness [Steve Roberts] | Brian Weatherly | HS1 Security consultant |

We will follow up with a description for Mr. Rencher and the Security Consultant, as well as the Security consultant's identity, tomorrow. We understand you are reserving rights to object, and we believe the Security consultant's testimony should be admissible.

Also, can you let us know if Vyne is agreeable to stipulate that portions of the deposition and hearing should be sealed? To the extent more details are provided than what has been submitted so far, we anticipate there may be proprietary information discussed potentially on both sides. We may not have time to put together a full protective order for all of the case, but HSOne believes we could agree to a straightforward protective order with a designation process through a motion to seal.

Thanks,
Mike

**Michael Burshteyn**
Shareholder | Greenberg Traurig, LLP

101 2nd Street | Suite 2200 | San Francisco, CA 94105
T +1 415.590.5141 | GT Bio


**From:** Vincent Levy <vlevy@hsgllp.com>
**Sent:** Tuesday, November 11, 2025 6:18 PM
**To:** Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Torrell Mills <tmills@hsgllp.com>; Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>
**Cc:** Michael Shuster <mshuster@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** RE: Updated Notice(s) of Deposition

Dear Mike –

5

We still have not heard from you about deposition dates and times. On our side, Steve Roberts is available this Friday at 3pm ET, and Jimmy Nix is available this Thursday at 11am ET. As noted below, our stipulation to these additional depositions (which you did not ask the Court for) is subject to scheduling all the depositions so that they conclude promptly as we would like to have the hearing occur promptly (subject to the Court's availability), so please get back to us.

Vincent Levy
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-5120 | Bio
425 Lexington Ave | New York, New York 10017 | hsgllp.com

**From:** Vincent Levy <vlevy@hsgllp.com>
**Sent:** Monday, November 10, 2025 6:08 PM
**To:** Michael.Burshteyn@gtlaw.com; Torrell Mills <tmills@hsgllp.com>; Jennifer.Bartlett@gtlaw.com; Michael.Sklaire@gtlaw.com; Marcelo.Barros@gtlaw.com
**Cc:** Michael Shuster <mshuster@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>
**Subject:** RE: Updated Notice(s) of Deposition

Mike,

As discussed on our call, we do not believe it is appropriate for HS One to insist on taking depositions of Vyne witnesses after forcing a dispute over our depositions, and after representing to the Court, in a signed brief, that HS One, "in contrast" to Vyne, "does not need depositions to meet its burden." There is simply no way to square your current position with the one you took before the Court.

Nevertheless, to spare the Court from having to decide a second wasteful dispute, we are willing to make Messrs. Roberts and Nix available for deposition for 2.5 hours of record time each, assuming we can schedule all the depositions to conclude by EOD next Tuesday November 18. Please let us know when your witnesses are available, and, with respect to your two new witnesses, please promptly send in writing your "proffer" as to their contemplated testimony. For the avoidance of doubt, to the extent your "consultant" is to provide expert testimony, we do not agree that he should be able to testify at the hearing, given that no disclosure was given on the deadlines set by the court for submitting papers on the fully briefed motions. E.g., *Democracy N. Carolina v. N. Carolina State Bd. of Elections*, 2020 WL 4288103, at *7 (M.D.N.C. July 27, 2020) ("While Fed. R. Civ. P. 26 is a discovery disclosure rule that does not apply to this preliminary injunction proceeding, the purpose served by the rule does apply here.").

Vincent Levy
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-5120 | Bio
425 Lexington Ave | New York, New York 10017 | hsgllp.com

**From:** Michael.Burshteyn@gtlaw.com <Michael.Burshteyn@gtlaw.com>
**Sent:** Monday, November 10, 2025 11:57 AM
**To:** Vincent Levy <vlevy@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>; Jennifer.Bartlett@gtlaw.com; Michael.Sklaire@gtlaw.com; Marcelo.Barros@gtlaw.com
**Cc:** Michael Shuster <mshuster@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>
**Subject:** Re: Updated Notice(s) of Deposition

Ok, yes, we can make 11am PT work. We can address your legal argument when we speak. We are also interested in moving fast as you know, I don't think trying to create some kind of record about it between your after hours Friday email and before the day starts Monday email is going to be productive for our conversation or for your client.

Thanks

**Michael Burshteyn**
Shareholder | Greenberg Traurig, LLP

101 2nd Street | Suite 2200 | San Francisco, CA 94105
T +1 415.590.5141 | GT Bio

---

**From:** Vincent Levy <vlevy@hsgllp.com>
**Sent:** Monday, November 10, 2025 8:53:31 AM
**To:** Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Torrell Mills <tmills@hsgllp.com>; Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>
**Cc:** Michael Shuster <mshuster@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>
**Subject:** RE: Updated Notice(s) of Deposition

Hi Mike –

We would like these depositions to proceed promptly so that the hearing can be rescheduled promptly. We were all scheduled to be at a hearing in Maryland on Wednesday at which the witnesses would have been present too. We'd be prepared to take both depositions that day, and there's no good reason why they could not both occur on that day.

If you'd like to speak, I don't know what's convenient for you and what time zone you're on, but today after 2:30pm ET should work for me if it works for you. Let me know. Thanks.

Vincent Levy
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-5120 | Bio
425 Lexington Ave | New York, New York 10017 | hsgllp.com

**From:** Michael.Burshteyn@gtlaw.com <Michael.Burshteyn@gtlaw.com>
**Sent:** Monday, November 10, 2025 11:40 AM
**To:** Vincent Levy <vlevy@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>; Jennifer.Bartlett@gtlaw.com; Michael.Sklaire@gtlaw.com; Marcelo.Barros@gtlaw.com
**Cc:** Michael Shuster <mshuster@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>
**Subject:** Re: Updated Notice(s) of DepositionI'

7

Hi Vincent, tomorrow will not work.  I have been traveling for my grandmother's 90th birthday since Friday and am traveling today as well.  Please let me know when you can talk today so we can schedule these appropriately.  The Court asked us to provide a status update by Wednesday, not to do the depositions by Wednesday.

Thanks.

**Michael Burshteyn**
Shareholder | Greenberg Traurig, LLP

101 2nd Street | Suite 2200 | San Francisco, CA 94105
T +1 415.590.5141 | GT Bio

---

**From:** Vincent Levy <vlevy@hsgllp.com>
**Sent:** Monday, November 10, 2025 8:28:14 AM
**To:** Torrell Mills <tmills@hsgllp.com>; Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>
**Cc:** Michael Shuster <mshuster@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>
**Subject:** RE: Updated Notice(s) of Deposition

**\*EXTERNAL TO GT\***

Mike – could you please let us know by noon pacific today whether you would like to confer on the schedule for these depositions as we need to finalize logistics, given that the first deposition would occur tomorrow. Thanks.

Vincent Levy
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-5120 | Bio
425 Lexington Ave | New York, New York 10017 | hsgllp.com

**From:** Torrell Mills <tmills@hsgllp.com>
**Sent:** Friday, November 7, 2025 8:09 PM
**To:** Michael.Burshteyn@gtlaw.com; Jennifer.Bartlett@gtlaw.com; Michael.Sklaire@gtlaw.com; Marcelo.Barros@gtlaw.com
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Michael Shuster <mshuster@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>
**Subject:** Updated Notice(s) of Deposition

Counsel,

Given the Court's Order of earlier today (Dkt. 63), please see enclosed updated deposition notices for your hearing witnesses.

8

We are prepared to work with you on scheduling if needed.  Please also let us know promptly whether you intend having any other hearing witnesses.

Torrell Mills
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-7913 | Mobile: (702) 245-5452
425 Lexington Ave | New York, New York 10017 | hsgllp.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.