# EXHIBIT B

**Torrell Mills**

| | |
|---|---|
| **From:** | Michael.Burshteyn@gtlaw.com |
| **Sent:** | Monday, December 22, 2025 11:58 PM |
| **To:** | Daniel Fahrenthold; Jennifer.Bartlett@gtlaw.com; Marcelo.Barros@gtlaw.com; Vincent Levy; knn@gdldlaw.com; Michael Shuster; Torrell Mills |
| **Cc:** | Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com |
| **Subject:** | RE: Protective order, designation procedure, briefing schedule |
| **Attachments:** | HSOne - Informal Expert Disclosure - updated.pdf; Ex. A - 2025_1222--FTI Cybersecurity--David Youssef CV re Henry Schein One(717549787.2)(717549936.1).pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi all, please see attached.

Thank you,
Mike

**Michael Burshteyn**
Shareholder | Greenberg Traurig, LLP

101 2nd Street | Suite 2200 | San Francisco, CA 94105
T +1 415.590.5141 | GT Bio

---

**From:** Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>
**Sent:** Monday, December 22, 2025 10:55 AM
**To:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Vincent Levy <vlevy@hsgllp.com>; knn@gdldlaw.com; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>
**Cc:** Afsous, Shirin (Assoc-NVA-LT) <Shirin.Afsous@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>
**Subject:** Re: Protective order, designation procedure, briefing schedule

Hi Daniel, we are prepping the disclosures for you today. We will follow up on the rest by tomorrow.

Thank you,
Mike

**Michael Burshteyn**
Shareholder | Greenberg Traurig, LLP

101 2nd Street | Suite 2200 | San Francisco, CA 94105
T +1 415.590.5141 | GT Bio

**From:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>
**Sent:** Monday, December 22, 2025 10:47:33 AM
**To:** Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Vincent Levy <vlevy@hsgllp.com>; knn@gdldlaw.com <knn@gdldlaw.com>; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>
**Cc:** Afsous, Shirin (Assoc-NVA-LT) <Shirin.Afsous@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>
**Subject:** RE: Protective order, designation procedure, briefing schedule

Counsel,

You have not responded to our proposed schedule below for nearly two weeks. We are following up on the schedule again. Please let us know your response.

Best,
Daniel

Daniel Fahrenthold
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8385 | Mobile: (908) 477-6530
425 Lexington Ave | New York, New York 10017 | hsgllp.com

**From:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>
**Sent:** Monday, December 15, 2025 3:46 PM
**To:** Jennifer.Bartlett@gtlaw.com; Michael.Burshteyn@gtlaw.com; Marcelo.Barros@gtlaw.com; Vincent Levy <vlevy@hsgllp.com>; knn@gdldlaw.com; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>
**Cc:** Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com
**Subject:** RE: Protective order, designation procedure, briefing schedule

Jennifer:

We are following up on the below email.

Best,
Daniel

Daniel Fahrenthold
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8385 | Mobile: (908) 477-6530
425 Lexington Ave | New York, New York 10017 | hsgllp.com

**From:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>
**Sent:** Tuesday, December 9, 2025 10:14 AM
**To:** Jennifer.Bartlett@gtlaw.com; Michael.Burshteyn@gtlaw.com; Marcelo.Barros@gtlaw.com; Vincent Levy <vlevy@hsgllp.com>; knn@gdldlaw.com; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>
**Cc:** Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com
**Subject:** RE: Protective order, designation procedure, briefing schedule

Jennifer:

We appreciate your preparing the below proposal. We do not think two or three weeks as laid out in the timelines below would be sufficient, standing alone, to prepare rebuttal reports. As you note, HS One had identified Mr. Youssef already and apparently had a view as to the information he would testify to during the November 12 hearing. Since you already know his testimony, we ask that you produce by December 29, 2025 any documents or data that Mr. Youssef has already reviewed as of that date (without prejudice to his review of additional documents and data before the opening report is filed) Vyne we would make the same production for any affirmative expert. This would give both sides more time to review the underlying information necessary to produce a rebuttal report.

Below is our proposed timeline. We agree that this schedule would apply only to the preliminary injunction hearing and would not change the timing or scope of general fact or expert discovery after a scheduling order has been entered.

December 22
- Each side identifies any expert it plans to have testify at the preliminary injunction hearing on a subject on which it carries the initial burden, along with the subject matter of the testimony. Each side will serve the following:
    - CV
    - List of publications (last 10 years)
    - Prior testimony (last 4 years)
    - Fee schedule

December 29
- Each side produces any nonprivileged documents or data already considered by its expert, without prejudice to the expert's review of additional documents and data for purposes of the opening report.

January 9
- Opening reports (simultaneous)
- Reports must satisfy Fed. R. Civ. P. 26(a)(2)(B) (all opinions, bases, data considered, exhibits, qualifications, prior testimony, compensation, etc.)

January 30
- Rebuttal reports (simultaneous)
- Limited to responding to opinions disclosed in the opening reports or to information contained in the supporting documents or data produced with the reports

Week of February 2
- Expert depositions
- Scheduling done by agreement

Daniel Fahrenthold
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8385 | Mobile: (908) 477-6530
425 Lexington Ave | New York, New York 10017 | hsgllp.com

---

**From:** Jennifer.Bartlett@gtlaw.com <Jennifer.Bartlett@gtlaw.com>
**Sent:** Thursday, December 4, 2025 12:30 PM
**To:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Michael.Burshteyn@gtlaw.com; Marcelo.Barros@gtlaw.com; Vincent Levy <vlevy@hsgllp.com>; knn@gdldlaw.com; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills

<tmills@hsgllp.com>
**Cc:** Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com
**Subject:** RE: Protective order, designation procedure, briefing schedule

Counsel:

As you know, we intend to designate Mr. Youssef as an expert for the preliminary injunction hearing on February 9. We will provide a report with documents he relies on. We identified Mr. Youssef weeks ago, and Vyne has had over a month to retain its own expert. Please let us know if Vyne intends to engage an expert as well.

Assuming Vyne intends to engage an expert, we propose the following schedule and deadlines for experts:

December 15
- Each side identifies any expert it plans to have testify at the preliminary injunction hearing along with the subject matter of testimony. Each side will serve the following:
  - CV
  - List of publications (last 10 years)
  - Prior testimony (last 4 years)
  - Fee schedule

January 15
- Opening reports (simultaneous)
- Reports must satisfy Fed. R. Civ. P. 26(a)(2)(B) (all opinions, bases, data considered, exhibits, qualifications, prior testimony, compensation, etc.)

January 30
- Rebuttal reports (simultaneous)
- Limited to responding to opinions disclosed in the opening reports (no new topics except truly responsive material)

Week of February 2
- Expert depositions
- Scheduling done by agreement

At the preliminary injunction stage, the case law is clear that the full expert report/process is not required. However, given that we have time before the hearing, we are willing to exchange reports in line with the Rule 26 process. The parties will agree that this limited expert discovery schedule applies only to expert testimony offered in connection with the preliminary injunction hearing and does not alter or resolve the timing or scope of general fact or expert discovery to be addressed in any subsequent Rule 16 scheduling order.

In the event Vyne does not want to designate an expert and wishes to wait to determine whether to designate a rebuttal expert, HSOne proposes the following schedule instead:

December 8
- HSOne will identify its expert who it plans to have testify at the preliminary injunction hearing along with the subject matter of testimony. HSOne will serve the following:
  - CV
  - List of publications (last 10 years)
  - Prior testimony (last 4 years)
  - Fee schedule

January 9

- HSOne's opening report
- Report must satisfy Fed. R. Civ. P. 26(a)(2)(B) (all opinions, bases, data considered, exhibits, qualifications, prior testimony, compensation, etc.)

January 23
- Vyne's report
- Limited to responding to opinions disclosed in the opening report (no new topics except truly responsive material)

January 30
- Rebuttal report by HSOne to respond to Vyne's report

Week of February 2
- Expert depositions
- Scheduling done by agreement

Please let us know if Vyne intends to engage an expert, which schedule Vyne prefers, and if you would like to discuss.

Thanks,
Jennifer

**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3729  |  C +1 214.707.4688  |  F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com | www.gtlaw.com | View GT Biography



---

**From:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>
**Sent:** Monday, December 1, 2025 3:57 PM
**To:** Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Vincent Levy <vlevy@hsgllp.com>; knn@gdldlaw.com; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>
**Cc:** Afsous, Shirin (Assoc-NVA-LT) <Shirin.Afsous@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>
**Subject:** RE: Protective order, designation procedure, briefing schedule

Counsel,

Attached are our comments on the proposed protective order. These edits are without prejudice pending your explanation, as requested below, of your AEO designations on the McDaniel deposition transcript and your objections to our designations to Mr. Nix's transcript.

We wanted to follow up as well on our email regarding Mr. Youssef. Please inform us by end of day this Wednesday, December 3 whether and when you plan to provide an expert report by Mr. Youssef identifying his methodologies and the bases for his conclusions, as well as a production of the documents that he relied on. We reserve all rights.

Best,
Daniel

Daniel Fahrenthold
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8385 | Mobile: (908) 477-6530
425 Lexington Ave | New York, New York 10017 | hsgllp.com

**From:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>
**Sent:** Thursday, November 20, 2025 5:09 PM
**To:** Jennifer.Bartlett@gtlaw.com; Michael.Burshteyn@gtlaw.com; Marcelo.Barros@gtlaw.com; Vincent Levy <vlevy@hsgllp.com>; knn@gdldlaw.com; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>
**Cc:** Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com
**Subject:** RE: Protective order, designation procedure, briefing schedule

Jennifer,

We disagree. The parties here are competitors, and the designated material reflects non-public information about product development. It is of a similar nature as some of the material you designated as AEO in the transcript of Mr. McDaniel. Please explain with citation to case law why your designations are appropriate but ours are not.

Given the position you are taking, we will revert on your draft protective order once you explain your position on this issue, particularly as the draft does cover "sensitive technical information, including current research, development and manufacturing information," and "information that may be used by a party . . . to compete against the designating party."

If you intend to designate any portions of Mr. Rencher's deposition testimony as AEO, please share those designations as well.

Best,
Daniel

Daniel Fahrenthold
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8385 | Mobile: (908) 477-6530
425 Lexington Ave | New York, New York 10017 | hsgllp.com

**From:** Jennifer.Bartlett@gtlaw.com <Jennifer.Bartlett@gtlaw.com>
**Sent:** Wednesday, November 19, 2025 12:40 PM
**To:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Michael.Burshteyn@gtlaw.com; Marcelo.Barros@gtlaw.com; Vincent Levy <vlevy@hsgllp.com>; knn@gdldlaw.com; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>
**Cc:** Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com
**Subject:** RE: Protective order, designation procedure, briefing schedule

Counsel:

We object to all of Vyne's AEO designations on Mr. Nix's deposition transcript; this testimony does not constitute any information that would fall within the categories of information that deserve AEO protection under the draft protective order. More fundamentally, testimony regarding Vyne's plans to continue unauthorized access and workarounds of Dentrix cannot constitute information that should be protected by the AEO designation. Below are the portions of designations to which we object:

33:13-34:2
- Mr. Nix is simply testifying that Vyne changed permissions in the Dentrix database so that HSOne could not prevent Vyne's unauthorized access. HSOne knows this. Vyne cannot try to hide its wrongful conduct by designating it AEO.

36:5-11
- There is no testimony in this portion that would fall under the types of information that deserve AEO protection.

38:22-39:8
- Vyne cannot designate admissions about its plans for other options to facilitating a similar print capture as AEO when it is doing so by accessing Dentrix without authorization.

40:11-44:10
- Vyne's plans for other options to use the print driver where the customer would be accessing from inside the Dentrix database cannot be designated as AEO. Further, testimony related to what Vyne is doing in terms of storing printed to PDF data in the Cloud, coming from the Dentrix application cannot be AEO.

49:11-51:23
- This is testimony regarding Vyne's plans to develop another workaround of HSOne's security controls.

52:24-53:12
- A hypothetical about what Vyne would do if Henry Schein found a way to stop the NovaPDF or Windows PDF approach does not constitute AEO information. Further, testimony that Vyne is not going to stop its alleged mission to help customers get reimbursement is not information that qualifies as AEO.

56:22-23
- Again, testimony regarding Vyne changing the permission that a third party cannot stop Vyne's services does not fall under AEO protection.

62:23-25
- Testimony regarding Vyne's workaround by changing the permissions is not AEO information. Vyne cannot try to hide wrongful conduct by trying to designate it as AEO.

75:22-24
- The portion highlighted is only Mr. Burshteyn's question – not any testimony that could be designated AEO. If Vyne intended to also designate 75:25, we also object because MFA is not a trade secret or other information that would fall under AEO.

94:3-6
- Plans to move to another print capture process to avoid HSOne's controls cannot continue AEO information.

Please explain Vyne's positions, after which we can confer so that we can decide whether Court intervention is necessary.

We also wanted to follow up on the draft protective order and our request that the parties be permitted to share the full deposition transcripts with HSOne's in-house counsel. Of course, we would agree to you doing the same with our depositions/designations. Please let us know.


Thanks,
Jennifer


**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3729  |  C +1 214.707.4688  |  F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

GT GreenbergTraurig

---

**From:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>
**Sent:** Monday, November 17, 2025 3:44 PM
**To:** Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Vincent Levy <vlevy@hsgllp.com>; knn@gdldlaw.com; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>
**Cc:** Afsous, Shirin (Assoc-NVA-LT) <Shirin.Afsous@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>
**Subject:** RE: Protective order, designation procedure, briefing schedule

Mike,

Attached are our AEO designations for Mr. Nix's deposition.

Best,
Daniel

---

Daniel Fahrenthold
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8385 | Mobile: (908) 477-6530
425 Lexington Ave | New York, New York 10017 | hsgllp.com

---

**From:** Michael.Burshteyn@gtlaw.com <Michael.Burshteyn@gtlaw.com>
**Sent:** Sunday, November 16, 2025 11:46 AM
**To:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Jennifer.Bartlett@gtlaw.com; Marcelo.Barros@gtlaw.com; Vincent Levy <vlevy@hsgllp.com>; knn@gdldlaw.com; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>
**Cc:** Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com
**Subject:** Re: Protective order, designation procedure, briefing schedule

Yes, we are OK with allowing supplemental designations through end of day tomorrow for all three of the depositions so far, as we said yesterday.  Please stand by on your end too for ours.


**Michael Burshteyn**
Shareholder | Greenberg Traurig, LLP


101 2nd Street | Suite 2200 | San Francisco, CA 94105
T +1 415.590.5141 | GT Bio

---

**From:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>
**Sent:** Sunday, November 16, 2025 8:26:25 AM
**To:** Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Bartlett, Jennifer (Assoc-DAL-LT)

<Jennifer.Bartlett@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Vincent Levy
<vlevy@hsgllp.com> <knn@gdldlaw.com <knn@gdldlaw.com>; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills
<tmills@hsgllp.com>
**Cc:** Afsous, Shirin (Assoc-NVA-LT) <Shirin.Afsous@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT)
<Michael.Sklaire@gtlaw.com>
**Subject:** RE: Protective order, designation procedure, briefing schedule

Mike,

We are in consultation with our client regarding the draft PO you sent, the sharing of information with in-house
counsel, and AEO designation.

Due to some technical difficulties we were not able to get a copy of the Nix transcript until this morning.  We intend
to get our AEO designations back to you today but wanted to confirm our provisional agreement not to share the
testimony until we have designations still holds.

Thanks,
Daniel


Daniel Fahrenthold
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8385 | Mobile: (908) 477-6530
425 Lexington Ave | New York, New York 10017 | hsgllp.com

---

**From:** Michael.Burshteyn@gtlaw.com <Michael.Burshteyn@gtlaw.com>
**Sent:** Saturday, November 15, 2025 8:05 PM
**To:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Jennifer.Bartlett@gtlaw.com; Marcelo.Barros@gtlaw.com; Vincent
Levy <vlevy@hsgllp.com>; knn@gdldlaw.com; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills
<tmills@hsgllp.com>
**Cc:** Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com
**Subject:** Re: Protective order, designation procedure, briefing schedule

Yes, that works on the scheduling, thanks.


**Michael Burshteyn**
Shareholder | Greenberg Traurig, LLP


101 2nd Street | Suite 2200 | San Francisco, CA 94105
T +1 415.590.5141 | GT Bio

---

**From:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>
**Sent:** Saturday, November 15, 2025 4:12:35 PM
**To:** Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Bartlett, Jennifer (Assoc-DAL-LT)
<Jennifer.Bartlett@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Vincent Levy
<vlevy@hsgllp.com>; knn@gdldlaw.com <knn@gdldlaw.com>; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills

<tmills@hsgllp.com>
**Cc:** Afsous, Shirin (Assoc-NVA-LT) <Shirin.Afsous@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT)
<Michael.Sklaire@gtlaw.com>
**Subject:** RE: Protective order, designation procedure, briefing schedule

Mike – Regarding the briefing deadlines, we would agree to extend the briefing deadlines as you requested yesterday if you agree to extend the time for us to file corresponding briefs (opposition to the motion to dismiss the complaint and either the reply on the counterclaims motion to dismiss or a new motion to dismiss, depending on whether you choose to amend the counterclaims) to January 9, given the holidays and work conflicts. Let us know. We will revert on the balance of your note promptly.

Daniel Fahrenthold
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8385 | Mobile: (908) 477-6530
425 Lexington Ave | New York, New York 10017 | hsgllp.com

**From:** Michael.Burshteyn@gtlaw.com <Michael.Burshteyn@gtlaw.com>
**Sent:** Saturday, November 15, 2025 6:49 PM
**To:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Jennifer.Bartlett@gtlaw.com; Marcelo.Barros@gtlaw.com; Vincent Levy <vlevy@hsgllp.com>; knn@gdldlaw.com; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills
<tmills@hsgllp.com>
**Cc:** Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com
**Subject:** Protective order, designation procedure, briefing schedule

Hi, a few things:

1. Attaching a protective order draft here. We would like to share the proposed designation you sent us about Mr. Nix with in-house counsel at our client, and would agree to you doing the same with our designations. Then we would like a period to take a position on the designation, and then meet and confer. This is reflected in the draft. We can get back you on Mr. Nix by Monday, and if you add any designations within a day of that.

2. Attaching our initial designations for Mr. McDaniel. We would like to agree that both parties can supplement this by Monday given the weekend. We will also follow up with our designations for Mr. Rencher's deposition. Note the protective order is subject to client comments, but I am sending it your way in the interest of time.

3. Please let us know about the other email regarding briefing deadlines, we would appreciate it as it will impact the amount of weekend work our team has to do.

Thanks,
Mike

**Michael Burshteyn**
Shareholder | Greenberg Traurig, LLP

101 2nd Street | Suite 2200 | San Francisco, CA 94105
T +1 415.590.5141 | GT Bio

**From:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>
**Sent:** Friday, November 14, 2025 5:11 PM

**To:** Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Vincent Levy <vlevy@hsgllp.com>; knn@gdldlaw.com; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>
**Cc:** Afsous, Shirin (Assoc-NVA-LT) <Shirin.Afsous@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>; Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>
**Subject:** RE: 1:25-cv-03246-MJM Vyne v. HSOne - Deposition Today

Mike,

We understand from your comment during the deposition today that you intend to share draft language for a protective order regarding the deposition testimony shortly.

We would like to move forward promptly with these designations and think the parties can designate relevant passages while a draft PO is in the works.  To that end we ask that you please designate the passages of Mr. McDaniel's deposition testimony that you intend to mark AEO as soon as possible, and do the same for Mr. Rencher's transcript when it is available.  We will do the same for Mr. Nix.

Thanks,
Daniel


Daniel Fahrenthold
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8385  |  Mobile: (908) 477-6530
425 Lexington Ave  |  New York, New York 10017  |  hsgllp.com

---

**From:** Jennifer.Bartlett@gtlaw.com <Jennifer.Bartlett@gtlaw.com>
**Sent:** Friday, November 14, 2025 11:59 AM
**To:** Marcelo.Barros@gtlaw.com; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Vincent Levy <vlevy@hsgllp.com>; knn@gdldlaw.com; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>
**Cc:** Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com; Michael.Burshteyn@gtlaw.com
**Subject:** RE: 1:25-cv-03246-MJM Vyne v. HSOne - Deposition Today

And maybe just forward the Veritext confirmation?

**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3729  |  C +1 214.707.4688  |  F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

 Greenberg Traurig

---

**From:** Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>
**Sent:** Friday, November 14, 2025 9:58 AM
**To:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Vincent Levy <vlevy@hsgllp.com>; knn@gdldlaw.com; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>
**Cc:** Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Afsous, Shirin (Assoc-NVA-LT) <Shirin.Afsous@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>; Burshteyn, Michael (Shld-

SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>
**Subject:** RE: 1:25-cv-03246-MJM Vyne v. HSOne - Deposition Today

Hi Daniel,

It seems we are unable to access the link with the passcode provided.  Can you double check, please?

Thank  you,

**Marcelo Barros**

Associate

Greenberg Traurig, LLP
101 2nd Street | Suite 2200 | San Francisco, CA 94105-3668
T +1 415.590.5142
marcelo.barros@gtlaw.com | www.gtlaw.com

GT GreenbergTraurig

**From:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>
**Sent:** Friday, November 14, 2025 8:38 AM
**To:** Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Vincent Levy <vlevy@hsgllp.com>;
knn@gdldlaw.com; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>
**Cc:** Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Afsous, Shirin (Assoc-NVA-LT)
<Shirin.Afsous@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>; Burshteyn, Michael (Shld-
SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>
**Subject:** RE: 1:25-cv-03246-MJM Vyne v. HSOne - Deposition Today

**\*EXTERNAL TO GT\***

Hi Marcelo,

Please see below.

### YOUR VERITEXT VIRTUAL REMOTE PROCEEDING HAS BEEN SCHEDULED
- **CASE:** National Electronic Attachment, Inc. vs. Henry Schein One LLC
- **WITNESS(ES):** Alan Rencher
- **DATE & TIME:** Friday, Nov 14 2025 12:00 PM Eastern Time (US  & Canada)
- **VERITEXT PROCEEDING #:** 7751409

### PARTICIPANT ACCESS

If you provided participant information to Veritext when scheduling, access instructions have been
separately emailed to identified participants.

Holwell Shuster & Goldberg LLP - Daniel Fahrenthold

***If you are unable to notify Veritext of participants prior, please forward the following information to additional parties to the proceeding.***

Access is available 60 minutes prior to the scheduled proceeding time.

**OPTION 1**
• Click on the Veritext Virtual access link **here**.
• Ensure your browser's pop-up blocker is set to temporarily allow pop-ups.

**OPTION 2**
• In your browser, go to **https://zoom.us/join**
• Enter Meeting ID: 89093807948
• Enter Password: bYU8LLlYUN

Daniel Fahrenthold
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8385 | Mobile: (908) 477-6530
425 Lexington Ave | New York, New York 10017 | hsgllp.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Marcelo.Barros@gtlaw.com <Marcelo.Barros@gtlaw.com>
**Sent:** Friday, November 14, 2025 11:33 AM
**To:** Vincent Levy <vlevy@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; knn@gdldlaw.com; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>
**Cc:** Jennifer.Bartlett@gtlaw.com; Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com; Michael.Burshteyn@gtlaw.com
**Subject:** RE: 1:25-cv-03246-MJM Vyne v. HSOne - Deposition Today

Counsel,

Could you please provide us with the link for Alan Rencher's deposition scheduled for today, slated for ? It is slated to begin in approximately thirty minutes, and we have not received the link yet.

Thank you,

**Marcelo Barros**
Associate

Greenberg Traurig, LLP
101 2nd Street | Suite 2200 | San Francisco, CA 94105-3668
T +1 415.590.5142

marcelo.barros@gtlaw.com | www.gtlaw.com

**GT** GreenbergTraurig

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>Plaintiff,<br><br>- against –<br><br>HENRY SCHEIN ONE, LLC,<br><br>Defendant. | **Case No. 1:25-cv-03246-MJM** |

**HSONE's INFORMAL EXPERT DISCLOSURE
– PRELIMINARY INJUNCTION HEARING**

HSOne discloses the following retained expert witness who may provide an expert report for, or who may testify at the February 10–12, 2026 preliminary injunction hearing (ECF No. 87). For the avoidance of doubt, this disclosure is submitted solely for purposes of the preliminary injunction hearing. HSOne reserves all rights. HSOne's position, as expressed in meet and confer correspondence, is that the Federal Rules of Civil Procedure regarding expert disclosures are not applicable for purposes of a preliminary injunction hearing. *See, e.g.*, *G.W. Aru, LLC v. W.R. Grace & Co.-Conn.*, No. JKB-22-2636, 2023 U.S. Dist. LEXIS 149935, at *5-6 (D. Md. Aug. 23, 2023) (noting the relaxed and less formal evidentiary standards for witness testimony in a preliminary injunction proceeding and reviewing cases). HSOne consequently provides this disclosure as a courtesy to Vyne, but by doing so does not agree to the applicability of Rule 26(a)(2) for purposes of the preliminary injunction proceeding.

The expert witness may use or refer to exhibits at the preliminary injunction hearing, including, but not limited to, the pleadings and memoranda filed in this matter, documents

produced in discovery, if any, and deposition testimony.  The opinions of each expert, retained or otherwise, are to a reasonable degree of professional certainty.

## I.     Expert Witness Information

Mr. David J. Youssef has been retained as an expert for HSOne, at 1166 Avenue of the Americas, 15th Floor, New York, NY 10036.

## II.     Subject Matter of Testimony

Mr. Youssef is expected to testify regarding the following items, but reserves the right to amend, modify and alter the testimony in light of new evidence or data and given the compressed nature of the schedule prior to the proceeding:

- The technical nature of Vyne's unauthorized access to Henry Schein One's systems;

- Cybersecurity, data privacy, and other risks associated with Vyne's conduct;

- Harm associated with Vyne's conduct to HSOne's software systems and database;

- Evidence supporting violations of the CFAA, DCMA anti-circumvention provisions, ECPA, Utah's Unfair Competition Act, and related common-law doctrines;

- Allegations made by Vyne with respect to HSOne's telemetry and logging functionality; and

- Expert methodology and forensic analysis.

## III.     Qualifications

A copy of Mr. Youssef's curriculum vitae is attached under **Exhibit A**.  The CV includes a list of any publications authored within the previous ten (10) years.

## IV.     Prior Testimony

Within the preceding four (4) years, Mr. Youssef has testified as an expert in the following cases, as identified in **Exhibit A**:

ACTIVE 717547795v4

- Circuit Court of Cook County Law Division (Illinois) (2020 L 013222). NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and INDIAN HARBOR INSURANCE COMPANY (Plaintiff), v. INHOUSECIO, LLC; **ARROW ELECTRONICS, INC.,** ARROW ENTERPRISE COMPUTING SOLUTIONS INC. (Defendants).

- United States District Court, Northern District of California (19-CV-07123-PJH). **WHATSAPP INC.,** ET AL., (PLAINTIFFS), V. NSO GROUP TECHNOLOGIES LIMITED, ET AL., (DEFENDANTS).

- United States District Court Southern District of New York (1:23-cv-02219). <u>**Google LLC, Plaintiff**</u>, v. Zubair Saeed; Raheel Arshad; Mohammad Rasheed Siddiqui; and Does 1-15, Defendants. (S.D.N.Y. Apr. 21, 2023)

- United States District Court Southern District of New York (23-cv-03369). John Collins, on behalf of himself and all others similarly situated, Plaintiff, v. <u>**Pearson Education, Inc**</u>.

## V.    Compensation

Mr. Youssef's compensation is $1,270/hr, as shown in **Exhibit A**, Section II.

## VI.    Reservation of Rights

This disclosure is made solely for purposes of the preliminary injunction hearing.  HSOne expressly reserves the right to supplement, amend, or provide an additional expert report pursuant to Rule 26(a)(2)(B) for merits discovery, trial, or other proceedings.  HSOne further reserves the right to supplement this disclosure.

Dated:  December 22, 2025                    Respectfully submitted,

                                                            **GREENBERG TRAURIG, LLP**

                                                            By:            */s/ Michael Burshteyn*
                                                                    Michael Burshteyn *(pro hac vice)*
                                                                    Marcelo Barros *(pro hac vice)*
                                                                    Jennifer Bartlett *(pro hac vice)*
                                                                    101 Second Street, Suite 2200
                                                                    San Francisco, CA 94105
                                                                    Tel: (415) 655-1300
                                                                    Michael.burshteyn@gtlaw.com
                                                                    Marcelo.barros@gtlaw.com
                                                                    Jennifer.bartlett@gtlaw.com

                                                                    Michael R. Sklaire (MD Fed. Bar No. 16471)
                                                                    1750 Tysons Boulevard, Suite 1000
                                                                    Tysons Corner, VA 22102
                                                                    Tel: (703) 749-1308
                                                                    michael.sklaire@gtlaw.com

ACTIVE 717547795v4

*Counsel for Defendant Henry Schein One, LLC*

4

Curriculum Vitae of David J. Youssef

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

NATIONAL ELECTRONIC
ATTACHMENT, INC., D/B/A VYNE
DENTAL,

          Plaintiff,

    v.

HENRY SCHEIN ONE, LLC,

          Defendant.

Civil Action No.: 1:25-cv-03246-MJM

**Curriculum Vitae of David Youssef**

**December 22, 2025**

Curriculum Vitae of David J. Youssef

## I.    SUMMARY

1.  I, David J. Youssef, am employed as a Managing Director at FTI Consulting, Inc. ("FTI"). I have been retained by Greenberg Traurig, LLP ("Counsel") in connection with their representation of Defendant, Henry Schein One, LLC ("HS One"), in this matter.

2.  Due to my expertise in cybersecurity, I have been asked to review the facts pertaining to Vyne's actions and HS One's investigation. My assignment includes assessing HS One's security controls, analyzing he forensic evidence, software artifacts, and offering expert opinions regarding the technical and security implications of Vyne's conduct.

## II.    FEE SCHEDULE

3.  Professionals from FTI, who worked under my direction, have assisted me on this engagement. My bill rate for this matter is $1,270 per hour. The fees paid to FTI are not contingent on the outcome of this matter or the opinions expressed in my expert report.

4.  FTI's fee schedule for this matter is based on the level of the practitioner who participates in the matter and follows the fee schedule laid out below:

| Professional Level | Cybersecurity Rates |
| --- | --- |
| Senior Managing Director | $1460-$2000 |
| Managing Director | $1270-$1460 |
| Senior Director | $1110-$1160 |
| Director | $985-$1090 |
| Senior Consultant | $740-$875 |
| Consultant | $545-$660 |
| Project Assistant | $250-$375 |

Curriculum Vitae of David J. Youssef

## III.    CURRICULUM VITAE

Mr. Youssef has more than 15 years of experience working as a cybersecurity professional in both private industry and academia. He has extensive knowledge in the fields of incident response, crisis management, advanced threat research, malware analysis, cyber resiliency, cloud security engineering, offensive security, and secure software development.

At FTI Consulting, Mr. Youssef leads North America's incident response efforts for the Cybersecurity practice, guiding teams of experts to effectively address sophisticated ransomware attacks, business email compromise, cyber extortion, data exfiltration, and cyber espionage sponsored by nation-states and other advanced persistent threat actors. This includes device threats such as mobile spyware, mobile exploits, and mobile espionage. He also provides cybersecurity expertise in a broad range of matters involving litigation support and complex investigations, breach response, crisis management, botnet takedowns, cybersecurity assessments, source code review, regulatory compliance, and advanced threat detection and prevention.

Prior to joining FTI Consulting, Mr. Youssef served as Vice President and Global Lead of the Integrated Cyber Threat Analysis Team at Citigroup's Cyber Security Fusion Center. There, he coordinated Citi's intelligence-led, threat-focused approach to incident avoidance and risk reduction. Mr. Youssef was the lead coordinator of response efforts during critical cyber events and crises, orchestrating evidence collection, intelligence integration, and mitigation efforts among Fusion Center teams. In addition, he spearheaded the creation of an interdisciplinary advanced persistent threat hunt capability that focused on proactively defending and protecting against nation-state cyber attacks and threats from other cyber criminal groups.

Before his role at Citi's Fusion Center, Mr. Youssef served as Assistant Vice President for Citi Security and Investigative Services, responding to global cyber incidents and specializing in digital forensics, electronic crimes, and malware analysis. He actively engaged in liaison activities with various US-based and international law enforcement and government agencies to best understand emerging cyber threats and aided in the disruption of several malware botnet cyber criminal rings.

Mr. Youssef was an Adjunct Professor of Cybersecurity at Fordham University, where he taught various graduate and undergraduate courses on incident response, digital forensics, network security, penetration testing, and critical infrastructure.

Also at Fordham, Mr. Youssef served on the organizing committee of the International Conference on Cyber Security (ICCS), an annual summit held in partnership with the Federal Bureau of Investigation in which experts from government, private sector, and academia gather to share critical intelligence on issues shaping the future of cybersecurity.

Curriculum Vitae of David J. Youssef

## 1.  Education

— B.S., Computer Science, Fordham University

## 2.  Expert Retention

— Circuit Court of Cook County Law Division (Illinois) (2020 L 013222). NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and INDIAN HARBOR INSURANCE COMPANY (Plaintiff), v. INHOUSECIO, LLC; **ARROW ELECTRONICS, INC.,** ARROW ENTERPRISE COMPUTING SOLUTIONS INC. (Defendants).

— United States District Court, Northern District of California (19-CV-07123-PJH). **WHATSAPP INC.,** ET AL., (PLAINTIFFS), V. NSO GROUP TECHNOLOGIES LIMITED, ET AL., (DEFENDANTS).

— United States District Court Southern District of New York (1:23-cv-02219). **Google LLC, Plaintiff**, v. Zubair Saeed; Raheel Arshad; Mohammad Rasheed Siddiqui; and Does 1-15, Defendants. (S.D.N.Y. Apr. 21, 2023)

— United States District Court Southern District of New York (23-cv-03369). John Collins, on behalf of himself and all others similarly situated, Plaintiff, v. **Pearson Education, Inc**.


## 3.  Notable Professional Activities

— Guest Lecturer, Georgetown University, January 2023

— Guest Lecturer, Columbia University, April 2023

— Adjunct Instructor, Fordham University, September 2011-July 2015

— Director of Technology, International Conference on Cyber Security, January 2010-January 2015

## 4.  Featured Media Appearances

— CSO Online, *AI poisoning attacks can come from inside or outside an organization, June 2024*

— DC News Now, *What's the NSA's new AI security center means for the nation*, October 2023

## 5.  Publications

— *The CISO Times, Threat Actors See Bigger Return for Smaller Devices: The Growing Threat of Mobile Malware,* November 2025

— FTI Consulting, *Threat Actors See Bigger Return for Smaller Devices*, November 2025

— FTI Cybersecurity, *Zero Day: How a Fictional Show Highlights Real Cyber Threats, March 2025*

— FTI Journal, *Are Cyber Actors Hiding in Your Pocket? Rooting Out Spyware on Mobile Devices*, October 2021