# EXHIBIT C

**Torrell Mills**
___

| | |
|---|---|
| **From:** | Daniel Fahrenthold |
| **Sent:** | Thursday, January 15, 2026 2:34 PM |
| **To:** | Michael.Burshteyn@gtlaw.com; Jennifer.Bartlett@gtlaw.com; Marcelo.Barros@gtlaw.com; Vincent Levy; knn@gdldlaw.com; Michael Shuster; Torrell Mills |
| **Cc:** | Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com |
| **Subject:** | RE: Protective order, designation procedure, briefing schedule |
| **Attachments:** | Vyne - Rebuttal Expert Disclosure.pdf |

Mike,

Attached is a disclosure regarding Vyne's rebuttal expert.

We would like to proceed with a meet and confer as promptly as possible. Please let us know your availability today and tomorrow.

Best,
Daniel

Daniel Fahrenthold
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8385 | Mobile: (908) 477-6530
425 Lexington Ave | New York, New York 10017 | hsgllp.com

---

**From:** Michael.Burshteyn@gtlaw.com <Michael.Burshteyn@gtlaw.com>
**Sent:** Tuesday, January 13, 2026 1:23 AM
**To:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Jennifer.Bartlett@gtlaw.com; Marcelo.Barros@gtlaw.com; Vincent Levy <vlevy@hsgllp.com>; knn@gdldlaw.com; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>
**Cc:** Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com
**Subject:** RE: Protective order, designation procedure, briefing schedule

Hi Daniel, thank you, we do although we may not be able to send it over until early next week, although we may sooner. We reserved the right to supplement and also we do not have a record of an agreement by both parties to the schedule. We thought you did not intend to oppose the expert after we sent you the courtesy disclosure. We also did not think you were going to have an expert on your end since you did not disclose one so far.

That said, we are available to discuss these issues and think there is a path for experts to be deposed and appear. Please let us know your availability.

Thank you,
Mike

**Michael Burshteyn**
Shareholder | Greenberg Traurig, LLP

101 2nd Street | Suite 2200 | San Francisco, CA 94105
T +1 415.590.5141 | GT Bio

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,<br><br>                 *Plaintiff*,<br><br>    -against-<br><br>HENRY SCHEIN ONE, LLC,<br><br>                 *Defendant*. | Case No. 1:25-cv-03246 |

## VYNE'S EXPERT DISCLOSURE

Vyne states that it has retained Paul Clip as an expert witness who may provide a rebuttal report or rebuttal testimony in response to the expert testimony introduced by HS One from its retained expert, David Youssef. This disclosure is provided solely for purposes of the preliminary injunction hearing and Vyne reserves the right to supplement, amend, or provide an additional expert report or reports at any later stage of the proceeding.

***Expert witness information & qualifications.*** Mr. Clip has been retained in affiliation with Analysis Group. A copy of his curriculum vitae is attached as Addendum A to this disclosure. The CV contains information as to Mr. Clip's education, experience, and publications.

***Subject matter of testimony.*** Mr. Clip is expected to testify and to produce an expert report in rebuttal to Mr. Youssef's testimony and report.

***Prior testimony.*** Mr. Clip has provided expert testimony in the following non-confidential matters within the last four years:

- *Revvity Signals Software, Inc. v. Cloud Software Grp., Inc., f/k/a Tibco Software Inc.*, Case No. 2484CV00766 (Mass. Suffolk Cnty. Superior Ct.).

- *Syntel Sterling Best Shores Mauritius Ltd. v. TriZetto Grp., Inc.*, Case No. 1:15-cv-00211-LGS-SDA (S.D.N.Y.).

**Compensation.**  Mr. Clip's compensation is $900 per hour.

Vyne reserves the right to supplement this disclosure.

# ADDENDUM A

# PAUL CLIP                                                                                                paul@clip.org

## SUMMARY
Energetic technology executive and development leader with extensive business and security expertise.
Track record of delivering multi-tenant, highly scalable, SaaS solutions in fast-paced, distributed team environments.
Strong leadership, management, mentoring, facilitation, and communication skills.

## EXPERIENCE

### Consultant and Tech Investor (2018 - present)
Tech consulting & mentoring on software engineering practices, architecture, information security, and organizational structure & processes. Investor in multiple funds. Key engagements include:
- Advising Syapse, a healthcare startup integrating clinical, molecular, treatment, and outcomes data to support precision medicine initiatives, on redesigning their software architecture to meet their future business and technical goals.
- Serving as a testifying expert in complex, high-value litigations, drawing on deep technical and clinical expertise to assist legal teams in building strong, evidence-based arguments.

### Barracuda/Taskin (2016 – 2018)
Barracuda and Taskin create highly desirable travel products that combine a distinctive design philosophy with innovative cutting-edge features.

Taskin, co-founder                           San Francisco, CA                         Jun 2017 to Jun 2018
CEO, Barracuda                               San Francisco, CA                         May 2016 to Feb 2018
- Launched multiple successful Kickstarter & Indiegogo campaigns raising over $2MM.
- Managed world-wide logistics, delivering thousands of products to dozens of countries.
- Ran operations, customer support, finance, HR, legal. Supported product development, sales, marketing.

### Healthline/Talix (2015 - 2016)
Talix, originally Healthline, is an innovative provider of SaaS risk adjustment applications using Natural Language Processing to analyze patient health records and help our customers deliver better care & an improved ROI.

SVP Engineering & CSO                        San Francisco, CA                         Jan 2016 to May 2016
SVP Engineering                              San Francisco, CA                         Feb 2015 to Dec 2015
- Lead the development of Coding InSight, Talix's flagship SaaS application.
- Achieved HIPAA/HITECH certification, shored up infrastructure & corporate security, initiated HITRUST cert.
- Created continuous improvement initiative that drove numerous process & tool improvements.
- Reorganized and streamlined execution of Professional Services to address resource bottleneck.
- Changed engineering culture from top-down-directed to employee empowered resulting in improved architecture.
- Drove the tech due-diligence & re-architecture enabling the sale of the Healthline.com side of the business.

### RelayHealth/McKesson (2004 - 2015)
RelayHealth (RH) is a healthcare multi-tenant SaaS web application providing solutions such as Health Information Exchange, orders & results distribution, patient-physician communication, patient health records and EMR integration. RelayHealth was acquired by McKesson Corp. in 2006.

VP Engineering, Platform Services            RelayHealth, Emeryville, CA               July 2012 to Feb 2015
- Key member of executive team that launched the CommonWell Health Alliance at the HIMSS13 conference, meeting an ambitious schedule of delivering working systems in 12 organizations across four regions by HIMSS14.
- Managed $22MM budget. Presented quarterly to CEO of McKesson and C-suite executives.
- Led the teams that design, develop, secure, scale and support the services powering CommonWell. Grew the Engineering organization to 70 talented and high performing professionals across multiple locations.

- Chair of CommonWell's Standards, Technology and Implementation Group, working with technology leaders within many top US HIT companies to leverage and deploy CommonWell-enabled products.

| | | |
|---|---|---|
| VP Engineering, International Solutions | RelayHealth, Emeryville, CA | April 2011 to June 2012 |

- US lead for RelayHealth's expansion to Canada. Defined and managed customization & localization efforts. Responsible for software delivery, infrastructure definition, cross-country communications, processes.
- RH Canada has won many awards & was recognized for its HIE & patient-engagement solution in Canada.

| | | |
|---|---|---|
| Sabbatical | US, Europe, and Australia | August 2010 to March 2011 |

Asked to return to RelayHealth to lead its expansion to Canada.

| | | |
|---|---|---|
| VP Engineering | RelayHealth, Emeryville, CA | September 2004 to August 2010 |
| Chief Architect | RelayHealth, Emeryville, CA | May 2004 to September 2004 |

- Quadrupled Engineering organization to over 100 people in two locations (US and China) and a $16MM+ budget.
- Championed the concept of Platform Services within McKesson, leading the transformation of RelayHealth from a pure SaaS application to an integrated, API-enabled platform. Core components of RelayHealth are used across McKesson and by 3rd parties.
- Evolved the development processes from waterfall approach to Scrum development delivering quarterly releases. Guided the group towards a Kanban based continuous deployment model still in use today.
- Managed Infrastructure team, owning both corporate and production infrastructure. Implemented production improvements including multiple revs of hardware and software platforms, detailed monitoring of activities, production access security, backups, change control, performance testing & scalability, and security.
- Led definition of third iteration of architecture based on the latest versions of ASP.NET, SQL Server, and other Microsoft technologies. Participated in many design & code reviews. Worked with engineers in debugging production code. Defined web service foundation for APIs.

### *@stake (2002-2004)*

@stake was a top application & infrastructure security consulting firm of 120 employees, since acquired by Symantec.

| | | |
|---|---|---|
| Director of Security Architecture | @stake, San Francisco, CA | November 2003 to May 2004 |
| Managing Security Architect | @stake, San Francisco, CA | June 2002 to October 2003 |

- Led numerous security architecture reviews, penetration tests, and source code reviews.  Technologies and languages included IIS, Apache, NES, J2EE, WebSphere, WebLogic, Oracle, MS SQL, C, C++, Java, and ASP/ASP.NET.  Led @stake's Application Security Center of Excellence, greatly improving depth and delivery quality of @stake's application security engagements by establishing best practices for application security, project methodology, and deliverable templates.  Represented @stake before industry groups such as ISSA and ISACA, partner events, and presented to security conferences.  Taught application security courses to audiences of up to 150 developers.
- As a Director of Security Architecture, was part of the company's technical governance team and responsible for mentoring half the consultants in the San Francisco office.  Helped clients in Financial Services, Retail, Software, and Healthcare secure existing applications, as well as securely design and build new ones.  Generated over $400,000 of repeat business through delivery excellence and ability to understand and impact client's business.  Winner of @stake's quarterly leadership award.

### *Sapient (1997-2002)*

Sapient was a Fortune 500 consulting firm specializing in rapid development of mission critical applications.

| | | |
|---|---|---|
| Director, Technology | Sapient, San Francisco, CA | January 2000 to May 2002 |
| Senior Architect | Sapient, San Francisco, CA | August 1999 to December 1999 |

- Founded Sapient's Financial Services Security Practice:
    - Established Practice vision and key differentiators; created and sold business case to receive internal funding and consultants for initiative. Developed conceptual security framework combining infrastructure-, application-, process-, and policy-level best practices. Authored sales approach and collateral, and educated sales force. Provided security guidelines throughout an engagement's lifecycle to all project teams. Served as advisor and SME (Subject Matter Expert) for numerous projects. This included reviewing security architecture, design, critical sections of code, processes, policies, and recommending solutions to the problems uncovered. This resulted in a significant improvement in security awareness and understanding within the financial services vertical.

- Served as Information Security Officer for an investment banking client:
  - Developed strategy to provide maximum, cost-effective security coverage across the company. Created plan for outsourcing of security functions. Managed effort to select security consultants. Supervised activities and ensured quality of KPMG security consultants' work during detailed risk assessment and policy creation. Planned and performed penetration testing against corporate network, addressed vulnerabilities uncovered. Interviewed security professionals during search for permanent Information Security Officer. Conducted physical security reviews of premises in San Francisco and San Diego, including physical access, monitoring, secure document handling and disposal, etc. Worked closely with development and infrastructure groups as security SME. Reported to CTO.
- Owned technical architecture, design, development and quality assurance on multiple projects, including:
  - Managed technical delivery of a 100 person $27MM project for an investment bank client, building a web trading application and supporting content management system. The project included integrating multiple vendors, two ASPs, and several software packages as well as custom built portions of the application.
- Led the development of Sapient's Rapid Enterprise Architecture Planning (REAP) approach:
  - Created vision and plan for an accelerated Enterprise Architecture Planning offering, leveraging Sapient's strengths in strategy, technology and consensus building. Developed approach, and competitive analysis. Assembled team to create methodology, sales collateral, best practices, and intranet Knowledge Center. This effort resulted in REAP becoming one of the four company-wide value sets and a significant differentiator for Sapient.
- Technical lead for web site management and migration for a dozen clients:
  - Led engineering team at a newly acquired company. Developed migration plans for each site, despite zero documentation and highly coupled architectures. Led Y2K mitigation efforts. Managed and negotiated service agreements with hosting vendor. Assisted clients in taking ownership of their websites.

| | | |
|---|---|---|
| Architect | Sapient, San Francisco, CA | December 1998 to July 1999 |
| Senior Engineer | Sapient, San Francisco, CA | September 1997 to November 1998 |
| Engineer | Sapient, San Francisco, CA | February 1997 to August 1997 |

- Designed, developed & architected multiple phases of Janus Mutual Funds' website. Java application server lead. Designed large parts of the object model and managed its development. Lead deployment & upgrade activities across multiple data centers and client sites.
- Worked for a spin-off of Sapient (NetMetrics) focusing on ad-supported web search.

## EDUCATION

M.S., Information Networking (GPA:3.9)                                                        December 1996
Carnegie Mellon, Pittsburgh, PA
Thesis: Porting Sun's Java Developer's Kit 1.0.2 to BeOS

M.B.A., (High Honors)                                                                                           June 1995
Solvay Business School, Brussels, Belgium

Ph.D. Candidate                                                                                               September 1994
Brussels Free University, Brussels, Belgium

M.S., Computer Science (High Honors)                                                         September 1993
Brussels Free University, Brussels, Belgium
Thesis: A Simulator of Autonomous Agents, an object-oriented, client/server NeXTSTEP application

## EXPERT TESTIMONY WITHIN THE LAST FOUR YEARS

Confidential matter. Named expert involving technical evaluation of financial trading software.

Revvity Signals Software, Inc. v. Cloud Software Group, Inc. f/k/a Tibco Software Inc., Case No. 2484CV00766, United States Superior Court for Suffolk County of the Commonwealth of Massachusetts. Opening Expert Report 2024; Rebuttal Expert Report 2025; Deposition Testimony 2025; Trial Testimony 2025.

Syntel Sterling Best Shores Mauritius Ltd. and Syntel, Inc. v. The TriZetto Group, Inc. and Cognizant Technology Solutions Corp., Case No. 1:15-cv-00211-LGS-SDA, United States District Court for the Southern District of New York. Rebuttal Expert Report 2025; Deposition Testimony 2025; Trial Testimony 2025.

## MEMBERSHIPS, PRESENTATIONS, PUBLICATIONS & AWARDS

Member of the Office of the National Coordinator for Health IT Transport & Security Workgroup
Numerous presentations within McKesson to groups of up to 300 executives and engineers.
McKesson Chairman's Award for Innovation and Collaboration, 2012.
McKesson Distinguished Technologist, 2010.
Security-related presentations to various groups and conferences including DEF CON, Microsoft Developer Conference, SF & LA ISSA Chapters.
@stake Leadership Award, 2003.
Certified Information Systems Security Professional (CISSP), 2000.
"Servlets: CGI the Java Way" by Paul Clip. BYTE Magazine, May '98.
"DCOM: Microsoft Enhances DCE" by Paul Clip. BYTE Magazine, Mar '98.
"Java's Object Oriented Communications" by Paul Clip. BYTE Magazine, Feb '98.
"IIOP: The Next HTTP?" by Paul Clip. BYTE Magazine, Jan '98.
"Ants, Buses and Robots: Self-Organizing in Transportation Systems," J-L. Deneubourg, P.L. Clip and S.S. Camazine. Proceedings of the Transportation Systems Conference, Lauzanne, Switz. IEEE, 1994.

## LANGUAGES and HOBBIES

Fluent in English and French. Working knowledge of Dutch and Norwegian. Rapidly improving Spanish and a elementary Mandarin Chinese. Mountain biker, swimmer, pilot, geek, juggler, and, best of all, father.