# EXHIBIT D

# Torrell Mills

| | |
|---|---|
| **From:** | Jennifer.Bartlett@gtlaw.com |
| **Sent:** | Monday, January 26, 2026 11:11 PM |
| **To:** | Vincent Levy; Daniel Fahrenthold; Torrell Mills; Michael Shuster; knn@gdldlaw.com |
| **Cc:** | Michael.Burshteyn@gtlaw.com; Candra.Connelly@gtlaw.com; Marcelo.Barros@gtlaw.com; Sydney.Parks@gtlaw.com; Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com; Chrystal.Pham@gtlaw.com |
| **Subject:** | HSOne - Expert Report of David Youssef |
| **Attachments:** | 2026_0126 --FTI Cybersecurity--Expert Witness Opinion of David Youssef re Henry Schein One.pdf |

Counsel,

Attached please find the Expert Report of David Youssef. You will be receiving shortly a link to the report and the materials relied upon.

Please let us know if you have any trouble accessing the information.

Thank you,
Jennifer

**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3729  |  C +1 214.707.4688  |  F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.