# EXHIBIT F

**Torrell Mills**

| | |
|---|---|
| **From:** | Jennifer.Bartlett@gtlaw.com |
| **Sent:** | Friday, January 30, 2026 9:04 PM |
| **To:** | Daniel Fahrenthold; Vincent Levy; Torrell Mills; Michael Shuster; knn@gdldlaw.com |
| **Cc:** | Michael.Burshteyn@gtlaw.com; Candra.Connelly@gtlaw.com; Marcelo.Barros@gtlaw.com; Sydney.Parks@gtlaw.com; Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com; Chrystal.Pham@gtlaw.com |
| **Subject:** | RE: HSOne – Expert Report of David Youssef |

Counsel,

Contrary to your statements below, Mr. Youssef's expert report does not rely on code files that were not produced by HSOne.

In terms of the .dll files, we included the .dll.md files in the Materials Cited to assist in Vyne's review, as those files are more user friendly and are the markdown files.  If Vyne would like, we would be happy to send along the native .dll files.

Moreover, Mr. Youssef's report did not rely upon a file called "Vyne Dump – 2025-09-16" or any other file called "Vyne Dump."   The report relies on, and cites, "VyneApiService.exe.pdf", which is an artifact provided by HSOne to Mr. Youssef showing some of HSOne's initial analysis.  Mr. Youssef analyzed the artifact screenshot there, and his report explains what is happening.  While Figures 1 & 2 show screenshots from that file, and in the screen shots you can see "ILSpy" and "Vyne Dump" references, Mr. Youssef never analyzed them.

Finally, of the other items noted in your email below, all items are cited and included in the Materials Cited folder, except for:  dtx.config. "HS1 Telemetry 12.12.25.png", which is included in the Materials Cited is the screenshot that shows dtx.config. Mr. Youssef cited to dtx.config because HSOne provided him with an explanation of what it is.

Please confirm when we can expect to receive Vyne's rebuttal report.

Thanks,
Jennifer

**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3729 | C +1 214.707.4688 | F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com | www.gtlaw.com | View GT Biography



---

**From:** Daniel Fahrenthold <dfahrenthold@hsgllp.com>
**Sent:** Wednesday, January 28, 2026 3:41 PM
**To:** Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Vincent Levy <vlevy@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>; Michael Shuster <mshuster@hsgllp.com>; knn@gdldlaw.com
**Cc:** Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Connelly, Candra (Assoc-POR-LT)

<Candra.Connelly@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Parks, Sydney (Assoc-NY-LT) <Sydney.Parks@gtlaw.com>; Afsous, Shirin (Assoc-NVA-LT) <Shirin.Afsous@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>; Pham, Chrystal (Para-SFO-Labor-EmpLaw) <Chrystal.Pham@gtlaw.com>
**Subject:** RE: HSOne - Expert Report of David Youssef

**\*EXTERNAL TO GT\***

Counsel:

Vyne objects to HS One's disclosures of the material underlying Mr. Youssef's expert report.  Mr. Youssef's report analyzes and describes code files that were not produced by HS One.

Notably, rather than producing the underlying code files themselves, HS One appears to have produced files containing the *output of his analysis*. For example, instead of producing the original "*VDS.Lattice.dll*", he produced "*VDS.Lattice.dll**.md*****" and "*VDS.Lattice.dll**.pdf***" - two formats of the same analyst-authored document describing his file contents and analysis conclusions and including selected code excerpts, rather than the complete code.

Specifically:

- **Figures 1–4** indicate that Mr. Youssef analyzed a collection of materials labeled **"Vyne Dump – 2025-09-16."**  HS One must produce the entirety of the "Vyne Dump" directory, including all files contained within it.
  - It appears this "dump" was generated by decompiling Vyne software using *ILSpy*.  We request an explanation of how HS One obtained this dump, including the specific input files used and the version(s) of any Vyne software involved.
- **Figures 6–16** include screenshots drawn from several additional files.  We request that HS One confirms that these files correspond to versions contained within the "Vyne Dump" directory referenced above, and request production of those files as well:
  - VDS.Lattice.dll (Figures 6–7)
  - dtx.config (Figure 8)
  - VyneSync.Service.dll (Figure 9)
  - VyneSync.Commands.dll (Figures 10–11)
  - VDS.Services.dll (Figures 12–14)
  - VDS.DataAccess.dll (Figures 15–16)

We request that HS One make an additional production of the materials described above no later than 6:00pm ET tomorrow, January 29.

Best,
Daniel

Daniel Fahrenthold
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8385 | Mobile: (908) 477-6530
425 Lexington Ave | New York, New York 10017 | hsgllp.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Jennifer.Bartlett@gtlaw.com <Jennifer.Bartlett@gtlaw.com>
**Sent:** Monday, January 26, 2026 11:11 PM
**To:** Vincent Levy <vlevy@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Torrell Mills

<tmills@hsgllp.com>; Michael Shuster <mshuster@hsgllp.com>; knn@gdldlaw.com
**Cc:** Michael.Burshteyn@gtlaw.com; Candra.Connelly@gtlaw.com; Marcelo.Barros@gtlaw.com;
Sydney.Parks@gtlaw.com; Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com; Chrystal.Pham@gtlaw.com
**Subject:** HSOne - Expert Report of David Youssef

Counsel,

Attached please find the Expert Report of David Youssef. You will be receiving shortly a link to the report and the materials relied upon.

Please let us know if you have any trouble accessing the information.

Thank you,
Jennifer

**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3729  |  C +1 214.707.4688  |  F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.