# EXHIBIT G

## Torrell Mills

| | |
|---|---|
| **From:** | Sydney.Parks@gtlaw.com |
| **Sent:** | Tuesday, February 10, 2026 11:08 PM |
| **To:** | James Campbell; Jennifer.Bartlett@gtlaw.com; Marcelo.Barros@gtlaw.com; Charlotte Baigent; Michael.Burshteyn@gtlaw.com; Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com; Candra.Connelly@gtlaw.com |
| **Cc:** | Vincent Levy; Torrell Mills; knn@gdldlaw.com; dstikeleather@gdldlaw.com |
| **Subject:** | RE: Vyne v. Henry Schein One LLC - Hearing Logistics |
| **Attachments:** | HSOne - 247.pdf; AEO HSOne - 248.pdf; AEO HSOne - 249.pdf; AEO HsOne - 250.csv; HSOne - 251.pdf; HSOne - 252.pdf |

Counsel:

Attaching additional exhibits for HSOne. Please note the AEO designations.

- HSOne – 247
- AEO HSOne – 248
- AEO HSOne – 249
- AEO HSOne – 250
- HSOne – 251
- HSOne – 252

Best,

**Sydney Parks**
Associate

Greenberg Traurig, LLP
One Vanderbilt Avenue | New York, NY 10017
T +1 212.801.6430
Sydney.Parks@gtlaw.com | www.gtlaw.com | View GT Biography

**GT** GreenbergTraurig

**From:** James Campbell <JCampbell@hsgllp.com>
**Sent:** Tuesday, February 10, 2026 8:34 PM
**To:** Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Charlotte Baigent <cbaigent@hsgllp.com>; Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Afsous, Shirin (Assoc-NVA-LT) <Shirin.Afsous@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>; Connelly, Candra (Assoc-POR-LT) <Candra.Connelly@gtlaw.com>; Parks, Sydney (Assoc-NY-LT) <Sydney.Parks@gtlaw.com>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** RE: Vyne v. Henry Schein One LLC - Hearing Logistics

Hi Jennifer,

Please find attached Plaintiff's exhibit 308.

Best,

1

James

James Campbell
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8381
425 Lexington Ave | New York, New York 10017 | hsgllp.com

**From:** Jennifer.Bartlett@gtlaw.com <Jennifer.Bartlett@gtlaw.com>
**Sent:** Tuesday, February 10, 2026 9:48 AM
**To:** Marcelo.Barros@gtlaw.com; Charlotte Baigent <cbaigent@hsgllp.com>; Michael.Burshteyn@gtlaw.com; Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com; Candra.Connelly@gtlaw.com; Sydney.Parks@gtlaw.com
**Cc:** Vincent Levy <vlevy@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** RE: Vyne v. Henry Schein One LLC - Hearing Logistics

Counsel:

Attached please find HSOne's Exs. 245 and 246.

Thanks,
Jennifer

**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3729 | C +1 214.707.4688 | F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com | www.gtlaw.com | View GT Biography



**From:** Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>
**Sent:** Tuesday, February 10, 2026 6:55 AM
**To:** Charlotte Baigent <cbaigent@hsgllp.com>; Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Afsous, Shirin (Assoc-NVA-LT) <Shirin.Afsous@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>; Connelly, Candra (Assoc-POR-LT) <Candra.Connelly@gtlaw.com>; Parks, Sydney (Assoc-NY-LT) <Sydney.Parks@gtlaw.com>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** RE: Vyne v. Henry Schein One LLC - Hearing Logistics

Counsel,

Here are HSOne's demonstratives for the opening statement. Please let us know if you have any objections or issues you would like to meet and confer on with respect to the demonstratives.  Also, moving forward, please include Sydney Parks in the counsel communications.

Thank you,
Marcelo

**From:** Charlotte Baigent <cbaigent@hsgllp.com>
**Sent:** Tuesday, February 10, 2026 2:06 AM
**To:** Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Afsous, Shirin (Assoc-NVA-LT) <Shirin.Afsous@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>; Connelly, Candra (Assoc-POR-LT) <Candra.Connelly@gtlaw.com>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** RE: Vyne v. Henry Schein One LLC - Hearing Logistics

Jennifer,

We agree that both parties reserve foundation objections for all exhibits, which will depend on how they come in at the hearing.

With that understanding, please list all exhibits to which there is a non-foundation objection and the bases for those objections per the Court's instruction to do so in advance of our exchange tomorrow morning.

Thanks,
Charlotte

Charlotte Baigent
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8552 | Mobile: (917) 817-5784 | Bio
425 Lexington Ave | New York, New York 10017 | hsgllp.com

**From:** Jennifer.Bartlett@gtlaw.com <Jennifer.Bartlett@gtlaw.com>
**Sent:** Tuesday, February 10, 2026 1:56 AM
**To:** Charlotte Baigent <cbaigent@hsgllp.com>; Michael.Burshteyn@gtlaw.com; Marcelo.Barros@gtlaw.com; Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com; Candra.Connelly@gtlaw.com
**Cc:** Vincent Levy <vlevy@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** RE: Vyne v. Henry Schein One LLC - Hearing Logistics

Counsel:

We are in receipt of the 300 exhibits you disclosed to us this afternoon. We are in the process of reviewing the same, but in accordance with the Court's instructions, we are reaching out to inform you that we object to the following categories of documents:

- All exhibits will need to be properly authenticated, and we do not waive our objection to authentication regarding any exhibit at this time.
- Social media posts and other types of postings, articles, webpages, communications, and videos, including but not limited to: PX005, PX007, PX023, PX039, PX051, PX052, PX053, PX055, PX103, PX105, PX107, PX110-113, PX115-119, PX124, PX126, PX131, PX162, PX169, PX173, PX198, PX281, PX306 These documents and any similar documents are objected to on the basis of authentication, foundation, hearsay, and relevance.

- Any statements issued by Vyne that are based on other information, including but not limited to: PX014, PX015, PX017, PX054, PX057, PX197 on the basis of authentication, foundation and hearsay.
- Documents that appear to be incomplete, including but not limited to PX013, PX054, PX091, PX092, PX104, PX163, PX200, PX291, PX307 on the basis of authentication, foundation, completeness, hearsay, and relevance.
- Attorney declarations that attach documents, including but not limited to PX040 as the declaration does not impact any hearsay objections.
- Deposition transcripts, including but not limited to PX074, PX082, PX140 on the basis that the witnesses will be in court to testify, none of the depositions were taken as de bene esse, and if any portion of a deposition transcript is used for impeachment, then only that portion may be used but the entire transcript is not entered as an exhibit.

As we are still reviewing the exhibits you provided today, including the additional exhibits shared this evening, this list is not exhaustive and we reserve our right to raise any additional objections during the course of the hearing. We are happy to meet and confer with you about the above objections in an effort to reduce the number of objections that may be raised during the hearing for both parties. As stated herein, these objections are not exhaustive.

We agree to exchange demonstratives at 7am.

Thanks,
Jennifer


**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3729 | C +1 214.707.4688 | F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com | www.gtlaw.com | View GT Biography



---

**From:** Charlotte Baigent <cbaigent@hsgllp.com>
**Sent:** Tuesday, February 10, 2026 1:26 AM
**To:** Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Afsous, Shirin (Assoc-NVA-LT) <Shirin.Afsous@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>; Connelly, Candra (Assoc-POR-LT) <Candra.Connelly@gtlaw.com>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** RE: Vyne v. Henry Schein One LLC - Hearing Logistics

Counsel,

Please confirm that you agree to exchange demonstratives tomorrow morning at 7 am.

We have not received any objections to our exhibits served around 2 pm today. We understand this to be contrary to the Court's instructions, unless you do not have any objections to our exhibits. Please advise.

Thanks,
Charlotte

*Charlotte Baigent*
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8552 | Mobile: (917) 817-5784 | Bio
425 Lexington Ave | New York, New York 10017 | hsgllp.com

---

**From:** Charlotte Baigent
**Sent:** Monday, February 9, 2026 3:08 PM
**To:** 'Michael.Burshteyn@gtlaw.com' <Michael.Burshteyn@gtlaw.com>; Jennifer.Bartlett@gtlaw.com; Marcelo.Barros@gtlaw.com; Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com; Candra.Connelly@gtlaw.com
**Cc:** Vincent Levy <vlevy@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** RE: Vyne v. Henry Schein One LLC - Hearing Logistics

Counsel,

**Exhibits.** We have served our exhibits as agreed upon. Please send HS One's exhibits as soon as possible and **no later than 4 pm**. We do not agree that objections can be sent at any time, including during the hearing. The Court instructed us to identify objections in advance. To the extent that you have objections to our exhibits, you will need to identify those to us tonight with sufficient time to review before tomorrow' hearing. Please send the first wave at 6 pm as you proposed, with any additional objections by 8 pm tonight. We note that we may need additional time, depending on when we receive HS One's exhibits.

**Demonstratives.** We understand the Court's instructions to require exchanging demonstratives in advance of each hearing day. We have proposed 7 am each hearing day to allow us time to review the demonstratives and form objections. Please confirm that you will do so for opening statements tomorrow, as well as any demonstratives that you intend to use with witnesses. We can discuss closings at a later date.

**Witness order.** Thank you for sharing your witness order. We can discuss rebuttal witnesses at a future date if and when needed, but note that HS One can rebut our case on HS One's affirmative case.

**Sequestration.** Please let us know **by 5 pm tonight** whom you intend to designate. We note that you used the plural "representatives," which we assume is an error as the Federal Rules of Evidence are clear that only one officer or employee may be designated as the party's representative.

**Opening.** We do not expect to run over one hour.

We reserve all rights, particularly in light of the fact that we have not yet received HS One's exhibits.

Thanks,
Charlotte

---

**From:** Michael.Burshteyn@gtlaw.com <Michael.Burshteyn@gtlaw.com>
**Sent:** Monday, February 9, 2026 12:54 AM
**To:** Charlotte Baigent <cbaigent@hsgllp.com>; Jennifer.Bartlett@gtlaw.com; Marcelo.Barros@gtlaw.com; Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com; Candra.Connelly@gtlaw.com
**Cc:** Vincent Levy <vlevy@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>;

knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** RE: Vyne v. Henry Schein One LLC - Hearing Logistics

Good evening counsel, a few notes here:

**Witness order for HSOne.**  This is our order, although we reserve the right to modify based on how the trial goes.
1. Brian Weatherly.  We may not call him if you call him, although we reserve rights.
2. Kenton McDaniel
3. Alan Rencher
4. David Youssef

We think it's important in all of this to recognize that both parties are moving for a PI.  This means HSOne may have a rebuttal too, and we reserve the right to recall anybody after Vyne calls Clip for rebuttal.  Note that the idea that Clip is a rebuttal witness is a relatively new concept.  Initially Vyne was going to have an opening report just like HSOne and then both experts would rebut the others' report.  But then Vyne changed its plan and produced Clip's report later only as a rebuttal.  We might be OK with Clip going last too, but HSOne is reserving its rights.

**Exhibit exchange.**  We are OK with 2pm for exhibit exchange tomorrow, and are actually OK with earlier – noon is fine.  Understanding both parties can add exhibits.  With respect to objections, we anticipate the parties will need more time to review and exchange objections.  Our proposal is that we can exchange an initial wave of objections by 6pm tomorrow night and talk Tuesday morning.  Each party can still make other objections throughout the hearing and if more objections can be shared and resolved Tuesday morning, that would be great.  Because there is no jury and because it is a PI hearing, the Court has more discretion and can decide what weight to give exhibits.  So we don't think the proceedings merit too much back and forth on objections.

**Demonstratives.**  Morning is fine, but HSOne's position is that both parties can come up with demonstratives during the day.  Our understanding is the local rules require sharing but do not specify a time.  If you come up with a demonstrative during the day and want to show it to us before displaying it, we can quickly review and decide whether to object.  Same on our end.  Because it's a bench trial, we think the Judge will be very capable of reviewing demonstratives and will be unlikely to be prejudiced.  Plus the Judge would be deciding on the objections in any event, so any concern Vyne has about a demonstrative prejudicing the fact finder would be evaluated by the same fact-finder.  So we are not sure there is going to be a lot of issues with the demonstratives.  We can all agree that the demonstratives are not evidence.

**Sequestration.**  Pursuant to LR 107.7, HSOne will request the Court to permit its expert to remain in the Court during all testimony.  HSOne reserves its right to potentially designate the executives – who have come a long way to this proceeding – as its representatives.  Anybody designated for purposes of this hearing would not be sequestered, pursuant to the rule.  We don't have a problem with Vyne's executives listening too.

**Opening timing.**  Do you plan to go an hour for opening?  The Judge's Bench Trial Procedure Instructions suggest openings can be an hour or less.  On our end, we were thinking something shorter, but wanted to check.

Thanks,
Mike


**Michael Burshteyn**
Shareholder | Greenberg Traurig, LLP


101 2nd Street | Suite 2200 | San Francisco, CA 94105
T +1 415.590.5141 | GT Bio

---

**From:** Charlotte Baigent <cbaigent@hsgllp.com>
**Sent:** Sunday, February 8, 2026 7:43 PM
**To:** Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Afsous, Shirin (Assoc-NVA-LT) <Shirin.Afsous@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>; Connelly, Candra (Assoc-POR-LT) <Candra.Connelly@gtlaw.com>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** RE: Vyne v. Henry Schein One LLC - Hearing Logistics

Thanks.  Please send a response this evening.

Charlotte Baigent
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8552 | Mobile: (917) 817-5784 | Bio
425 Lexington Ave | New York, New York 10017 | hsgllp.com

**From:** Michael.Burshteyn@gtlaw.com <Michael.Burshteyn@gtlaw.com>
**Sent:** Sunday, February 8, 2026 5:52 PM
**To:** Charlotte Baigent <cbaigent@hsgllp.com>; Jennifer.Bartlett@gtlaw.com; Marcelo.Barros@gtlaw.com; Shirin.Afsous@gtlaw.com; Michael.Sklaire@gtlaw.com; Candra.Connelly@gtlaw.com
**Cc:** Vincent Levy <vlevy@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** Re: Vyne v. Henry Schein One LLC - Hearing Logistics

We've been traveling, but will get back to you by the morning.  Just landed.  If it was in Utah...


**Michael Burshteyn**
Shareholder | Greenberg Traurig, LLP


101 2nd Street | Suite 2200 | San Francisco, CA 94105
T +1 415.590.5141 | GT Bio

**From:** Charlotte Baigent <cbaigent@hsgllp.com>
**Sent:** Sunday, February 8, 2026 5:43:57 PM
**To:** Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Afsous, Shirin (Assoc-NVA-LT) <Shirin.Afsous@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>; Connelly, Candra (Assoc-POR-LT) <Candra.Connelly@gtlaw.com>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>; Nikki Nesbitt <knn@gdldlaw.com>; dstikeleather@gdldlaw.com <dstikeleather@gdldlaw.com>
**Subject:** RE: RE: Vyne v. Henry Schein One LLC - Hearing Logistics

**\*EXTERNAL TO GT\***

Counsel,

Please let us know by 8 pm ET tonight if you agree with the details below, or alternatively, please send your counterproposals.

Thanks,
Charlotte

Charlotte Baigent
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8552 | Mobile: (917) 817-5784 | Bio
425 Lexington Ave | New York, New York 10017 | hsgllp.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Charlotte Baigent
**Sent:** Saturday, February 7, 2026 8:07 PM
**To:** 'Michael.Burshteyn@gtlaw.com' <Michael.Burshteyn@gtlaw.com>; 'Jennifer.Bartlett@gtlaw.com' <Jennifer.Bartlett@gtlaw.com>; 'Marcelo.Barros@gtlaw.com' <Marcelo.Barros@gtlaw.com>; 'Shirin.Afsous@gtlaw.com' <Shirin.Afsous@gtlaw.com>; 'Michael.Sklaire@gtlaw.com' <Michael.Sklaire@gtlaw.com>; 'Candra.Connelly@gtlaw.com' <Candra.Connelly@gtlaw.com>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>; Nikki Nesbitt <knn@gdldlaw.com>; 'dstikeleather@gdldlaw.com' <dstikeleather@gdldlaw.com>
**Subject:** RE: Vyne v. Henry Schein One LLC - Hearing Logistics

Counsel,

In advance of the hearing next week, we'd like to discuss a few items below.

*First*, we understand that the witness order will be as follows:
1. Stephen Roberts
2. James Nix

3. Brian Weatherly
4. Kenton McDaniel
5. Alan Rencher
6. David Youssef
7. Paul Clip

Please let us know if you intend to call Brian Weatherly, Kenton McDaniel, and Alan Rencher, and if so, whether the order listed above is accurate. We are considering calling Brian Weatherly on our case. As the Court has advised that witnesses should ideally not go twice, we propose that both parties conduct each examination to cover all relevant issues on both PI motions. We reserve the right to call any of the witnesses listed above, including re-calling witnesses on our rebuttal case. As you'll see, we intend to call Paul Clip on our rebuttal case, given that he is a rebuttal expert responding to David Youssef.

*Second*, the Court advised that we should confer on objections to exhibits. We propose mutually exchanging stamped exhibits on Monday at 2 pm, and exchanging by email a list of exhibits to which we object and the bases by Monday at 4 pm, so that the parties can meet-and-confer concerning objections before the hearing.

*Third*, we propose that we exchange demonstratives at 7 am on the hearing day on which they will be used. We can raise objections by 8:30 am to discuss with the court as needed.

*Finally*, we intend to request sequestration pursuant to Local Civil Rule 107.7. We will follow up with our designated party representative.

Please let us know if you agree or would like to discuss.

Thanks,
Charlotte

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.