# EXHIBIT H

**Torrell Mills**

| | |
|---|---|
| **From:** | Jennifer.Bartlett@gtlaw.com |
| **Sent:** | Monday, February 9, 2026 8:34 PM |
| **To:** | Vincent Levy; Daniel Fahrenthold; Torrell Mills; Michael Shuster; Charlotte Baigent; James Campbell; knn@gdldlaw.com; dstikeleather@gdldlaw.com |
| **Cc:** | Michael.Burshteyn@gtlaw.com; Sydney.Parks@gtlaw.com; Marcelo.Barros@gtlaw.com; Candra.Connelly@gtlaw.com; Shirin.Afsous@gtlaw.com |
| **Subject:** | HSOne's AEO exhibits |
| **Attachments:** | AEO - HSOne - 2.xlsx; AEO - HSOne - 122.xlsx; AEO - HSOne - 131.xlsx; AEO - HSOne - 123.xlsx |
| **Importance:** | High |

Counsel,

Attached please find four exhibits that HSOne designates as AEO.

Thanks,
Jennifer

**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3729  |  C +1 214.707.4688  |  F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.