**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL <br><br> Plaintiff, <br><br> - against – <br><br> HENRY SCHEIN ONE, LLC, <br><br> Defendant. | **Case No. 1:25-cv-03246-MJM** |

**MOTION TO SEAL**

Pursuant to Local Rule 105.11, Defendant Henry Schein One, LLC ("HSOne"), by counsel, respectfully moves to seal HSOne's Post-Hearing Reply Memorandum of Law in Further Support of its Motion for a Preliminary Injunction ("HSOne's Post-Hearing Reply Brief").

HSOne's Post-Hearing Reply Brief contains confidential, proprietary, and commercially sensitive information, including testimony and exhibits designated as Confidential or Attorneys' Eyes Only.  As there is a condensed briefing schedule in place, the Parties only recently received the public versions of the hearing transcripts, and HSOne would like to allow National Electronic Attachment, Inc. d/b/a Vyne Dental ("Vyne") an opportunity to review HSOne's Post-Hearing Reply Brief for anything that it believes must be sealed, HSOne respectfully requests that HSOne's Post-Hearing Reply Brief be sealed in its entirety.  HSOne will confer with Vyne and submit a redacted version on the public docket in short order.

This request meets the requirements for sealing, as HSOne has proffered "reasons supported by specific factual representations justifying the sealing."  Local Rule 105.11; *Minter v. Wells Fargo Bank, N.A.*, 258 F.R.D. 118 (D. Md. 2009). No less restrictive means can maintain

HSOne's interim designation of HSOne's Post-Hearing Reply Brief as confidential.

Dated: March 11, 2026                          Respectfully submitted,

                          **GREENBERG TRAURIG, LLP**

By: */s/ Michael Burshteyn*
      Michael Burshteyn (*pro hac vice*)
      Marcelo Barros (*pro hac vice*)
      Jennifer Bartlett (*pro hac vice*)
      Candra Connelly (*pro hac vice*)
      Sydney Parks (*pro hac vice*)
      101 Second Street, Suite 2200
      San Francisco, CA 94105
      Tel: (415) 655-1300
      Michael.Burshteyn@gtlaw.com
      Marcelo.Barros@gtlaw.com
      Jennifer.Bartlett@gtlaw.com
      Candra.Connelly@gtlaw.com
      Sydney.Parks@gtlaw.com

      Michael R. Sklaire (MD Fed. Bar No. 16471)
      Shirin Afsous (MD Fed. Bar No. 31319)
      1750 Tysons Boulevard, Suite 1000
      Tysons Corner, VA 22102
      Tel: (703) 749-1308
      Michael.Sklaire@gtlaw.com
      Shirin.Afsous@gtlaw.com

      *Counsel for Defendant Henry Schein One, LLC*

                    **<u>CERTIFICATE OF SERVICE</u>**

      I HEREBY CERTIFY that on this 11th day of March, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                          */s/ Michael Burshteyn*
                          Michael Burshteyn