**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,<br><br>     *Plaintiff*,<br><br>  -against-<br><br>HENRY SCHEIN ONE, LLC,<br><br>     *Defendant*. | Case No. 1:25-cv-03246 |

**POST-HEARING DECLARATION OF JAMES NIX**

I, James Nix, declare under penalty of perjury as follows:

1.  I am an adult citizen of the United States and am competent to testify as to the matters set forth in this declaration.

2.  On February 11, 2026, I testified at an evidentiary hearing in the captioned proceeding, including concerning ongoing work at National Electronic Attachment, Inc., d/b/a Vyne Dental ("Vyne Dental" or "Vyne") to deprecate Vyne's use of Vyne Sync technology to transmit billing statement information, as Vyne has now moved to print capture to integrate with Dentrix to offer read-access to our customers for billing statement services.

3.  After the hearing, Vyne worked on a new version of our PMS Dental Plugin ("JETT"), which contains our third-party printer driver. To the best of my knowledge, and as independently verified by my team, JETT does not contain any Vyne Sync technology, including for billing statement integration. The version number for this software installation is 26.3.1531.5.

4.  On March 6, 2026, Vyne released JETT as a beta version.

5.     On March 9, 2026, Vyne released a pop-up message to all active billing statement practices informing them that they must download JETT before March 11, 2026 and will no longer be allowed to use Dentrix QuickBill ("QuickBill") to submit information to Vyne.

6.     On March 11, 2026, Vyne blocked all dental practices from submitting billing statement information to Vyne using QuickBill.  This means that anyone who was still using QuickBill but did not download the new JETT software update will need to obtain that new update to submit billing statement information.

7.     As a result of the March 11 update, today, Vyne and Dentrix joint customers can only submit billing statement information to Vyne by using print capture.  We have therefore completed the deprecation of the use of Vyne Sync technology for submitting billing statements.

I declare under penalty of perjury of the laws of the United States of America, pursuant to 28 U.S.C. $ 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of March, in Lindon, Utah.

JAMES NIX
Chief Technology Officer
National Electronic Attachment, Inc., d/b/a Vyne Dental