# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND



Chambers of
Matthew J. Maddox
United States District Judge
MDD_MJMChambers@mdd.uscourts.gov

101 West Lombard Street
Chambers 5C
Baltimore, Maryland 21201
(410) 962-3407

March 19, 2026

**LETTER TO COUNSEL**

      RE:    *National Electronic Attachment, Inc. v. Henry Schein One, LLC*
                Civil No. MJM-25-3246

Dear Counsel:

As explained on the record at the conclusion of oral argument yesterday, I anticipate granting some form of preliminary injunctive relief in favor of Henry Schein One, LLC ("HSOne"). (National Electronic Attachment, Inc.'s ("Vyne Dental") motion for a preliminary injunction remains under consideration.)

We will reconvene to discuss the specific provisions of the forthcoming order on **April 14, 2026, at 2:00 p.m. in Courtroom 5C.** Vyne Dental shall file any proposal in writing **no later than April 1, 2026.** HSOne may join that proposal or, alternatively, file a response to it within a week of its filing. Each party's submission shall not exceed ten pages in length and shall comply with the formatting requirements provided in Local Rule 102.2.

Despite the informal nature of this letter, it is an ORDER of the Court and shall be docketed accordingly.

Very truly yours,

/S/

Matthew J. Maddox
United States District Judge