**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| NATIONAL ELECTRONIC | * | |
| ATTACHMENT, INC., d/b/a | * | |
| VYNE DENTAL, | * | |
| | * | |
| Plaintiff/Counter-Defendant, | * | |
| | * | Civ. No.: MJM-25-3246 |
| v. | * | |
| | * | |
| HENRY SCHEIN ONE, LLC, | * | |
| | * | |
| Defendant/Counter-Plaintiff. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the parties' motions to seal docketed at ECF Nos. 72, 109, 110, 129, 142, and 149, the Court finds the parties' requests for sealing limited materials in this matter to be justified by compelling interests in confidentiality that overcome the presumption in favor of public access to court records, and that sealing the records in question is narrowly tailored to protect those interests.

Additionally, National Electronic Attachment, Inc.'s Motion to Strike, ECF No. 153, is granted for reasons explained orally at the hearing on March 18, 2026.

Accordingly, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. The parties' motions to seal (ECF Nos. 72, 109, 110, 129, 142, and 149) are GRANTED;

2. The following documents shall remain UNDER SEAL until further order of the Court: ECF Nos. 70, 108, 111, 130, 141, 144, 145, 146, and 147;

1

3.  National Electronic Attachment, Inc.'s Motion to Strike (ECF No. 153) is GRANTED; and

4.  The Supplemental Declaration of David Youssef and Exhibits A through E to the Declaration of Jennifer Bartlett (ECF Nos. 145 and 147) are STRICKEN.


DATE:  3/19/26                                          _____/S/_____

                                                        Matthew J. Maddox
                                                        United States District Judge