**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL, <br><br> *Plaintiff*, <br><br> -against- <br><br> HENRY SCHEIN ONE, LLC, <br><br> *Defendant*. | Case No. 1:25-cv-03246-MJM |

**CONSENT MOTION TO SEAL**

Plaintiff National Electronic Attachment, Inc. ("Vyne"), by and through undersigned counsel and with the consent of Defendant, respectfully moves to seal Plaintiff's Post-Argument Memorandum of Law re: Avoiding Undue Harm in Crafting a Write-Back Injunction filed contemporaneously herewith.

Pursuant to Local Rule 105.11, Plaintiff's memorandum discloses Vyne's proprietary, technical, and commercially sensitive information derived from evidentiary hearing testimony and exhibits that were treated as Confidential and Attorneys' Eyes Only during the preliminary injunction proceedings.  Such information constitutes "specific factual representations justifying the sealing." *Minter v. Wells Fargo Bank, N.A.*, 258 F.R.D. 118, 120 & n.2 (D. Md. 2009).

Vyne respectfully submits the memorandum under seal and requests leave to promptly file a publicly redacted version, consistent with the parties' agreed procedure for post-hearing sealing. *See G. W. Aru, LLC v. W. R. Grace & Co.-Conn.*, 2023 WL 6130672, at *3 (D. Md. Sept. 19, 2023) (requiring parties seeking redactions to file an unredacted version under seal, move to seal the material, and submit a public redacted version).

Respectfully submitted,

*/s/ K. Nichole Nesbitt*
Michael Shuster (pro hac vice)
Vincent Levy (pro hac vice)
Charlotte Baigent (pro hac vice)
James Campbell (pro hac vice)
Daniel Fahrenthold (pro hac vice)
Torrell Mills (pro hac vice)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151
vlevy@hsgllp.com

K. Nichole Nesbitt (Bar No. 26137)
Derek M. Stikeleather (Bar No. 27815)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4026
knn@gdldlaw.com
dstikeleather@gdldlaw.com

*Attorneys for Plaintiff*
*National Electronic Attachment, Inc. d/b/a Vyne Dental*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2026, the foregoing Consent Motion to Seal Plaintiffs' Post-Argument Memorandum of Law re: Avoiding Undue Harm in Crafting a Write-Back Injunction was filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record appearing thereon.

/s/ K. Nichole Nesbitt
K. Nichole Nesbitt