# EXHIBIT A

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMAZON.COM SERVICES, LLC, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> PERPLEXITY AI, INC., <br><br> Defendant - Appellant. | No. 26-1444 <br><br> D.C. No. 3:25-cv-09514-MMC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: MILLER and BUMATAY, Circuit Judges.

The motion (Docket Entry No. 14) to stay the district court's March 9, 2026 order is granted. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal).

This appeal is expedited. The opening brief is due April 1, 2026. The answering brief is due April 22, 2026. The optional reply brief is due 14 days after the answering brief is served. No streamlined extensions of time to file a brief will be approved. *See* 9th Cir. R. 31-2.2(a)(1).

The clerk will place this case on the calendar for June 2026. *See* 9th Cir. Gen Ord. 3.3(g).