# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND



Chambers of
Matthew J. Maddox
United States District Judge
MDD_MJMChambers@mdd.uscourts.gov

101 West Lombard Street
Chambers 5C
Baltimore, Maryland 21201
(410) 962-3407

April 14, 2026

**LETTER TO COUNSEL**

RE:     *National Electronic Attachment, Inc. v. Henry Schein One, LLC*,
           Civil No. MJM-25-3246

Dear Counsel:

As explained on the record during the hearing today, I anticipate granting preliminary injunctive relief in favor of both parties, as follows: (1) a preliminary injunction against National Electronic Attachment, Inc.'s ("Vyne Dental") marketing, selling, or distributing software capable of write access to Dentrix databases; (2) an injunction requiring Vyne Dental to deprecate any software and/or software functions that are capable of write access to Dentrix databases; (3) an injunction against Henry Schein One, LLC ("HSOne") disabling Vyne Dental software and/or software functions that do not write back to Dentrix databases; and (4) an injunction against HSOne denying printer-driver access to Vyne Dental's customers' electronic health information stored in Dentrix databases.

Each party may file a brief addressing the technical feasibility of the proposed injunctions, a reasonable period of compliance for each party, and reasonable bond amounts and/or need for a bond hearing **no later than April 24, 2026.** Each party may file a response to the opposing party's brief **no later than May 1, 2026.** Each brief shall comply with the formatting requirements provided in Local Rule 102.2 and shall not exceed ten pages in length.

Despite the informal nature of this letter, it is an ORDER of the Court and shall be docketed accordingly.

Very truly yours,

/S/

Matthew J. Maddox
United States District Judge