# EXHIBIT A

# National Electronic Attachment v. HSOne

| Citation | Quote |
|---|---|
| SR 96:2-5 | Print capture is when a software utility performs that function. So instead of sending it to a physical printer, you send it to software that takes the print job and saves it to a file. |
| SR 96:6-11 | Q. So it's essentially making a copy for the purpose of whatever that system is? A. That's what print jobs are are copies of the digital information, and so certainly it's a copy, whether it comes out in printed form or electronic form is a copy of the original artifact. |
| SR 97:19-98:2 | Q. Okay. You mentioned that there is this print driver as part of the print capture capability. What is a print driver? A. A print driver is the software. Q. Okay. A. That's installed on the local machine that when you go to print, you see a list of all the printers, those are print drivers. Q. All right. Once the dental office prints to the print driver that gives the copy to Vyne, what does Vyne do with the information it gets? |
| SR 101:17 | We rely solely on the print driver to capture claims. |
| SR 191:4-5 | We'll sign up for this API program today if you don't prevent the use of print capture. |
| JN 256:12-17 | A. Oh, yeah. So essentially what happens is, so Dentrix sends a copy of whatever is being presented to Microsoft. Microsoft has a print spooler that processes it, and then that print spooler loads in the print driver that it has -- that was selected, and it passes that information from the print spooler to the print driver. |
| JN 257:2-10 | Q. And is that any different from what happens when a document is printed to either Adobe PDF or to a paper printer? A. So there's I guess two different artifacts are created. The print spooler will also create a file before it sends it onto the print driver, so there's actually two locations where things are saved. And so, yeah, it's exactly the same function where a file is getting created, either going to a printer or going to our print driver or somebody else's print driver. It's exactly the same. |
| JN 261:14-16 | A. I think it's ridiculous. I mean, there's -- it's a printer getting installed on Windows that shows up as a printer on Windows. |
| JN 256:2-21 | A. This shows the process. So they've got selected at that top row of what they want to print, and then the mouse is over the print button, so since they've already selected Vyne as the printer, they're selecting now what they want to print. Q. Okay. Let's go to the next slide. What is this showing? A. This is the dialogue that pops up that tells them that they're sending this document to the Vyne printer. Q. Okay. And then so what happens after -- I think this is the last screenshot, right? What happens after that to the claim information that's been selected? A. Oh, yeah. So essentially what happens is, so Dentrix sends a copy of whatever is being presented to Microsoft. Microsoft has a print spooler that processes it, |

| | |
|---|---|
| | and then that print spooler loads in the print driver that it has -- that was selected, and it passes that information from the print spooler to the print driver. In this case, because it's our print driver, it will actually take that and save it down to a format file called res in the user secure directory that we can then securely upload to our servers. |
| JN 288:17-19 | A. So there's the print driver, which doesn't access the database. That's the tool that's -- that's the driver that's installed, that's a printer that shows up in Windows. |
| JN 293:12-14 | …print capture itself does not use database access. It never has. That's not necessary for print capture. |
| JN 258:13-14 | Q. And who selected what was passed to the principal? A. The user, the dentist. |
| VL 32:7-16 | As I said, for decades Dentrix and Vyne operated in a sort of integrated fashion, one of which is to use print capture or a printer driver, which is a method by which dentists could have Vyne read the information that is stored by dentists and their patients on Dentrix's systems. It works similar to, the Court will hear, it works similar to a print function where the dentist can go on Dentrix and instead of hitting print to a paper printer, it can say print to Vyne and then Vyne on the back end will pick up effectively a temporary file that is created on the system. |
| PC 638:2-7 | …the Vyne Dental Plugin does not talk to the database, purely receives the information that is packaged up by the Practice Management System such as Dentrix, and then sends it to the Vyne servers, then clearly it's not impacting anything on the client's machine because it's acting just like a printer. |
| PC 653:8-9 | A. So I would say the printer driver does not perform any database access, so that is not correct. |
| PC 636:1-3 | So as we just talked about, that's a virtual printer, it's user initiated. It doesn't do anything unless the user decides to print to it. |
| 3/18 Tr. 16:2-7 | THE COURT: But it is a practically feasible injunction that they're asking for if I was -- I think they're asking for more than that, but if I was to grant an injunction against the read-write capabilities, that's something that you can do that would not affect your printer driver? MR. LEVY: It would not affect the printer driver. |
| 3/18 Tr. 16:18-17:3 | THE COURT: All right. Yeah, I understand your position. I just wanted to see what was technically feasible because I think that one of the key factual disputes here is the extent to which these functions are interwoven with each other. You made the point that they're separate. They tried to argue and present evidence that they're not. But, you know, it's your technology, so if you say it's technically feasible, I'm going to take you at your word. MR. LEVY: Yeah, they're different parts of the product and it's technically feasible. |