**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

<table>
<tr><td>

NATIONAL ELECTRONIC ATTACHMENT, INC.,
d/b/a VYNE DENTAL

      Plaintiff / Counter-
      Defendant,

   - against –

HENRY SCHEIN ONE, LLC,

      Defendant / Counter-
      Plaintiff.

</td><td>

**Case No. 1:25-cv-03246-MJM**

</td></tr>
</table>

**MOTION TO SEAL**

Pursuant to Local Rule 105.11, Defendant Henry Schein One, LLC ("HSOne"), by counsel, respectfully moves to seal (1) HSOne's Second Post-Hearing Submission ("Submission") Re: Technical Feasibility, Compliance Period, and Bond in response to National Electronic Attachment, Inc., d/b/a Vyne Dental's ("Vyne") brief ("Feasibility Brief") and the Declaration of Kenton McDaniel in support; and (2) HSOne's Motion to Strike the declarations filed by Vyne's expert and CFO.

Vyne claims that its Feasibility Brief and related declarations contain "highly sensitive, confidential and proprietary financial information, and any disclosure would cause Vyne substantial harm." (Vyne's Consent Mot. to Seal, Doc. 173.)[1]  Counsel for Vyne further indicated that the basis for sealing is that the documents are "designated Attorneys' Eyes Only" ("AEO"). (Declaration of Jennifer Bartlett, ¶¶ 3-4, Ex. A.)  HSOne disputes that these materials warrant AEO

---

[1] It merits noting that while Vyne's "Consent Motion to Seal" states that it is filed "with consent of Defendant Henry Schein One, LLC's counsel," no such consent was obtained (or even requested) relative to Vyne's brief and related declarations.

protection and, accordingly, objects to Vyne's sealing request.  But, as a courtesy to Vyne and until the dispute related to Vyne's over designation of documents as AEO is resolved, HSOne respectfully requests that its Submission, the declaration in support, and its motion to strike, which reference and/or incorporate Vyne's Feasibility Brief or the supporting declarations, all of which Vyne designated as AEO, be sealed in its entirety while Parties and the Court work through the designation issues.  HSOne will confer with Vyne and submit a redacted version on the public docket in short order.

This request meets the requirements for sealing, as HSOne has proffered "reasons supported by specific factual representations justifying the sealing."  Local Rule 105.11; *Minter v. Wells Fargo Bank, N.A.*, 258 F.R.D. 118 (D. Md. 2009). No less restrictive means can maintain HSOne's interim designation of these materials as confidential.

ACTIVE 723278678v1

Dated: May 1, 2026

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: */s/ Michael Burshteyn*
    Michael R. Sklaire (MD Fed. Bar No. 16471)
    Shirin Afsous (MD Fed. Bar No. 31319)
    1750 Tysons Boulevard, Suite 1000
    Tysons Corner, VA 22102
    Tel: (703) 749-1308
    Michael.Sklaire@gtlaw.com
    Shirin.afsous@gtlaw.com

    Michael Burshteyn (*pro hac vice*)
    Marcelo Barros (*pro hac vice*)
    Jennifer Bartlett (*pro hac vice*)
    Candra Connelly (*pro hac vice*)
    Sydney Parks (*pro hac vice*)
    101 Second Street, Suite 2200
    San Francisco, CA 94105
    Tel: (415) 655-1300
    Michael.Burshteyn@gtlaw.com
    Marcelo.Barros@gtlaw.com
    Jennifer.Bartlett@gtlaw.com
    Candra.Connelly@gtlaw.com
    Sydney.Parks@gtlaw.com

    *Counsel for Defendant Henry Schein One, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day May, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

            */s/ Michael Burshteyn*
            Michael Burshteyn

3

ACTIVE 723278678v1

# EXHIBIT A

| | |
|---|---|
| **From:** | Charlotte Baigent |
| **To:** | Bartlett, Jennifer (Assoc-DAL-LT); Vincent Levy; knn@gdldlaw.com; Daniel Fahrenthold; dstikeleather@gdldlaw.com; James Campbell; Michael Shuster; Torrell Mills |
| **Cc:** | Burshteyn, Michael (Shld-SFO-IP-Tech); Connelly, Candra (Assoc-POR-LT); Barros, Marcelo (Assoc-SFO-IP-Tech); Parks, Sydney (Assoc-NY-LT); Sklaire, Michael (Shld-NVA-LT); Afsous, Shirin (Shld-NVA-LT) |
| **Subject:** | RE: Activity in Case 1:25-cv-03246-MJM National Electronic Attachment, Inc. v. Henry Schein One, LLC Memorandum |
| **Date:** | Friday, April 24, 2026 9:28:13 PM |
| **Attachments:** | image001.png <br> Vyne Submission re Letter Order at Dkt. 171(4.24.2026).zip |

Jennifer, all:

Please see Vyne's submissions attached here. The documents filed under seal are designated as Attorneys' Eyes Only, and for the avoidance of doubt, cannot be shared with any HSOne employees given the highly sensitive financial information contained therein.

Thank you,

Charlotte

Charlotte Baigent

HOLWELL SHUSTER & GOLDBERG LLP

Office: (646) 837-8552 | Mobile: (917) 817-5784 | Bio
425 Lexington Ave | New York, New York 10017 | hsgllp.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Jennifer.Bartlett@gtlaw.com <Jennifer.Bartlett@gtlaw.com>
**Sent:** Saturday, April 25, 2026 12:10 AM
**To:** Vincent Levy <vlevy@hsgllp.com>; Charlotte Baigent <cbaigent@hsgllp.com>; knn@gdldlaw.com; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; dstikeleather@gdldlaw.com; James Campbell <JCampbell@hsgllp.com>; Michael Shuster <mshuster@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>
**Cc:** Michael.Burshteyn@gtlaw.com; Candra.Connelly@gtlaw.com; Marcelo.Barros@gtlaw.com; Sydney.Parks@gtlaw.com; Michael.Sklaire@gtlaw.com; Shirin.Afsous@gtlaw.com
**Subject:** FW: Activity in Case 1:25-cv-03246-MJM National Electronic Attachment, Inc. v. Henry Schein One, LLC Memorandum

Counsel:

Please send us a copy of the brief and declarations filed under seal.

Thanks,

Jennifer

**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP

2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3729  |  C +1 214.707.4688  |  F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

 **GT** GreenbergTraurig

---

**From:** MDD_CM-ECF_Filing@mdd.uscourts.gov <MDD_CM-ECF_Filing@mdd.uscourts.gov>
**Sent:** Friday, April 24, 2026 9:58 PM
**To:** MDDdb_ECF@mdd.uscourts.gov
**Subject:** Activity in Case 1:25-cv-03246-MJM National Electronic Attachment, Inc. v. Henry Schein One, LLC Memorandum


**\*EXTERNAL TO GT\***

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Maryland

### Notice of Electronic Filing

The following transaction was entered by Levy, Vincent on 4/24/2026 at 11:57 PM EDT and filed on 4/24/2026

| | |
|---|---|
| **Case Name:** | National Electronic Attachment, Inc. v. Henry Schein One, LLC |
| **Case Number:** | 1:25-cv-03246-MJM |
| **Filer:** | National Electronic Attachment, Inc. |
| **Document Number:** | 175 |

**Docket Text:**
**-SEALED-Memorandum re [173] MOTION to Seal filed by National Electronic Attachment, Inc.. (Attachments: # (1) Nix Declaration, # (2) Markus Declaration, # (3) Garibotti Declaration)(Levy, Vincent)**

**1:25-cv-03246-MJM Notice has been electronically mailed to:**

Candra M. Connelly    candra.connelly@gtlaw.com

Charlotte Baigent    cbaigent@hsgllp.com

Daniel Fahrenthold    dfahrenthold@hsgllp.com

Derek McIntosh Stikeleather    dstikeleather@gdldlaw.com, bbb@gdldlaw.com

James Campbell    jcampbell@hsgllp.com

Jennifer Catherine Bartlett    bartlettj@gtlaw.com

Kristen Nichole Nesbitt    knn@gdldlaw.com, smilburn@gdldlaw.com

Marcelo Leao de Barros    marcelo.barros@gtlaw.com, 4114862420@filings.docketbird.com

Michael Burshteyn    michael.burshteyn@gtlaw.com

Michael R Sklaire    sklairem@gtlaw.com, karrie.barbaro@gtlaw.com, michael-sklaire-4070@ecf.pacerpro.com

Michael S Shuster    mshuster@hsgllp.com

Natalie A Felsen    nfelsen@bartkolaw.com

Shirin Afsous    shirin.afsous@gtlaw.com, Karrie.Barbaro@gtlaw.com, shirin-afsous-5125@ecf.pacerpro.com

Sydney L. Parks    sydney.parks@gtlaw.com

Torrell Esias Mills    tmills@hsgllp.com

Vincent Levy    vlevy@hsgllp.com, crodriguez@hsgllp.com, managingclerk@hsgllp.com

**1:25-cv-03246-MJM Notice will not be electronically delivered to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1046883720 [Date=4/24/2026] [FileNumber=13473222-0] [597048273211c2e36fded18f6b9c7c7b97bc1446e5b070c7b22ab31c4d51aff6d2651c37fdeec932bafd0f20ad72285d08f8859bf1dd3047ae83c9ea248455fd]]

**Document description:** Nix Declaration

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1046883720 [Date=4/24/2026] [FileNumber=13473222-1] [196830078755a3236dd9db3d9c21f9bfb5b15e94b24fd6e3a0445d8f09d550c60b3e73d2cc1e69a30d47b767954429483cc38eae84658ff1575773207823df9d]]

**Document description:** Markus Declaration

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1046883720 [Date=4/24/2026] [FileNumber=13473222-2] [3992f5781df86451448aceac805778753caccd761ab6f8c47278d22b3b3c44fa8d8f73842526e1adcb1efd9a7c992fe3a9782d1be2e84ecd1b760042a9a97a25]]

**Document description:** Garibotti Declaration

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1046883720 [Date=4/24/2026] [FileNumber=13473222-3] [70963f98b633da8870651113032d5350ff9c0346aa97b0241bcefce2ef0b554dee99a0c4fa3c22ae904199ee0823faf9e67eabf90781b5f0ea4637548897d90e]]

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.