# Exhibit A

| | |
|---|---|
| **From:** | Jennifer.Bartlett@gtlaw.com |
| **To:** | Vincent Levy; Charlotte Baigent; knn@gdldlaw.com; James Campbell; Torrell Mills; Daniel Fahrenthold; dstikeleather@gdldlaw.com |
| **Cc:** | Michael.Burshteyn@gtlaw.com; Sydney.Parks@gtlaw.com; Sean.Carney@gtlaw.com; Candra.Connelly@gtlaw.com; Marcelo.Barros@gtlaw.com; Shirin.Afsous@gtlaw.com |
| **Subject:** | HSOne / Vyne - HSOne"s Post-Hearing Brief in Support of Its Motion for a PI and in Opposition to Vyne"s Motion for a PI |
| **Date:** | Wednesday, March 4, 2026 12:29:36 AM |
| **Attachments:** | image001.png |

Counsel,

You should have received a link to HSOne's post-hearing brief along with supporting declarations and exhibits that were filed this evening. As noted, we filed everything under seal and will send proposed redactions tomorrow.

Please let us know if you have any trouble accessing the files.

Thanks,

Jennifer

**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3729 | C +1 214.707.4688 | F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com | www.gtlaw.com | View GT Biography



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

# Exhibit B

| From: | Charlotte Baigent |
|---|---|
| To: | "Jennifer.Bartlett@gtlaw.com"; "Candra.Connelly@gtlaw.com"; "Michael.Burshteyn@gtlaw.com"; "Marcelo.Barros@gtlaw.com"; "Sydney.Parks@gtlaw.com"; "Michael.Sklaire@gtlaw.com"; "Shirin.Afsous@gtlaw.com" |
| Cc: | Vincent Levy; James Campbell; "knn@gdldlaw.com"; "dstikeleather@gdldlaw.com"; Torrell Mills |
| Subject: | RE: Vyne"s Proposed Redacted Post-hearing Brief |
| Date: | Friday, March 20, 2026 6:11:00 PM |
| Attachments: | Vyne"s Post-Hearing Reply and Opposition Brief (03.07.26) (003)_Redacted.pdf |
| | image001.png |
| | image002.png |

Counsel,

Following up on this again, we would like to file the attached redacted copy of Vyne's brief now. Please confirm that we have your consent to do so. This applies your requested redactions, except those seeking to redact already public testimony.

If you could please let us know promptly if you consent to this filing, we'd appreciate it.

Thanks,
Charlotte

**From:** Charlotte Baigent
**Sent:** Friday, March 20, 2026 2:06 PM
**To:** 'Jennifer.Bartlett@gtlaw.com' <Jennifer.Bartlett@gtlaw.com>; 'Candra.Connelly@gtlaw.com' <Candra.Connelly@gtlaw.com>; 'Michael.Burshteyn@gtlaw.com' <Michael.Burshteyn@gtlaw.com>; 'Marcelo.Barros@gtlaw.com' <Marcelo.Barros@gtlaw.com>; 'Sydney.Parks@gtlaw.com' <Sydney.Parks@gtlaw.com>; 'Michael.Sklaire@gtlaw.com' <Michael.Sklaire@gtlaw.com>; 'Shirin.Afsous@gtlaw.com' <Shirin.Afsous@gtlaw.com>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; 'knn@gdldlaw.com' <knn@gdldlaw.com>; 'dstikeleather@gdldlaw.com' <dstikeleather@gdldlaw.com>; Torrell Mills <tmills@hsgllp.com>
**Subject:** RE: Vyne's Proposed Redacted Post-hearing Brief

Counsel,

We have not received a response to our email below.  Please let us know **by 6 pm today** whether you agree that we can file Vyne's brief with your proposed redactions on pages 7 and 13 only (re-attached here). The rest of your proposed redactions (pp. 8-9) seek to redact testimony in open court, for which we do not have a basis to request sealing from the Court.

Thanks,
Charlotte

**From:** Charlotte Baigent
**Sent:** Tuesday, March 17, 2026 8:47 PM

**To:** 'Jennifer.Bartlett@gtlaw.com' <Jennifer.Bartlett@gtlaw.com>; Candra.Connelly@gtlaw.com; Michael.Burshteyn@gtlaw.com; Marcelo.Barros@gtlaw.com; Sydney.Parks@gtlaw.com; Michael.Sklaire@gtlaw.com; Shirin.Afsous@gtlaw.com
**Cc:** Vincent Levy <vlevy@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com; Torrell Mills <tmills@hsgllp.com>
**Subject:** RE: Vyne's Proposed Redacted Post-hearing Brief

Counsel,

Please let us know your bases for your proposed redactions to Vyne's brief, which on our initial quick review appear to include information and testimony that was not sealed during the hearing.

Thanks,
Charlotte

---

**From:** Jennifer.Bartlett@gtlaw.com <Jennifer.Bartlett@gtlaw.com>
**Sent:** Tuesday, March 17, 2026 5:44 PM
**To:** Charlotte Baigent <cbaigent@hsgllp.com>; Candra.Connelly@gtlaw.com; Michael.Burshteyn@gtlaw.com; Marcelo.Barros@gtlaw.com; Sydney.Parks@gtlaw.com; Michael.Sklaire@gtlaw.com; Shirin.Afsous@gtlaw.com
**Cc:** Vincent Levy <vlevy@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com; Torrell Mills <tmills@hsgllp.com>
**Subject:** RE: Vyne's Proposed Redacted Post-hearing Brief

Counsel,

Attached please find Vyne's brief with our requested redactions.

I have also attached HSOne's briefs with our redactions. Please let us know if you have additional requested redactions.

Thanks,
Jennifer

**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3729 | C +1 214.707.4688 | F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com | www.gtlaw.com | View GT Biography

 GreenbergTraurig

**From:** Charlotte Baigent <cbaigent@hsgllp.com>
**Sent:** Tuesday, March 17, 2026 3:23 PM
**To:** Connelly, Candra (Assoc-POR-LT) <Candra.Connelly@gtlaw.com>; Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Parks, Sydney (Assoc-NY-LT) <Sydney.Parks@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>; Afsous, Shirin (Shld-NVA-LT) <Shirin.Afsous@gtlaw.com>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com; Torrell Mills <tmills@hsgllp.com>
**Subject:** RE: Vyne's Proposed Redacted Post-hearing Brief

All,

We intend to file Vyne's opposition and reply brief on the public docket this evening.  Please confirm by 6 pm ET that HSOne does not request any redactions.

Thanks,
Charlotte

Charlotte Baigent
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8552 | Mobile: (917) 817-5784 | Bio
425 Lexington Ave | New York, New York 10017 | hsgllp.com

**From:** Charlotte Baigent
**Sent:** Monday, March 16, 2026 12:58 PM
**To:** 'Candra.Connelly@gtlaw.com' <Candra.Connelly@gtlaw.com>; Michael.Burshteyn@gtlaw.com; Marcelo.Barros@gtlaw.com; Jennifer.Bartlett@gtlaw.com; Sydney.Parks@gtlaw.com; Michael.Sklaire@gtlaw.com; Shirin.Afsous@gtlaw.com
**Cc:** Vincent Levy <vlevy@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com; Torrell Mills <tmills@hsgllp.com>
**Subject:** RE: Vyne's Proposed Redacted Post-hearing Brief

Counsel,

Would you please let us know by **tonight** whether HSOne requests redacting any portions of the attached brief before we file it on the public docket, and if so, which portions?  We will similarly let you know today if we intend to redact any portions of this brief.

Thanks,
Charlotte

**From:** Candra.Connelly@gtlaw.com <Candra.Connelly@gtlaw.com>
**Sent:** Monday, March 2, 2026 5:01 PM

**To:** Charlotte Baigent <cbaigent@hsgllp.com>; Torrell Mills <tmills@hsgllp.com>; Michael.Burshteyn@gtlaw.com; Marcelo.Barros@gtlaw.com; Jennifer.Bartlett@gtlaw.com; Sydney.Parks@gtlaw.com; Michael.Sklaire@gtlaw.com; Shirin.Afsous@gtlaw.com
**Cc:** Vincent Levy <vlevy@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** RE: Vyne's Proposed Redacted Post-hearing Brief

Confirming that we do not object to the proposed sealing of the three provisions that you forwarded over the weekend on the basis that they are consistent with the sealing of the courtroom.

We do object, however, to the extent that you are also trying to designate those portions of the brief AEO.

Thanks,
Candra

**Candra Connelly**
Associate

Greenberg Traurig, LLP
10260 SW Greenburg Road, Suite 400 | Portland, OR 97223
T +1 503.200.6200 | C 786.647.2475
Candra.Connelly@gtlaw.com | www.gtlaw.com | View GT Biography

**GT** GreenbergTraurig

**From:** Charlotte Baigent <cbaigent@hsgllp.com>
**Sent:** Monday, March 2, 2026 11:08 AM
**To:** Connelly, Candra (Assoc-POR-LT) <Candra.Connelly@gtlaw.com>; Torrell Mills <tmills@hsgllp.com>; Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Parks, Sydney (Assoc-NY-LT) <Sydney.Parks@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT) <Michael.Sklaire@gtlaw.com>; Afsous, Shirin (Shld-NVA-LT) <Shirin.Afsous@gtlaw.com>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** RE: Vyne's Proposed Redacted Post-hearing Brief

Candra,

Following up on the below, would you mind also confirming today that you do not object to our proposed redactions consistent with the Court's sealing of the courtroom? We believe that is accurate, but we want to be sure before filing a consent motion later today concerning the proposed redactions.

Thanks,

Charlotte

Charlotte Baigent
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8552 | Mobile: (917) 817-5784 | Bio
425 Lexington Ave | New York, New York 10017 | hsgllp.com

**From:** Charlotte Baigent
**Sent:** Monday, March 2, 2026 12:34 PM
**To:** 'Candra.Connelly@gtlaw.com' <Candra.Connelly@gtlaw.com>; Torrell Mills <tmills@hsgllp.com>; Michael.Burshteyn@gtlaw.com; Marcelo.Barros@gtlaw.com; Jennifer.Bartlett@gtlaw.com; Sydney.Parks@gtlaw.com; Michael.Sklaire@gtlaw.com; Shirin.Afsous@gtlaw.com
**Cc:** Vincent Levy <vlevy@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** RE: Vyne's Proposed Redacted Post-hearing Brief

Candra,

Thank you for confirming. We will get this on file shortly.

Thanks,
Charlotte

**From:** Candra.Connelly@gtlaw.com <Candra.Connelly@gtlaw.com>
**Sent:** Monday, March 2, 2026 10:16 AM
**To:** Torrell Mills <tmills@hsgllp.com>; Michael.Burshteyn@gtlaw.com; Marcelo.Barros@gtlaw.com; Jennifer.Bartlett@gtlaw.com; Sydney.Parks@gtlaw.com; Michael.Sklaire@gtlaw.com; Shirin.Afsous@gtlaw.com
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Charlotte Baigent <cbaigent@hsgllp.com>; James Campbell <JCampbell@hsgllp.com>; knn@gdldlaw.com; dstikeleather@gdldlaw.com
**Subject:** RE: Vyne's Proposed Redacted Post-hearing Brief

We do not have any proposed redactions to the public filing.

Thanks,
Candra

**Candra Connelly**
Associate

Greenberg Traurig, LLP
10260 SW Greenburg Road, Suite 400 | Portland, OR 97223
T +1 503.200.6200 | C 786.647.2475
Candra.Connelly@gtlaw.com | www.gtlaw.com | View GT Biography

**GT** GreenbergTraurig

**From:** Connelly, Candra (Assoc-POR-LT) <Candra.Connelly@gtlaw.com>
**Sent:** Sunday, March 1, 2026 8:38 AM
**To:** Torrell Mills <tmills@hsgllp.com>; Burshteyn, Michael (Shld-SFO-IP-Tech)
<Michael.Burshteyn@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech)
<Marcelo.Barros@gtlaw.com>; Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>;
Parks, Sydney (Assoc-NY-LT) <Sydney.Parks@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT)
<Michael.Sklaire@gtlaw.com>; Afsous, Shirin (Shld-NVA-LT) <Shirin.Afsous@gtlaw.com>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Charlotte Baigent <cbaigent@hsgllp.com>; James Campbell
<JCampbell@hsgllp.com>; Nikki Nesbitt <knn@gdldlaw.com>; Derek Stikeleather
<dstikeleather@gdldlaw.com>
**Subject:** Re: Vyne's Proposed Redacted Post-hearing Brief

We'll take a look and send our thoughts by Monday morning. Thanks.

**Candra Connelly**
Associate

Greenberg Traurig, LLP
10260 SW Greenburg Road, Suite 400 | Portland, OR 97223
T +1 503.200.6200 | C 786.647.2475
Candra.Connelly@gtlaw.com | www.gtlaw.com | View GT Biography

**GT** GreenbergTraurig

**From:** Torrell Mills <tmills@hsgllp.com>
**Sent:** Saturday, February 28, 2026 9:43:46 AM
**To:** Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Barros, Marcelo
(Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Bartlett, Jennifer (Assoc-DAL-LT)
<Jennifer.Bartlett@gtlaw.com>; Connelly, Candra (Assoc-POR-LT) <Candra.Connelly@gtlaw.com>;
Parks, Sydney (Assoc-NY-LT) <Sydney.Parks@gtlaw.com>; Sklaire, Michael (Shld-NVA-LT)
<Michael.Sklaire@gtlaw.com>; Afsous, Shirin (Shld-NVA-LT) <Shirin.Afsous@gtlaw.com>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Charlotte Baigent <cbaigent@hsgllp.com>; James Campbell
<JCampbell@hsgllp.com>; Nikki Nesbitt <knn@gdldlaw.com>; Derek Stikeleather
<dstikeleather@gdldlaw.com>
**Subject:** Re: Vyne's Proposed Redacted Post-hearing Brief

**\*EXTERNAL TO GT\***

Counsel,

As a brief follow up, please send over your proposed redactions no later than noon tomorrow—
we intend to file the final redacted brief with the Court Monday.

Torrell E. Mills | he/him/his/himself
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-7913 | Mobile: (702) 245-5452
425 Lexington Ave | New York, New York 10017 | hsgllp.com

For expediency, this message was sent from my iPhone. Please excuse any
typographical or automatically corrected errors.

Torrell Mills
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-7913 | Mobile: (702) 245-5452
425 Lexington Ave | New York, New York 10017 | hsgllp.com

---

**From:** Torrell Mills <tmills@hsgllp.com>
**Sent:** Saturday, February 28, 2026 12:09:30 PM
**To:** Michael.Burshteyn@gtlaw.com <michael.burshteyn@gtlaw.com>; Marcelo.Barros@gtlaw.com
<marcelo.barros@gtlaw.com>; Jennifer.Bartlett@gtlaw.com <jennifer.bartlett@gtlaw.com>;
Candra.Connelly@gtlaw.com <candra.connelly@gtlaw.com>; Sydney.Parks@gtlaw.com
<sydney.parks@gtlaw.com>; Michael.Sklaire@gtlaw.com <michael.sklaire@gtlaw.com>;
Shirin.Afsous@gtlaw.com <shirin.afsous@gtlaw.com>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Charlotte Baigent <cbaigent@hsgllp.com>; James Campbell
<JCampbell@hsgllp.com>; Nikki Nesbitt <knn@gdldlaw.com>; Derek Stikeleather
<dstikeleather@gdldlaw.com>
**Subject:** Vyne's Proposed Redacted Post-hearing Brief

Counsel,

As discussed, please find Vyne's proposed redactions regarding the post-hearing brief.   We will
revert on any further AEO designations shortly.  In light of further potential changes, please hold on
sharing with your client for the time being.

Torrell Mills
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-7913 | Mobile: (702) 245-5452
425 Lexington Ave | New York, New York 10017 | hsgllp.com

---

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for
the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is
prohibited. If you believe that you have received this email in error, please notify the sender immediately and
delete it from your system.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

# Exhibit C

| From: | Charlotte Baigent |
|---|---|
| To: | "Michael.Burshteyn@gtlaw.com"; "Jennifer.Bartlett@gtlaw.com"; "Candra.Connelly@gtlaw.com"; "Marcelo.Barros@gtlaw.com"; "Sydney.Parks@gtlaw.com"; "Michael.Sklaire@gtlaw.com"; "Shirin.Afsous@gtlaw.com" |
| Cc: | Vincent Levy; Jack L. Millman; James Campbell; Torrell Mills; "knn@gdldlaw.com"; "dstikeleather@gdldlaw.com" |
| Subject: | Re: National Electronic Attachment, Inc. v. Henry Schein One, LLC , Case No.: 1:25-cv-03246-MJM |
| Date: | Thursday, May 7, 2026 4:03:00 PM |

Counsel,

We are confused by the statements in HSOne's Motion to Seal (Dkt. 179) and Motion to Strike (Dkt. 181 at 1 n. 1) that we filed Vyne's last post-hearing submission under seal without your consent. We agreed on our call after the February hearing that both parties could file post-hearing submissions under seal temporarily and that we would confer thereafter on proposed redactions before filing redacted copies on the public docket. Both parties have operated under that agreement ever since without seeking specific consent for each post-hearing submission filed under seal.

For the avoidance of doubt, please let us know whether you consent to us filing our opposition to HSOne's motion to strike under seal. As we have done for the past several months, we would of course send proposed redactions for your review thereafter.

Thanks,
Charlotte

# Exhibit D

## Torrell Mills

| | |
|---|---|
| **From:** | Jennifer.Bartlett@gtlaw.com |
| **Sent:** | Monday, February 9, 2026 8:34 PM |
| **To:** | Vincent Levy; Daniel Fahrenthold; Torrell Mills; Michael Shuster; Charlotte Baigent; James Campbell; knn@gdldlaw.com; dstikeleather@gdldlaw.com |
| **Cc:** | Michael.Burshteyn@gtlaw.com; Sydney.Parks@gtlaw.com; Marcelo.Barros@gtlaw.com; Candra.Connelly@gtlaw.com; Shirin.Afsous@gtlaw.com |
| **Subject:** | HSOne's AEO exhibits |
| **Attachments:** | AEO - HSOne - 2.xlsx; AEO - HSOne - 122.xlsx; AEO - HSOne - 131.xlsx; AEO - HSOne - 123.xlsx |
| **Importance:** | High |

Counsel,

Attached please find four exhibits that HSOne designates as AEO.

Thanks,
Jennifer

**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3729  |  C +1 214.707.4688  |  F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

 GreenbergTraurig

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.