### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

|  |  |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>Plaintiff,<br><br>- against –<br><br>HENRY SCHEIN ONE, LLC,<br><br>Defendant. | **Case No. 1:25-cv-03246-MJM** |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF IFSO HSONE'S MOTION TO STRIKE

Defendant/Counter-Plaintiff Henry Schein One LLC ("HSOne") hereby moves this Court to extend the time in which HSOne may file its reply brief in further support of its Motion to Strike, or in the Alternative, Motion for Discovery ("Motion to Strike"). Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 105.9, HSOne moves as follows:

On May 1, 2026, HSOne filed a Motion to Strike two declarations submitted by Plaintiff/Counter-Defendant National Electronic Attachment, Inc. d/b/a Vyne Dental ("Vyne") in support of its request for bond (Doc. 181). On May 11, 2026, Vyne filed an Opposition to HSOne's Motion to Strike (Doc. 182.)

HSOne's current deadline to file its reply brief in further support of its Motion to Strike is May 26, 2026. *See* L.R. 105.2.

Due to the holiday, the undersigned counsel reached out to Vyne's counsel on Friday, May 22, 2026. Counsel responded this morning, May 26, 2026, indicating they did not oppose the extension, which the undersigned appreciates and therefore is filing this motion now.

HSOne respectfully requests that the Court grant HSOne a brief extension of time until May 29, 2026, to file such brief.  Counsel for Vyne has noted that Vyne does not oppose this request.

Good cause exists for the requested extension to accommodate holiday schedules.

Accordingly, HSOne respectfully requests the Court's approval of the extension of time detailed herein. A Proposed Order granting this Motion is submitted herewith.

Respectfully submitted,

Dated:  May 26, 2026

*/s/ Michael Burshteyn*

Michael Burshteyn
Marcelo Barros
Jennifer Bartlett
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, CA 94105
Tel: (415) 655-1300
michael.burshteyn@gtlaw.com
marcelo.barros@gtlaw.com
jennifer.bartlett@gtlaw.com

Michael R. Sklaire
  (MD Fed. Bar. No. 16471)
Shirin Afsous (MD Fed. Bar No. 31319)
1750 Tysons Boulevard, Suite 1000
Tysons Corner, VA 22102
Tel: (703) 749-1301
michael.sklaire@gtlaw.com
shirin.afsous@gtlaw.com

*Attorneys for Defendant*
*Henry Schein One, LLC*

2

ACTIVE 724421901v1

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 26th day of May, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>/s/ Michael Burshteyn</u>
Michael Burshteyn

ACTIVE 724421901v1