**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>Plaintiffs,<br><br>- against –<br><br>HENRY SCHEIN ONE, LLC,<br><br>Defendant. | Case No. 1:25-cv-03246-MJM |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF IFSO HSONE'S MOTION TO STRIKE**

The Court has considered the Unopposed Motion to Extend Time to File Reply Brief in Further Support of Henry Schein One, LLC's ("HSOne") Motion to Strike and finds good cause exists for the requested extension. Accordingly, the Court **GRANTS** HSOne's Motion to Extend Time and hereby **ORDERS** the following extension of time:

The deadline for HSOne to file its reply brief in further support of its Motion to Strike, or in the Alternative, Motion for Discovery (ECF No. 66), is extended to **May 29, 2026**.

**IT IS SO ORDERED**.

_____
Hon. Matthew J. Maddox
United States District Judge