**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| **NATIONAL ELECTRONIC** | * | |
| **ATTACHMENT, INC., d/b/a** | * | |
| **VYNE DENTAL,** | * | |
| | * | |
| **Plaintiff/Counter-Defendant,** | * | |
| | * | **Civ. No.: MJM-25-3246** |
| **v.** | * | |
| | * | |
| **HENRY SCHEIN ONE, LLC,** | * | |
| | * | |
| **Defendant/Counter-Plaintiff.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

**ORDER**

For reasons stated in the accompanying Memorandum Opinion, which is incorporated herein by reference, it is this 31st day of July, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Henry Schein One's Motion to Transfer Venue (ECF No. 35) is WITHDRAWN;

2. Henry Schein One's Motion to Dismiss Vyne Dental's initial Complaint (ECF No. 42) is DENIED as moot;

3. Henry Schein One's Motion to Dismiss Vyne Dental's Amended Complaint (ECF No. 85) is DENIED;

4. Vyne Dental's Motion to Dismiss Henry Schein One's Counterclaim (ECF No. 66) is GRANTED IN PART and DENIED IN PART;

5. The Third, Seventh, Eighth, and Ninth Causes of Action in Henry Schein One's Counterclaim are DISMISSED without prejudice;

6. Vyne Dental's Motion for Preliminary Injunction (ECF No. 6) is GRANTED IN PART and DENIED IN PART;

7. Henry Schein One's Motion for Preliminary Injunction (ECF No. 46) is GRANTED IN PART and DENIED IN PART;

1

8. Pursuant to Rule 65 of the Federal Rules of Civil Procedure:

   a. Vyne Dental SHALL NOT market, sell, distribute, or support software capable of write access to Dentrix databases stored or hosted on Henry Schein One's servers or cloud system or Dentrix databases stored or hosted on any dental practice's computers that are connected with Henry Schein One's cloud infrastructure;

   b. Henry Schein One SHALL NOT disable any printer driver employed by Vyne Dental software operating on dental practices' computers and SHALL NOT deny Vyne Dental software printer-driver access to Dentrix databases stored and operating on any dental practice's computers;

   c. Each party SHALL COMPLY with the foregoing provisions within 45 days of the date of this Order; and

   d. Appropriate bond amounts pursuant to Rule 65(c) will be determined after a prompt hearing;

9. Vyne Dental's Motion to Strike Post-Hearing Declaration of David Youssef (ECF No. 153) is GRANTED;

10. The parties' Motions to Seal (ECF Nos. 72, 151, 154, 161, 165, 173, 179, 185) are GRANTED; and

11. The parties' filings at ECF Nos. 70, 152, 155, 164, 175, 180, 181, and 186 are SEALED until further order of the Court.

_____/S/_____

Matthew J. Maddox
United States District Judge

2