**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>    Plaintiff/Counter-Defendant<br><br>  v.<br><br>HENRY SCHEIN ONE, LLC,<br><br>    Defendant/Counter-Claimant. | **Case No. 1:25-cv-03246-MJM** |

## <u>NOTICE OF APPEAL</u>

Please take notice that Plaintiff/Counter-Defendant National Electronic Attachment, Inc. ("Plaintiff"), hereby appeals to the United States Court of Appeals for the Fourth Circuit from the portion of this Court's July 31, 2026 Memorandum Opinion and Order, ECF Nos. 189 and 190, that grants a preliminary injunction against Plaintiff, along with all orders merged and incorporated therein that support in any way a grant of preliminary injunctive relief against Plaintiff.

Respectfully submitted,

/s/ *Vincent Levy*

Michael Shuster (pro hac vice)
Vincent Levy (pro hac vice)
Jack Millman (pro hac vice)
Charlotte Baigent (pro hac vice)
Daniel Fahrenthold (pro hac vice)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
vlevy@hsgllp.com
jmillman@hsgllp.com
cbaigent@hsgllp.com
dfahrenthold@hsgllp.com

1

K. Nichole Nesbitt (Bar No. 26137)
Derek M. Stikeleather (Bar No. 27815)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4026
knn@gdldlaw.com
dstikeleather@gdldlaw.com

*Counsel for Plaintiff National Electronic Attachment, Inc.
d/b/a Vyne Dental*