## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

---

NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A
VYNE DENTAL,

              *Plaintiff*,

    -against-

HENRY SCHEIN ONE, LLC,

              *Defendant*.

Case No. 1:25-cv-03246

---

## MOTION FOR A STAY
## PENDING APPEAL AND FOR CLARIFICATION

Plaintiff National Electronic Attachment, Inc. respectfully moves the Court for a stay of paragraph 8(a) of this Court's July 31, 2026 Order, ECF No. 190, pending appeal to the United States Court of Appeals for the Fourth Circuit. Plaintiff also respectfully moves for clarification of the July 31, 2026 Order. The basis for Plaintiff's motion is set forth in the attached memorandum.

DATED:      August 11, 2026

                       */s/ Vincent Levy*
                       Vincent Levy (pro hac vice)
                       Jack L. Millman (pro hac vice)
                       Charlotte Baigent (pro hac vice)
                       Daniel Fahrenthold (pro hac vice)
                       Holwell Shuster & Goldberg LLP
                       425 Lexington Avenue, 14th Floor
                       New York, NY 10017
                       (646) 837-5151
                       vlevy@hsgllp.com

                       K. Nichole Nesbitt (Bar No. 26137)
                       Derek M. Stikeleather (Bar No. 27815)
                       Goodell, DeVries, Leech & Dann, LLP

One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4026
knn@gdldlaw.com
dstikeleather@gdldlaw.com

*Attorneys for Plaintiff*
*National Electronic Attachment, Inc. d/b/a Vyne Dental*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 11th day of August, 2026, copies of the foregoing Motion for a Stay Pending Appeal and for Clarification were served through the CM/ECF System on all counsel of record.

*/s/ Vincent Levy*
