## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,

        *Plaintiff*,

    -against-

HENRY SCHEIN ONE, LLC,

        *Defendant*.

Case No. 1:25-cv-03246

### [PROPOSED] ORDER GRANTING
### STAY PENDING APPEAL AND CLARIFICATION

Upon consideration of the Motion for a Stay Pending Appeal and for Clarification (the "Motion") filed by Plaintiff National Electronic Attachment, Inc. and any Opposition thereto, it is this _____ day of August, 2026, hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that paragraph 8(a) of the Court's July 31 Order, ECF No. 190, is **STAYED** pending Plaintiff's appeal of that Order to the United States Court of Appeals for the Fourth Circuit; and it is further

**CLARIFIED** that no part of the Court's July 31 Order, ECF No. 190 related to or prohibited Plaintiff's future use of Robotic Process Automation.

**IT IS SO ORDERED**

                            _____

                            Hon. Matthew J. Maddox
                            United States District Judge