FILED: August 11, 2026

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 26-2085
(1:25-cv-03246-MJM)

_____

NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a Vyne Dental

   Plaintiff - Appellant

v.

HENRY SCHEIN ONE, LLC

   Defendant - Appellee

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:25-cv-03246-MJM |
| Date notice of appeal filed in originating court: | 08/06/2026 |
| Appellant | National Electronic Attachment, Inc. |
| Appellate Case Number | 26-2085 |
| Case Manager | J. Neal 804-916-2702 |