## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A
VYNE DENTAL,

                    *Plaintiff*,

      -against-

HENRY SCHEIN ONE, LLC,

                  *Defendant*.

Case No. 1:25-cv-03246

### ORDER EXPEDITING BRIEFING SCHEDULE
### AND SUSPENDING PRELIMINARY INJUNCTION

Upon consideration of the Motion to Expedite Briefing and to Enter an Administrative Stay Pending the Courts' Consideration of Vyne's Stay Motion (the "Motion") filed by Plaintiff National Electronic Attachment, Inc. and any Opposition thereto, it is this 11th day of August, 2026, hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that Defendant Henry Schein One, LLC shall have until Tuesday, August 18, 2026 to file any response in opposition to Plaintiff's Motion for a Stay Pending Appeal and for Clarification; and it is further

**ORDERED** that Plaintiff National Electronic Attachment, Inc. shall have until Friday, August 21, 2026 to file any reply thereto; and it is further

**ORDERED** that paragraph 8(a) of the Court's Order of July 31, 2026, Dkt. 190, is **SUSPENDED** pending this Court's consideration of Plaintiff's Motion for a Stay Pending Appeal and for Clarification.

    **IT IS SO ORDERED**

                          /S/
                       _____
                       Hon. Matthew J. Maddox
                       United States District Judge