### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,

       *Plaintiff/Counter-Defendant*,

   -against-

HENRY SCHEIN ONE, LLC,

       *Defendant/Counterclaimant*.

Case No. 1:25-cv-03246-MJM

### JOINT MOTION FOR EXTENSION OF TIME TO ANSWER

Plaintiff/Counter-Defendant National Electronic Attachment, Inc. ("Vyne") and Defendant/Counterclaimant Henry Schein One, LLC ("HSOne"), jointly move the Court to extend by 14 days the time for the parties to serve their answers to claims and counterclaims.

On July 31, 2026, the Court entered an order denying and partially denying the parties' cross-motions to dismiss. ECF 190. Federal Rule of Civil Procedure 14(a)(4) gives the parties 14 days from the order—until August 14, 2026—to serve responsive pleadings. Yesterday, the parties agreed to jointly request 14 more days to answer, moving the deadline to August 28, 2026.

Good cause exists for the requested extension to accommodate preplanned vacation schedules and to permit the parties sufficient time to discuss with their clients responses to technical matters alleged by the claims and counterclaims.

The parties therefore request that the Court grant them until **August 28, 2026,** to serve their answers. A Proposed Order is submitted herewith.

DATED:        August 12, 2026                Respectfully submitted,

/s/ *Vincent Levy*                          /s/ *Michael R. Sklaire*
Vincent Levy (*pro hac vice*)               Michael Burshteyn (*pro hac vice*)
Jack L. Millman (*pro hac vice*)            Marcelo Barros (*pro hac vice*)
Charlotte Baigent (*pro hac vice*)          Jennifer Bartlett (*pro hac vice*)
Daniel Fahrenthold (*pro hac vice*)         Greenberg Traurig, LLP
Holwell Shuster & Goldberg LLP              101 Second Street, Suite 2200
425 Lexington Ave., 14th Fl.                San Francisco, CA 94105
New York, NY 10017                          (415) 655-1300
(646) 837-5151                              michael.burshteyn@gtlaw.com
vlevy@hsgllp.com                            marcelo.barros@gtlaw.com
jmillman@hsgllp.com                         jennifer.bartlett@gtlaw.com
cbaigent@hsgllp.com
dfahrenthold@hsgllp.com

K. Nichole Nesbitt (Bar No. 26137)          Michael R. Sklaire (Bar. No. 16471)
Derek M. Stikeleather (Bar No. 27815)       Shirin Afsous (Bar No. 31319)
Goodell, DeVries, Leech & Dann, LLP         Greenberg Traurig, LLP
One South Street, 20th Floor                1750 Tysons Boulevard, Suite 1000
Baltimore, MD 21202                         Tysons Corner, VA 22102
(410) 783-4026                              Tel: (703) 749-1301
knn@gdldlaw.com                             michael.sklaire@gtlaw.com
dstikeleather@gdldlaw.com                   shirin.afsous@gtlaw.com

*Attorneys for Plaintiff/Counter-*          *Attorneys for Defendant/Counterclaimant*
*Defendant*                                 *Henry Schein One, LLC*
*National Electronic Attachment, Inc.*
*d/b/a Vyne Dental*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of August, 2026, copies of the foregoing Joint Motion to Extend Time to Answer were served through the CM/ECF System on all counsel of record.

_/s/ Vincent Levy_