## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,

      *Plaintiff/Counter-Defendant*,

    -against-

HENRY SCHEIN ONE, LLC,

      *Defendant/Counterclaimant*.

Case No. 1:25-cv-03246-MJM

## [PROPOSED] ORDER GRANTING
## JOINT MOTION FOR EXTENSION OF TIME TO ANSWER

The Court has considered the parties' Joint Motion for Extension of Time to Answer and finds that good cause exists for the requested extension.  Accordingly, the Court **GRANTS** the motion and hereby **ORDERS** that the parties' respective answers must be served on or before **August 28, 2026.**

    **IT IS SO ORDERED.**

 

_____
Hon. Matthew J. Maddox
United States District Judge