**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,

*Plaintiff/Counter-Defendant*,

-against-

HENRY SCHEIN ONE, LLC,

*Defendant/Counterclaimant*.

Case No. 1:25-cv-03246-MJM

**ORDER GRANTING**
**JOINT MOTION FOR EXTENSION OF TIME TO ANSWER**

The Court has considered the parties' Joint Motion for Extension of Time to Answer and finds that good cause exists for the requested extension. Accordingly, the Court **GRANTS** the motion and hereby **ORDERS** that the parties' respective answers must be served on or before **August 28, 2026.**

**IT IS SO ORDERED.**

Date: 8/13/2026

/S/
Hon. Matthew J. Maddox
United States District Judge