**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>Plaintiff / Counter-Defendant,<br><br>- against -<br><br>HENRY SCHEIN ONE, LLC,<br><br>Defendant / Counter-Plaintiff. | Case No. 1:25-cv-03246-MJM |

**DECLARATION OF KENTON MCDANIEL**

I, Kenton McDaniel, declare under penalty of perjury:

1. I am the Chief Information Security Officer (CISO) at HSOne. I submit this declaration in support of Henry Schein One, LLC's ("HSOne") Opposition in Response to National Electronic Attachment, Inc., d/b/a Vyne Dental's ("Vyne") Motion to Stay Injunction Pending Appeal and Request for Clarification of the Court's Injunctive Order ("Motion to Stay"). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration and if asked to testify as to these facts, I would be competent to do so.

2. I submit this declaration to present new evidence, uncovered in the last week, that Vyne is developing software to misappropriate HSOne's Dentrix encryption keys and write back to the Dentrix cloud-synced databases. This declaration also highlights the concrete harm Vyne's RPA scheme will cause HSOne.

**Vyne Is Developing a New Writeback Application that Misappropriates Encryption Keys Using a Misappropriated Dentrix Installation on Vyne's Systems**

3. As is standard in the software industry,[1] HSOne's Dentrix software generates telemetry that records access events on each installation.

4. Telemetry is a tool that automatically collects and transmits data from remote sources for monitoring and analysis. It is a standard data collection system for retrieving and analyzing information to gain insights into a system's performance. Software providers and other businesses use telemetry to monitor and analyze data for decision-making and performance optimization.[2]

5. HSOne uses Splunk. Splunk is a logging system that allows a company to ingest telemetry, logs, artifacts, and then run a number of different analyses of said logs. Splunk is an industry standard log aggregation tool that operates in the Cloud. A company feeds it its log files, and Splunk analyzes the data and generates detailed reports quickly.

6. Every Dentrix installation is associated with a serial number, which allows HSOne to identify the licensee or, alternatively, the unlicensed user using Dentrix without authorization. Each Splunk record identifies the file involved, the executable that requested it, the access rights requested, the machine using the software, the Dentrix version, and the serial number of the Dentrix installation. The attached screenshots are true and correct copies of Dentrix's telemetry output.

7. Vyne does not have any right to access Dentrix on its systems, or otherwise, because Vyne has not been granted access to any part of Dentrix by HSOne.

---

[1] *Telemetry 101: An Introduction to Telemetry*, Splunk, https://www.splunk.com/en_us/blog/learn/what-is-telemetry.html ("[T]elemetry systems are vital for any business…").
[2] *What is Telemetry?*, Proofpoint, https://www.proofpoint.com/us/threat-reference/telemetry.

8. A Dentrix installation cannot be completed unless the installing user accepts HSOne's Terms and Conditions. Dentrix Terms and Conditions authorize HSOne to collect telemetry data from any user of Dentrix. Based on telemetry data received by HSOne, Vyne appears to have installed Dentrix on machines Vyne owns or controls. Those installations run under a serial number HSOne has identified as Vyne's developer serial number.

9. On August 6, 2026, HSOne's telemetry recorded the event shown below. On a machine named "CHADR," running Dentrix version 25.25.2.48904 under serial number 079022-DFE85W91, an executable named vyne.wa.app.exe requested access to a file named **dtx.config**.

10. The executable ran from: C:\Users\chad.ruppert\Projects\worktrees\RPA\GG-301\src\Vyne.RPA.App\bin\Debug\net8.0-windows10.0.17763.0\Vyne.WA.App.exe. That path identifies what the program is. Read left to right, it runs through a developer's working directory named "RPA"; a subfolder named "GG-301," which is consistent with an internal work-item or ticket identifier; a source project named "Vyne.RPA.App," and finally "bin\Debug," the folder into which a compiler places a debug build. HSOne believes RPA refers to the term used in the industry for robotic process automation.

11. Both the working directory and the software project was named after Vyne. The path therefore shows a robotic process automation program, written by Vyne, under active development designed to access Dentrix, on a Vyne developer's own machine.




12. Dtx.config is HSOne's **encrypted Dentrix configuration file**. It holds the credential material Dentrix uses to derive the administrative credentials for a practice's database. An application cannot obtain those credentials without first reading that file. No Vyne product has been granted access to Dentrix by HSOne, and no Vyne product has any legitimate need to open dtx.config.

13. The screenshot below is a further record of the same executable running from the same path. HSOne's monitoring flags it as associated with a threat actor. That is a classification HSOne's detection tooling applies to executables that access protected Dentrix resources.




14. On August 14, 2026, HSOne ran the telemetry summary (screenshot below), which reports activity from Dentrix installations using Vyne's developer serial number. It shows vyne.wa.app.exe running from two directories on two different Vyne machines. The RPA naming appears on both machines. Vyne is developing this program on at least two machines at once.

15. The screenshot below shows the full name of the executable vyne.wa.app.exe Vyne is creating. It is called Vyne Writeback Assistant, with a directory path C:\ProgramData\Vyne\Vyne Writeback Assistant\current\Vyne.WA.App.exe. The WA appears to stand for "Writeback Assistant."

| | | |
|---|---|---|
| vyne.wa.app.exe | 25.25.2.48904 | C:\ProgramData\Vyne\Vyne Writeback Assistant\current\Vyne.WA.App.exe |

16. Writeback is the operation of writing data into the Dentrix database. Based on the name Vyne has given this application, the access to HSOne's encrypted credential file, the development activity recorded the exhibits and telemetry, it is my assessment that Vyne is building a tool to write data into the Dentrix database.

17. Vyne has not sought or obtained authorization from HSOne to access Dentrix, to read dtx.config, or to write to the Dentrix database.

**<u>Vyne's RPA Plans Will Cause HSOne Harm</u>**

18. Vyne has indicated that it wants to freely use Robotic Process Automation ("RPA") to access Dentrix. RPA would be a form of writeback that would create additional risks and vulnerabilities, including changing or deleting data (even unintentionally) and slowing Dentrix to the point it is no longer useful.

19. Although the unauthorized use of application programming interfaces ("API") can cause problems, the unauthorized use of RPA would be even more harmful than the unauthorized use of APIs.

20. A properly authorized and engineered API operates through a tunnel HSOne built and maintains. HSOne engineered the tunnel: it requires authentication at the entry point and it validates the input against the schema, enforces referential-integrity rules, and logs the transaction,

and rate-limits queries to protect performance. Vyne's unauthorized use of the API tunnel creates problems with these checks and validations.

21. RPA is like an unregulated construction: automation built on top of HSOne's user interface, outside any engineered pathway, without proper controls. The use of unauthorized API is like a trespasser using an existent road, refusing to pay the toll, and creating problems because of the uncontrolled usage. RPA is like a trespasser bulldozing their way through private property to reach a destination on the other side. RPA bypasses every one of HSOne's controls.

22. RPA does not authenticate anything: no schema validation, generation of auditable entries or logs, and it has the potential to work at rates far beyond the limitations imposed by APIs.

23. RPA bypasses Dentrix's application-layer form validators by injecting input at the Windows message level, skipping the focus and validation events those controls depend on. Required fields can be submitted empty, referential integrity checks can be completely bypassed, and the resulting records are indistinguishable from legitimate entries. HSOne has no mechanism to identify which records RPA corrupted versus which a practitioner created, which means there is no remediation path short of a full audit of every affected practice's database. RPA could, for example, modify a patient's prescription dosage without triggering the verification prompt the user interface requires of human users—without leaving any technical trace that the change came from automation rather than a human. Worse, the patient's medical record would show a dosage change attributed to whoever was logged in last. HSOne would have no way to identify the entry as automated.

24. Dentrix ties every write operation to the Dentrix user account active at the time of the operation. But RPA operations are logged identically to practitioner actions with no marker distinguishing a machine-generated entry from a human one. If Vyne's RPA modifies a clinical

note, alters a prescription, or clears a medical alert, the audit log attributes that action to whichever Dentrix user was logged in at the time. This destroys the evidentiary value of the audit trail for HIPAA compliance purposes, and means a practitioner can be held responsible for record alterations they did not make and have no way to disprove. HSOne and practitioners rely on the audit trail. Practitioners rely on the audits for not only resolving potential problems with the system but also for independent litigation purposes and for their own liability purposes.

25. Dentrix's user interface ("UI") event handlers—pieces of software that track user actions like clicks, key presses, and focus changes—are built around human-paced interaction. RPA injects input at machine speed, driving state transitions before prior states are resolved—that is, RPA injects input at machine speed, faster than the application's processing capabilities, which assume human speed and behavior. This causes race conditions in the message queue and will trigger application crashes, unresponsive states, and data entered into the wrong patient context when focus state is corrupted mid-sequence. Dentrix's load sequencing, which staggers module initialization to manage resource consumption, would be bypassed entirely. The result is widespread application failures across every endpoint running the automation, with no way for HSOne to distinguish RPA-induced crashes from ordinary support issues.

26. One potential scenario: the RPA enters a patient's name to open a record and immediately begins entering clinical information before the application has finished loading the intended patient's record which would lead to depositing the information into the *wrong* patient's chart. This error will not be visible, and an audit trail will point to the last Dentrix user, not an automation-generated error. Vyne's conduct will result in widespread application failures across every endpoint running the automation, and HSOne will have no way of distinguishing RPA-induced crashes from ordinary support issues.

27. RPA operates through Windows' built-in UIAutomation accessibility stack. HSOne cannot block UIAutomation without disabling legitimate accessibility functions of the operating system. Unlike prior Vyne access vectors where HSOne had a discrete technical control to deploy, there is no surgical way to block RPA access to Dentrix without blocking the application entirely. This means once Vyne deploys RPA at scale, HSOne has no remediation short of asking the Court to act.

28. RPA targets specific UI elements by position, label, or control identifier. Any User Interface (UI) or User Experience (UX) change HSOne makes for legitimate product reasons, such as reordering buttons, renaming fields, or restructuring a workflow, can cause Vyne's automation to act against the wrong interface. To illustrate, if HSOne changed the relative position of the buttons for prescriptions and appointments, Vyne's RPA would not know the difference—and if the RPA intended to interact with the appointment button, it would instead be interacting with the prescription button. The result would be the issuance of a prescription where the practitioner intended only for a scheduling update, generating a clinical action that was unintended and never authorized by anyone.

29. HSOne should have no obligation to freeze its UI to accommodate Vyne's tooling. HSOne has no way to predict how a given change will interact with automation scripts it has never seen. The result is that normal Dentrix product development becomes a source of unpredictable data entry errors that HSOne cannot anticipate or remediate. From the customer perspective, this will be an HSOne failure and will lead to loss of confidence and increased support burden.

30. Each of these harms compounds if other third parties follow Vyne's example. A single unauthorized RPA actor will cause corruption, race condition problems, audit-trail destruction, remediation problems, and customer reputation erosion described above. But *multiple*

unauthorized RPA actors, each operating against the same Dentrix interface without coordination, will only multiply those harms, and add new ones. Concurrent RPA scripts competing for the same UI elements will generate collisions and undefined behavior that HSOne cannot debug because it has no visibility into any of the scripts. The audit trail, already destroyed by a single RPA actor, becomes uninterpretable and worthless when several anonymous actors are injecting themselves simultaneously in automated fashion. And HSOne cannot block any one third party's RPA without disabling the same Windows accessibility infrastructure that all of them use, including legitimate accessibility software. The result is a Dentrix platform that is unauditable, unstable, and structurally compromised.

I declare under penalty of perjury of the laws of the United States that the foregoing facts and allegations are true and correct to the best of my knowledge, information and belief. Executed on this 18th of August, 2026, in Highland, Utah.

Respectfully submitted,

Kenton McDaniel