**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL

Plaintiffs,

- against –

HENRY SCHEIN ONE, LLC,

Defendant.

Case No. 1:25-cv-03246-MJM

**DECLARATION OF DAVID YOUSSEF IN SUPPORT OF HENRY SCHEIN ONE, LLC'S MOTION FOR PRELIMINARY INJUNCTION**

I, David Youssef, declare as follows:

1. I, David Youssef, submit this supplemental declaration to bring to the Court's attention:
   a. Ongoing and future risks to HSOne through Vyne's planned Robotic Process Automation ("RPA"); and
   b. Evolving tactics employed by Vyne to gain persistent, unauthorized access to HSOne's Dentrix system and the underlying data through newly implemented writeback techniques.
2. The facts set forth herein are within my personal knowledge and professional expert analysis.
3. **Robotic Process Automation.** In the July 31, 2026 ruling, the Court stated, referring to VyneSync, "the software continued to connect to the Dentrix system and maintained write-back functionality."[1] In noting damage and loss, the Court stated that Vyne "likely

[1] Document 189; p. 82

impaired the integrity and availability of data stored in the Dentrix system."[2] As I previously testified, data integrity and availability issues in the health delivery context can have severe negative impacts and can lead to negative patient outcomes.

4. In its August 11, 2026 Memorandum Of Law In Support Of Plaintiff's Motion For A Stay Pending Appeal And For Clarification," Vyne asks that Robotic Process Automation ("RPA") be excluded from the injunction. Based on my understanding of Vyne's continued attempts to circumvent HSOne's data protection controls, Vyne's use of RPA in this implementation would simply be another form of write-back, achieving the same desired outcome as with VyneSync and introducing the same, if not more severe, cybersecurity risks, including data integrity and availability.

5. RPA is a category of software technology that automates repetitive, rule-based tasks by programmatically interacting with application User Interfaces ("UIs"), attempting to mimic human-like behavior. RPA tools do not communicate with applications through published Application Programming Interfaces ("APIs") and mimic human operator actions, such as keystrokes and mouse events.

6. Write-back functionality in the context of a management system such as Dentrix refers to the capability of a software process, whether an RPA agent or other automated mechanism, to insert, modify, or delete data within an application's underlying database.

7. When RPA is used to perform write-back operations, it does so by driving an application's UI to navigate to a record, populate fields, and submit forms. This is unlike a properly authorized API, which would operate through a controlled pathway that requires authentication, validates input against defined schema, enforces referential

[2] Ibid.

integrity rules, logs transactions with metadata, and rate-limits queries (2026.08.18 [00200-001] Declaration of K. McDaniel, p. 5). RPA bypasses these controls.

8. In an appropriate, developmentally healthy environment implementing RPA, the RPA developer stays in lock-step with the UI and database changes made by the application team. Any changes made to the UI or database structure are communicated in advance and tested, with relevant updates then made to the RPA component. But in the case of Vyne, they would be developing RPA processes based on their own observations and assumptions, and are essentially asking that HSOne be forced to trust Vyne's RPA implementation to be error-proof. This is highly unlikely.

9. Consider the potential scenario based on real health data entry UI changes: HSOne updates its demographics forms related to the multiple fields for "legal sex" and "sex assigned at birth" in accordance with the changing guidelines set forth by USCDI.[3] Without proper testing and input validation, HSOne can only hope that Vyne updates its RPA capabilities to not input the wrong data into these now-modified fields. Or worse yet, it is forced to proactively communicate changes it is making to its own software to a third party such as Vyne.

10. The record established that Vyne has indicated its intent to use RPA to access the Dentrix database, which would constitute a form of write-back (2026.08.18 [00200-001] Declaration of K. McDaniel, p. 5). Vyne has described its proposed RPA as operating "through Dentrix itself, acting in the place of the Dentrix user on the same user interface, using all of Dentrix's existing rails." (2026.08.11 [00193-001] Memorandum in Support

[3] United States Core Data for Interoperability

of Motion to Stay, p. 26). While this description is not technically inaccurate, it understates the severity of the risks.

11. RPA injects input at the Window message level, bypassing Dentrix application-layer form validators by skipping focus and validation events. As a result, required fields can be submitted with no content, referential integrity checks can be bypassed, and the resulting database records would be indistinguishable from legitimate entries created by a human operator (2026.08.18 [00200-001] Declaration of K. McDaniel, p. 6). This is an inherent architectural consequence of how RPA interacts with Window-based applications.

12. In addition to bypassing application-layer validation controls, RPA can create race conditions and application crashes. This is because Dentrix's UI event handlers are designed around human-paced interaction. RPA injects input at machine speed, faster than the application's processing capabilities. This causes race conditions in the message queue and can trigger application crashes, unresponsive states, and unintended data modifications (2026.08.18 [00200-001] Declaration of K. McDaniel, p. 7).

13. The record documents concrete harms caused by Vyne's prior write-back activity through VyneSync, including race conditions and ledger errors, insertion of the string "911911911" into database fields causing QuickBill accounts to stop working, disruption of referential integrity, database performance degradation, and interference with HSOne's ability to disseminate software upgrades (2026.07.31 [00189-000] MEMORANDUM OPINION, pp. 82–83). HSOne's opposition summarized these findings as encompassing "actual overwrites, balance errors, referential-integrity problems, QuickBill interference, held-open connections, performance degradation, upgrade complications, and a persistent

write-capable connection." (2026.08.18 [00200-000] Response in Opposition to Motion to Stay, p. 14).

14. The Court recognized that the harm at issue is not limited to any specific technical pathway. At the April 14, 2026 hearing, the Court stated: "the harm . . . is broader than that. It's writing back in general because that's what the evidence showed caused data integrity issues and interferes with the functionality of HSOne's systems." (2026.08.18 [00200-000] Response in Opposition to Motion to Stay, p. 28). I agree with that characterization. The harm is a function of the uncoordinated write-back operation itself, not the specific mechanism by which it is accomplished.

15. Vyne's request is essentially a distinction without a difference in that they are continuing to rely on HSOne's ability to rectify database errors that are created and to deal with frustrated dental offices that call their customer help desk when the RPA process breaks.

16. But a significant problem here is that in these cases, HSOne would not have the ability to properly determine whether it is an actual human user error or an RPA-driven failure. Dentrix ties every write operation to the user account active at the time of the operation; however, RPA operations are logged identically to practitioner actions, with no marker distinguishing a machine-generated entry from a human one (2026.08.18 [00200-001] Declaration of K. McDaniel, p. 7). This destroys the evidentiary value of the audit trail, and as a result, Vyne's RPA technology will render the eventual errors created substantially more difficult to audit.

17. As I will detail below, HSOne's telemetry exports demonstrate that Vyne's existing applications have already generated more than 8.2 million access events against Dentrix

systems, and implementing RPA at this scale could result in significant harm to HSOne (Vyne Applications_2026-08-24 at 12.17.44-0600_Splunk.csv).

18. **Vyne's Continued Evolving Techniques for Write-Back.** Throughout this matter, and similar to my prior investigations of Advanced Persistent Threat ("APT") actor groups, I have continued to work with HSOne's security team to obtain relevant telemetry data to understand how Vyne is continuing in its efforts to maintain the ability to perform unauthorized write-back operations to Dentrix. Understanding the hacking techniques that Vyne continues to employ helps put into context the true risk of their RPA request.

19. HSOne leverages certain telemetry capabilities in its Dentrix deployments. As I have previously noted, this is standard practice among software providers. Telemetry aids software providers in detecting and diagnosing technical issues with their software, helps facilitate remediation when customers report issues, provides relevant data on application and feature usage, and helps in detecting fraud through identifying unlicensed installations. In this case specifically, HSOne obtains telemetry data on a nightly basis from the various deployments of Dentrix to HSOne's Splunk[4] environment for monitoring and investigation.

20. **Attribution to Vyne via Machine Serial Numbers.** HSOne's Dentrix telemetry specifically includes the monitoring of local access to the most sensitive Dentrix files and DLLs, notably dtx.config. This monitoring allows HSOne to identify whether there are instances of unauthorized tampering to the sensitive components of its software that could cause security incidents, breaches, and data integrity issues for its customers.

[4] Splunk is an industry standard log aggregation tool that operates in the cloud. Each Splunk record captures the following forensic data points for every access event: the file involved, the executable that requested access, the access rights requested, the machine using the software, the Dentrix version, and the serial number of the Dentrix installation.

Through continued monitoring of this telemetry, I understand that HSOne identified anomalous activity on what appears to be an instance of Dentrix running on Vyne development servers. HSOne identified this activity through the logged TenantID, which shows the serial number of the tenant. In this case, HSOne identified instances of Dentrix operating on a TenantID previously associated with Vyne systems, through their previous partnerships and information sharing.

| TenantID (Serial) | MachineID | LatestReport | MachineName |
|---|---|---|---|
| 079022-DFE85W91 | 04ae4b13-5d8e-4a9d-9ac9-fabc2b21dde3 | Aug 24, 2026 @ 07:49:10.091 | DIL-MPORTER |
| 079022-DFE85W91 | 6b42868d-5f5a-4c38-b4a3-4f0cf1323cd7 | Aug 24, 2026 @ 06:44:03.247 | DESKTOP-0U0I076 |
| 079022-DFE85W91 | 13255fc2-1a68-4a17-9f5b-f7e975f7d699 | Aug 24, 2026 @ 05:40:53.173 | EC2AMAZ-P817JMQ |
| 079022-DFE85W91 | 46c37033-21b0-437a-b723-25f933471ddc | Aug 24, 2026 @ 04:05:24.342 | EC2AMAZ-1PL1IIL |
| 079022-DFE85W91 | 4832ea77-1522-4712-b60b-ea2de0c3ccd8 | Aug 24, 2026 @ 02:25:00.355 | LR-TARIK-XPS |
| 079022-DFE85W91 | 1a5a940e-5ed4-478f-a8c7-61cc7828936b | Aug 24, 2026 @ 01:51:09.076 | LRS-SABRIJA-01 |
| 079022-DFE85W91 | 0ce3e2c1-af5e-4542-8f34-dd068c0ca335 | Aug 24, 2026 @ 00:05:06.436 | EC2AMAZ-8C69ID0 |
| 079022-DFE85W91 | 347f81de-0a92-45f1-9196-b6c6e50723e4 | Aug 23, 2026 @ 23:15:08.169 | EC2AMAZ-K1R28P0 |
| 079022-DFE85W91 | d188d7af-8ba3-4b13-ba11-a31c4a398370 | Aug 23, 2026 @ 23:10:07.095 | stage-test-05 |
| 079022-DFE85W91 | a56cdd57-8fe3-45a3-9301-36c9115a1ef8 | Aug 23, 2026 @ 22:49:04.005 | stage-test-02 |
| 079022-DFE85W91 | 6ae0783b-5038-4450-9e5c-a60782f77c20 | Aug 23, 2026 @ 22:23:04.030 | stage-test-01 |
| 079022-DFE85W91 | 3ecec9be-a59e-4606-a546-5cbac76a36f3 | Aug 23, 2026 @ 20:55:02.588 | EC2AMAZ-1OT2JMB |
| 079022-DFE85W91 | 30e17505-61c9-42af-8ac4-3df1d15d9df2 | Aug 19, 2026 @ 23:54:37.204 | Goran |
| 079022-DFE85W91 | 535f6a16-a7ce-4da1-ba94-095913950c02 | Aug 19, 2026 @ 10:19:59.254 | Brooks-Dragonfly |
| 079022-DFE85W91 | 0839ad4e-c296-4eb2-94c7-7683b9ba9302 | Aug 18, 2026 @ 22:10:03.719 | CHADR |

*Vyne Tenant Machines Short Summary.csv*

21. These serial numbers remain associated with Vyne-controlled machines and appear in the telemetry data when those machines access Dentrix components. The serial number identified as Vyne's developer serial number is 079022-DFE85W91 (Vyne-Developer-Serial-Number-Activity.csv). Access events recorded under this serial number are attributable to Vyne-controlled machines.

22. **Unauthorized Vyne Developer Activity.** I requested newly available telemetry data from HSOne for analysis, and received summary data from HSOne's Splunk tenant, an aggregate summary (requestor_file_matrix_revised.csv) and application data covering a

period of seven days prior to and including August 24, 2026 ( Vyne Applications_2026-08-24 at 12.17.44-0600_Splunk.csv).

23. I applied filters to the summarized data based on the MachineName field for machines that are associated with Vyne developers as opposed to HSOne dental office customers.

24. There are two specific items that drew my attention immediately:

    a. A previously undisclosed requestor process, Vyne.WA.App.exe, that is hitting the dtx.config file with file write permissions and appears to be related to ongoing RPA development within Vyne; and

    b. This previously undisclosed process, Vyne.WA.App.exe, is appearing on multiple machines that are not associated with legitimate Dentrix customers but with Vyne developer systems.

| Requestor | RequestorExe | File | Events | WriteInter | AccessMasks | AccessRights | Disposi | Machines | FirstSeen |
|---|---|---|---|---|---|---|---|---|---|
| C:\Users\chad.ruppert\Projects\worktrees\RPA\GG-226\src\Vyne.RPA.App\bin\Debug\net8.0- | Vyne.WA.App.exe | dtx.config | 18 | 0 | 0x120089 | FILE_WRITE_DATA\|FILE_WRITE_ATTRIBUTES\|\|\| | OPEN | CHADR | 7/1/2026 21:39 |
| C:\ProgramData\Vyne\Vyne Writeback Assistant\current\Vyne.WA.App.exe | Vyne.WA.App.exe | dtx.config | 17 | 0 | 0x120089 | FILE_WRITE_DATA\|FILE_WRITE_ATTRIBUTES\|\|\| | OPEN | STAGE-TEST-02 | 8/14/2026 9:18 |
| C:\Users\chad.ruppert\AppData\Local\Vyne.WA\current\Vyne.WA.App.exe | Vyne.WA.App.exe | dtx.config | 11 | 0 | 0x120089 | FILE_WRITE_DATA\|FILE_WRITE_ATTRIBUTES\|\|\| | OPEN | CHADR | 7/23/2026 18:37 |
| C:\Users\chad.ruppert\Projects\RPA\dtx_automation\src\Vyne.RPA.App\bin\Debug\net8.0-windows10.0.17763.0\Vyne.WA.App.exe | Vyne.WA.App.exe | dtx.config | 11 | 0 | 0x120089 | FILE_WRITE_DATA\|FILE_WRITE_ATTRIBUTES\|\|\| | OPEN | CHADR | 7/23/2026 18:08 |
| C:\Users\chad.ruppert\Projects\worktrees\RPA\telemetry-x601\src\Vyne.RPA.App\bin\Debug\net8.0- | Vyne.WA.App.exe | dtx.config | 10 | 0 | 0x120089 | FILE_WRITE_DATA\|FILE_WRITE_ATTRIBUTES\|\|\| | OPEN | CHADR | 7/31/2026 14:41 |
| C:\Users\chad.ruppert\Projects\worktrees\RPA\telemetry-x1001\src\Vyne.RPA.App\bin\Debug\net8.0- | Vyne.WA.App.exe | dtx.config | 9 | 0 | 0x120089 | FILE_WRITE_DATA\|FILE_WRITE_ATTRIBUTES\|\|\| | OPEN | CHADR | 8/4/2026 19:22 |
| C:\Users\chad.ruppert\Projects\worktrees\RPA\GG-301\src\Vyne.RPA.App\bin\Debug\net8.0- | Vyne.WA.App.exe | dtx.config | 9 | 0 | 0x120089 | FILE_WRITE_DATA\|FILE_WRITE_ATTRIBUTES\|\|\| | OPEN | CHADR | 8/6/2026 20:25 |
| C:\Users\chad.ruppert\Projects\worktrees\RPA\GG-304\src\Vyne.RPA.App\bin\Debug\net8.0- | Vyne.WA.App.exe | dtx.config | 9 | 0 | 0x120089 | FILE_WRITE_DATA\|FILE_WRITE_ATTRIBUTES\|\|\| | OPEN | CHADR | 8/3/2026 16:25 |
| C:\Users\SabrijaGolic\source\repos\dtx_automation\src\Vyne.RPA.App\bin\Debug\net8.0-windows10.0.17763.0\Vyne.WA.App.exe | Vyne.WA.App.exe | dtx.config | 7 | 0 | 0x120089 | FILE_WRITE_DATA\|FILE_WRITE_ATTRIBUTES\|\|\| | OPEN | LRS-SABRIJA-01 | 6/30/2026 13:22 |
| C:\Users\hasan\source\repos\vd\rpa\dtx_automation\src\Vyne.RPA.App\bin\Debug\net8.0-windows10.0.17763.0\Vyne.WA.App.exe | Vyne.WA.App.exe | dtx.config | 5 | 0 | 0x120089 | FILE_WRITE_DATA\|FILE_WRITE_ATTRIBUTES\|\|\| | OPEN | LR-TARIK-XPS | 7/16/2026 9:35 |
| C:\Users\chad.ruppert\Projects\worktrees\RPA\telemetry-x1002\src\Vyne.RPA.App\bin\Debug\net8.0- | Vyne.WA.App.exe | dtx.config | 4 | 0 | 0x120089 | FILE_WRITE_DATA\|FILE_WRITE_ATTRIBUTES\|\|\| | OPEN | CHADR | 8/13/2026 13:15 |
| C:\Users\hasan\AppData\Local\Vyne.WA\current\Vyne.WA.App.exe | Vyne.WA.App.exe | dtx.config | 3 | 0 | 0x120089 | FILE_WRITE_DATA\|FILE_WRITE_ATTRIBUTES\|\|\| | OPEN | LR-TARIK-XPS | 7/22/2026 9:05 |

*Requestor_file_matrix_revised.csv*

25. **Harm Analysis: RPA and Write-Back Functionality.** Evidence shows that Vyne.WA.App.exe, which sits under a RPA sub-folder on the developers' systems, appears to be Vyne's RPA application under development. We suspect the WA stands for "Write-back Assistant." On these developer systems, the unauthorized application has been accessing, or attempting to access, dtx.config with FILE_WRITE_DATA | FILE_WRITE_ATTRIBUTES access rights across multiple machines, indicating that the application is designed to open and interacted with the encrypted credential file in a manner that includes write capability (requestor_file_matrix_revised.csv).

26. Analysis of the telemetry data reveals a pattern across all Vyne-attributable access events, specifically the access rights FILE_WRITE_DATA | FILE_WRITE_ATTRIBUTES when accessing dtx.config (requestor_file_matrix_revised.csv). This is significant because it reflects that Vyne's executables are requesting write access, not just read access, to Dentrix's encrypted credential file. An application which needed only to read dtx.config in order to decrypt and use the credentials would not need to request FILE_WRITE_DATA access rights.

27. I also reviewed evidence of Vyne's in-development RPA project and validated that Vyne is developing an RPA application designed to access Dentrix. The RPA executable, Vyne.WA.App.exe, present on machines, including CHADR, LR-TARIK-XPS within directories with naming conventions that make it obvious that they are related to Vyne's ongoing RPA development. Furthermore, the source project is named Vyne.RPA.App, again supporting that this executable is related to the RPA project. The fact that Vyne's RPA application under active development attempted to access dtx.config on its first

recorded interaction with the Dentrix system is consistent with the application being designed to harvest administrative credentials as a precondition to performing write-back operations. This is the same credential-harvesting pattern that the Court found in connection with VyneSync's prior unauthorized access (2026.07.31 [00189-000] MEMORANDUM OPINION, p. 81).

28. This activity aligns not with a technology company attempting to implement software integration best practices, but with Advanced Persistent Threat ("APT") actor activity, forcing HSOne into a continuous cat-and-mouse game to protect its critical underlying systems from unauthorized activity and the negative impacts that could be caused to its customers as a result of that unauthorized activity.

29. I reserve the right to supplement this declaration as forensic analysis of this investigation continues.

30. I declare under penalty of perjury under the laws of the United States that the above declaration is true and correct.

Executed on August 26, 2026, in Staten Island, NY.

David J. Youssef

________________________________

David J. Youssef

Managing Director, Head of Incident Response, Americas

FTI Consulting, Inc.