**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>Plaintiff/Counter-Defendant,<br><br>- against –<br><br>HENRY SCHEIN ONE, LLC,<br><br>Defendant/Counter-Plaintiff. | **Case No. 1:25-cv-03246-MJM** |

**HENRY SCHEIN ONE'S NOTICE OF APPEAL**

Please take notice that Defendant/Counter-Plaintiff Henry Schein One, LLC ("HSOne") hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Court's July 31, 2026 Memorandum Opinion and Order (ECF Nos. 189 and 190) granting a preliminary injunction against HSOne and Plaintiff National Electronic Attachment, Inc. d/b/a Vyne Dental, along with all orders merged and incorporated therein that support in any way a grant of preliminary injunctive relief against HSOne and that limit HSOne's preliminary injunctive relief against Vyne.

Dated: August 28, 2026

Respectfully submitted,

**BURSHTEYN POLIN LLP**

By: */s/ Michael Burshteyn*

Michael Burshteyn *(pro hac vice)*
1212 Broadway Plaza, Suite 2100
Walnut Creek, CA 94596
Tel: (925) 238-3119
mike@burshteynpolin.com

**GREENBERG TRAURIG, LLP**

Marcelo Barros *(pro hac vice)*
Jennifer Bartlett *(pro hac vice)*
101 Second Street, Suite 2200
San Francisco, CA 94105
Tel: (415) 655-1300
marcelo.barros@gtlaw.com

Michael R. Sklaire (MD Fed. Bar No. 16471)
1750 Tysons Boulevard, Suite 1000
Tysons Corner, VA 22102
Tel: (703) 749-1308
Michael.sklaire@gtlaw.com
*Counsel for Defendant Henry Schein One, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of August, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Michael Burshteyn*
Michael Burshteyn