**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL,** | * | |
| **Plaintiff/Counter-Defendant,** | * | **Civ. No.: MJM-25-3246** |
| **v.** | * | |
| **HENRY SCHEIN ONE, LLC,** | * | |
| **Defendant/Counter-Plaintiff.** | * | |

* * * * * * * * * *

**ORDER**

Upon review and consideration of National Electronic Attachment, Inc.'s Motion to Stay Injunction Pending Appeal and for Clarification (ECF No. 193), and responses thereto, and because the Court has not yet determined reasonable bond amounts pursuant to Federal Rule of Civil Procedure 65(c), it is this 4th day of September, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that the Order of Preliminary Injunction (ECF No. 190-1, ¶ 8) is STAYED until further order of the Court.

/S/
Matthew J. Maddox
United States District Judge