# EXHIBIT A

| | |
|---|---|
| **From:** | Jack L. Millman |
| **To:** | Jennifer.Bartlett@gtlaw.com; mike@burshteynpolin.com |
| **Cc:** | Vincent Levy; Daniel Fahrenthold; Charlotte Baigent; knn@gdldlaw.com; Daniel K. Phillips; Marcelo.Barros@gtlaw.com; Candra.Connelly@gtlaw.com; Sydney.Parks@gtlaw.com; taylor@burshteynpolin.com; sophia@burshteynpolin.com |
| **Subject:** | RE: HSOne / Vyne - meet and confer |
| **Date:** | Friday, August 28, 2026 5:55:18 PM |
| **Attachments:** | image001.png |

Jennifer,

Vyne will agree to 2-hour remote depositions for each of Mr. Markus and Dr. Garibotti. We should have a proposal regarding the documents that Dr. Garibotti relied on by Monday.

Jack L. Millman
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8629 | Mobile: (702) 467-4161
425 Lexington Ave | New York, New York 10017 | hsgllp.com

**From:** Jennifer.Bartlett@gtlaw.com <Jennifer.Bartlett@gtlaw.com>
**Sent:** Friday, August 28, 2026 4:39 PM
**To:** Jack L. Millman <jmillman@hsgllp.com>; mike@burshteynpolin.com
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Charlotte Baigent <cbaigent@hsgllp.com>; knn@gdldlaw.com; Daniel K. Phillips <dphillips@hsgllp.com>; Marcelo.Barros@gtlaw.com; Candra.Connelly@gtlaw.com; Sydney.Parks@gtlaw.com; taylor@burshteynpolin.com; sophia@burshteynpolin.com
**Subject:** RE: HSOne / Vyne - meet and confer

Jack,

Please let us know if Vyne agrees to the depositions and producing documents.

Thanks,
Jennifer

**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP
2021 McKinney Avenue, Suite 2000 | Dallas, TX 75201
T +1 214.665.3729 | C +1 214.707.4688 | F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com | www.gtlaw.com | View GT Biography

**From:** Bartlett, Jennifer (Assoc-DAL-LT)
**Sent:** Thursday, August 27, 2026 11:52 AM

**To:** 'Jack L. Millman' <jmillman@hsgllp.com>; mike@burshteynpolin.com
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Charlotte Baigent <cbaigent@hsgllp.com>; knn@gdldlaw.com; Daniel K. Phillips <dphillips@hsgllp.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Connelly, Candra (Assoc-POR-LT) <Candra.Connelly@gtlaw.com>; Parks, Sydney (Assoc-NY-LT) <Sydney.Parks@gtlaw.com>; taylor@burshteynpolin.com
**Subject:** RE: HSOne / Vyne - meet and confer

Jack,

That is correct. HSOne will not be calling any witnesses.

Jennifer

**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP
2021 McKinney Avenue, Suite 2000 | Dallas, TX 75201
T +1 214.665.3729 | C +1 214.707.4688 | F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com | www.gtlaw.com | View GT Biography

---

**From:** Jack L. Millman <jmillman@hsgllp.com>
**Sent:** Thursday, August 27, 2026 11:14 AM
**To:** Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; mike@burshteynpolin.com
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Charlotte Baigent <cbaigent@hsgllp.com>; knn@gdldlaw.com; Daniel K. Phillips <dphillips@hsgllp.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Connelly, Candra (Assoc-POR-LT) <Candra.Connelly@gtlaw.com>; Parks, Sydney (Assoc-NY-LT) <Sydney.Parks@gtlaw.com>; taylor@burshteynpolin.com
**Subject:** RE: HSOne / Vyne - meet and confer

Jennifer,

Thank you, but would you please confirm that HSOne commits not to calling any witnesses at the hearing and does not reserve the right to do so? We cannot agree to an arrangement in which Vyne has transparently served its bond evidence months in advance and allowed depositions on it, without HSOne committing that it will not introduce witnesses at the bond hearing. That may be what you meant below, in which case please confirm when you are able.

Jack L. Millman
HOLWELL SHUSTER & GOLDBERG LLP

Office: (646) 837-8629 | Mobile: (702) 467-4161
425 Lexington Ave | New York, New York 10017 | hsgllp.com

---

**From:** Jennifer.Bartlett@gtlaw.com <Jennifer.Bartlett@gtlaw.com>
**Sent:** Wednesday, August 26, 2026 5:58 PM
**To:** Jack L. Millman <jmillman@hsgllp.com>; mike@burshteynpolin.com
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Charlotte Baigent <cbaigent@hsgllp.com>; knn@gdldlaw.com; Daniel K. Phillips <dphillips@hsgllp.com>; Marcelo.Barros@gtlaw.com; Candra.Connelly@gtlaw.com; Sydney.Parks@gtlaw.com; taylor@burshteynpolin.com
**Subject:** RE: HSOne / Vyne - meet and confer

Jack,

HSOne does not intend to present any witnesses. Please let us know if Vyne agrees to the depositions (2.5 hours each) and agrees to produce the materials Dr. Garibotti relied upon.

Thanks,
Jennifer

**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP
2021 McKinney Avenue, Suite 2000 | Dallas, TX 75201
T +1 214.665.3729 | C +1 214.707.4688 | F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com | www.gtlaw.com | View GT Biography

---

**From:** Jack L. Millman <jmillman@hsgllp.com>
**Sent:** Tuesday, August 25, 2026 6:26 PM
**To:** Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; mike@burshteynpolin.com
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Charlotte Baigent <cbaigent@hsgllp.com>; knn@gdldlaw.com; Daniel K. Phillips <dphillips@hsgllp.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Connelly, Candra (Assoc-POR-LT) <Candra.Connelly@gtlaw.com>; Parks, Sydney (Assoc-NY-LT) <Sydney.Parks@gtlaw.com>; taylor@burshteynpolin.com
**Subject:** RE: HSOne / Vyne - meet and confer

Jennifer,

I appreciate the response but that does not suffice. For instance, this leaves us in a position where Vyne could agree to a compromise on depositions, HSOne could conduct depositions, and then

HSOne could call one or more witnesses at the hearing that Vyne would not have had an opportunity to depose. By when can HSOne confirm whether or not it will call one or more witnesses at the bond hearing?

Jack L. Millman
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8629 | Mobile: (702) 467-4161
425 Lexington Ave | New York, New York 10017 | hsgllp.com

---

**From:** Jennifer.Bartlett@gtlaw.com <Jennifer.Bartlett@gtlaw.com>
**Sent:** Tuesday, August 25, 2026 12:28 AM
**To:** Jack L. Millman <jmillman@hsgllp.com>; mike@burshteynpolin.com
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Charlotte Baigent <cbaigent@hsgllp.com>; knn@gdldlaw.com; Daniel K. Phillips <dphillips@hsgllp.com>; Marcelo.Barros@gtlaw.com; Candra.Connelly@gtlaw.com; Sydney.Parks@gtlaw.com; taylor@burshteynpolin.com
**Subject:** RE: HSOne / Vyne - meet and confer

Jack,

HSOne does not intend to present a witness for the bond hearing but reserves its right to do so.

Thanks,
Jennifer

**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP
2021 McKinney Avenue, Suite 2000 | Dallas, TX 75201
T +1 214.665.3729 | C +1 214.707.4688 | F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com | www.gtlaw.com | View GT Biography

---

**From:** Jack L. Millman <jmillman@hsgllp.com>
**Sent:** Monday, August 24, 2026 2:57 PM
**To:** Michael Burshteyn <mike@burshteynpolin.com>; Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>
**Cc:** Vincent Levy <vlevy@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Charlotte Baigent <cbaigent@hsgllp.com>; knn@gdldlaw.com; Daniel K. Phillips <dphillips@hsgllp.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Connelly, Candra (Assoc-POR-LT) <Candra.Connelly@gtlaw.com>; Parks, Sydney (Assoc-NY-LT) <Sydney.Parks@gtlaw.com>; taylor@burshteynpolin.com
**Subject:** RE: HSOne / Vyne - meet and confer

Mike & Jennifer,

Congratulations Mike on the move!

We are considering your latest request, but we think it would be most efficient to have your position on what HSOne is doing with respect to witnesses and evidence for the bond hearing so that we can then schedule depositions as well (if needed) or, if necessary, ask for the Court's intervention. Once HSOne provides us this information, we are hopeful that the parties can reach agreement to avoid motion practice on the deposition and document issues.

We are not opposed to a status conference, so you should feel free to contact the Court to request one.

Jack L. Millman
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8629 | Mobile: (702) 467-4161
425 Lexington Ave | New York, New York 10017 | hsgllp.com

---

**From:** Michael Burshteyn <mike@burshteynpolin.com>
**Sent:** Monday, August 24, 2026 12:11 AM
**To:** Jennifer.Bartlett@gtlaw.com
**Cc:** Jack L. Millman <jmillman@hsgllp.com>; Vincent Levy <vlevy@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Charlotte Baigent <cbaigent@hsgllp.com>; knn@gdldlaw.com; Daniel K. Phillips <dphillips@hsgllp.com>; Marcelo.Barros@gtlaw.com; Candra.Connelly@gtlaw.com; Sydney.Parks@gtlaw.com; taylor@burshteynpolin.com
**Subject:** Re: HSOne / Vyne - meet and confer

Adding Taylor's new email, let's keep her copied as well.

--
Founding Partner
Burshteyn Polin LLP

On Sun, Aug 23, 2026 at 8:28 PM Michael Burshteyn <mike@burshteynpolin.com> wrote:

> Hi all, just in case you were wondering why Jenn copied this new email, this is the correct email for me going forward. Friday was my last day at GT. My college roommate/debate partner and I are starting a litigation boutique. In a sense, inspired by your firm and others like it. I remain lead trial counsel in this matter. You may need to whitelist the domain because it is new and could get caught in spam.
>
> Thank you, let's carry on with the battle.

Best,
Mike

--
Founding Partner
Burshteyn Polin LLP

On Sun, Aug 23, 2026 at 8:08 PM <Jennifer.Bartlett@gtlaw.com> wrote:

Jack,

These witnesses were not available for the hearing and submitted declarations in support for an over $148 million bond. We need at least 2.5 hours per witness. Please let us know if you will agree so that we do not have to burden the Court with motion practice.

We look forward to hearing your position on producing the documents upon which Dr. Garibotti relied. Please also let us know your position about requesting a status conference with the judge to discuss the hearing format; we can contact the Court to request it.

Thanks,
Jennifer

**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP
2021 McKinney Avenue, Suite 2000 | Dallas, TX 75201
T +1 214.665.3729 | C +1 214.707.4688 | F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com | www.gtlaw.com | View GT Biography

---

**From:** Jack L. Millman <jmillman@hsgllp.com>
**Sent:** Friday, August 21, 2026 3:14 PM
**To:** Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Vincent Levy <vlevy@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Charlotte Baigent <cbaigent@hsgllp.com>; knn@gdldlaw.com; Daniel K. Phillips <dphillips@hsgllp.com>
**Cc:** Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Connelly, Candra (Assoc-POR-LT) <Candra.Connelly@gtlaw.com>; Parks, Sydney (Assoc-NY-LT) <Sydney.Parks@gtlaw.com>; Tsan, Taylor (Para-SFO-IP-Tech) <Taylor.Tsan@gtlaw.com>
**Subject:** RE: HSOne / Vyne - meet and confer

Jennifer,

Thank you for conferring earlier today.

While we do not believe depositions are necessary or required for the bond hearing, to avoid a dispute, we are prepared to agree to one-hour remote depositions for Mr. Markus and Dr. Garibotti. However, we need to know what HSOne is doing with respect to witnesses and evidence for the bond hearing soon so that we can seek relief from the Court as appropriate and/or schedule depositions of any potential HSOne witness. Thus, please provide this information by August 26 so that we can then proceed to schedule depositions.

We are still considering your request for the documents that Dr. Garibotti relied on and plan to provide our position to you early next week. We will not reconsider our position on our AEO designations.

Jack L. Millman
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8629 | Mobile: (702) 467-4161
425 Lexington Ave | New York, New York 10017 | hsgllp.com

---

**From:** Jack L. Millman
**Sent:** Thursday, August 20, 2026 12:36 PM
**To:** Jennifer.Bartlett@gtlaw.com; Vincent Levy <vlevy@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Charlotte Baigent <cbaigent@hsgllp.com>; knn@gdldlaw.com; Daniel K. Phillips <dphillips@hsgllp.com>
**Cc:** Michael.Burshteyn@gtlaw.com; Marcelo.Barros@gtlaw.com; Candra.Connelly@gtlaw.com; Sydney.Parks@gtlaw.com; Taylor.Tsan@gtlaw.com
**Subject:** RE: HSOne / Vyne - meet and confer

Yes, that works, could you please send an invite

Jack L. Millman
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8629 | Mobile: (702) 467-4161
425 Lexington Ave | New York, New York 10017 | hsgllp.com

---

**From:** Jennifer.Bartlett@gtlaw.com <Jennifer.Bartlett@gtlaw.com>
**Sent:** Wednesday, August 19, 2026 8:08 PM
**To:** Jack L. Millman <jmillman@hsgllp.com>; Vincent Levy <vlevy@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Charlotte Baigent <cbaigent@hsgllp.com>; knn@gdldlaw.com; Daniel K. Phillips <dphillips@hsgllp.com>
**Cc:** Michael.Burshteyn@gtlaw.com; Marcelo.Barros@gtlaw.com; Candra.Connelly@gtlaw.com; Sydney.Parks@gtlaw.com; Taylor.Tsan@gtlaw.com
**Subject:** Re: HSOne / Vyne - meet and confer

Jack,

Would 10:15am ET work?

Thanks,
Jennifer

---

**From:** Jack L. Millman <jmillman@hsgllp.com>
**Sent:** Wednesday, 19 August 2026 17:00:14
**To:** Bartlett, Jennifer (Assoc-DAL-LT) <Jennifer.Bartlett@gtlaw.com>; Vincent Levy <vlevy@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Charlotte Baigent <cbaigent@hsgllp.com>; knn@gdldlaw.com <knn@gdldlaw.com>; Daniel K. Phillips <dphillips@hsgllp.com>
**Cc:** Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Connelly, Candra (Assoc-POR-LT) <Candra.Connelly@gtlaw.com>; Parks, Sydney (Assoc-NY-LT) <Sydney.Parks@gtlaw.com>; Tsan, Taylor (Para-SFO-IP-Tech) <Taylor.Tsan@gtlaw.com>
**Subject:** Re: HSOne / Vyne - meet and confer

***EXTERNAL TO GT***

Jennifer,

Would you have time Friday, preferably earlier in the day?

Jack L. Millman
HOLWELL SHUSTER & GOLDBERG LLP
Office: (646) 837-8629 | Mobile: (702) 467-4161
425 Lexington Ave | New York, New York 10017 | hsgllp.com

---

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Jennifer.Bartlett@gtlaw.com <Jennifer.Bartlett@gtlaw.com>
**Sent:** Wednesday, August 19, 2026 9:53 AM
**To:** Vincent Levy <vlevy@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Charlotte Baigent <cbaigent@hsgllp.com>; Jack L. Millman <jmillman@hsgllp.com>;

knn@gdldlaw.com <knn@gdldlaw.com>; Daniel K. Phillips <dphillips@hsgllp.com>
**Cc:** Michael.Burshteyn@gtlaw.com <Michael.Burshteyn@gtlaw.com>; Marcelo.Barros@gtlaw.com <Marcelo.Barros@gtlaw.com>; Candra.Connelly@gtlaw.com <Candra.Connelly@gtlaw.com>; Sydney.Parks@gtlaw.com <Sydney.Parks@gtlaw.com>; Taylor.Tsan@gtlaw.com <Taylor.Tsan@gtlaw.com>
**Subject:** RE: HSOne / Vyne - meet and confer

Counsel,

Please let us know when you are available this week for a meet and confer to discuss scheduling the depositions of Dr. Garibotti and Mr. Markus.

Thanks,
Jennifer

**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP
2021 McKinney Avenue, Suite 2000 | Dallas, TX 75201
T +1 214.665.3729 | C +1 214.707.4688 | F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com | www.gtlaw.com | View GT Biography

---

**From:** Bartlett, Jennifer (Assoc-DAL-LT)
**Sent:** Tuesday, August 18, 2026 8:04 AM
**To:** Vincent Levy <vlevy@hsgllp.com>; Daniel Fahrenthold <dfahrenthold@hsgllp.com>; Charlotte Baigent <cbaigent@hsgllp.com>; Jack L. Millman <jmillman@hsgllp.com>; Nikki Nesbitt <knn@gdldlaw.com>; Daniel K. Phillips <dphillips@hsgllp.com>
**Cc:** Burshteyn, Michael (Shld-SFO-IP-Tech) <Michael.Burshteyn@gtlaw.com>; Barros, Marcelo (Assoc-SFO-IP-Tech) <Marcelo.Barros@gtlaw.com>; Connelly, Candra (Assoc-POR-LT) <Candra.Connelly@gtlaw.com>; Parks, Sydney (Assoc-NY-LT) <Sydney.Parks@gtlaw.com>; Tsan, Taylor (Para-SFO-IP-Tech) <Taylor.Tsan@gtlaw.com>
**Subject:** HSOne / Vyne - meet and confer

Counsel:

We would like to schedule a meet and confer to discuss the depositions of Dr. Garibotti and Mr. Markus.

Are you available tomorrow afternoon? Perhaps sometime between 3 to 5pm ET?

Thanks,
Jennifer

**Jennifer Bartlett**
Litigation Associate

Greenberg Traurig, LLP
2021 McKinney Avenue, Suite 2000 | Dallas, TX 75201
T +1 214.665.3729 | C +1 214.707.4688 | F +1 214.665.3601
Jennifer.Bartlett@gtlaw.com | www.gtlaw.com | View GT Biography

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.