**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,

*Plaintiff*,

-against-

HENRY SCHEIN ONE, LLC,

*Defendant*.

Case No. 1:25-cv-03246

**[PROPOSED] ORDER REGARDING BOND HEARING**

Upon consideration of Plaintiff's Motion to Exclude Defendant's Witness at the Bond Hearing (the "Motion") filed by Plaintiff National Electronic Attachment, Inc. and any Opposition thereto, it is this ____ day of September, 2026, hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that, consistent with the parties' prior agreement, Defendant Henry Schein One, LLC shall not call any witnesses at the hearing on preliminary injunction bonds scheduled for September 24, 2026.

**IT IS SO ORDERED**

______________________________
Hon. Matthew J. Maddox
United States District Judge