IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL ELECTRONIC ATTACHMENT INC. *

vs. * Civil No. 25-CV-3246-MJM

HENRY SCHEIN ONE, LLC *

*****

ORDER SEALING COURT PROCEEDING

For good cause shown, it is, this 24th day of September 2026,

**ORDERED** that:

The proceeding(s) held on September 24, 2026 and any transcript which may be produced are sealed; and it is

**FURTHER ORDERED**

*Check One*

☐ The public docket shall not reflect entry of this order or of the occurrence of the sealed proceeding.

☐ The public docket shall reflect entry of this order but not the nature of the sealed proceeding.

☒ The public docket shall reflect entry of this order and the nature of the sealed proceeding.

Matthew J. Maddox
United States District Judge