**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL<br><br>Plaintiff / Counter-Defendant,<br><br>- against -<br><br>HENRY SCHEIN ONE, LLC,<br><br>Defendant / Counter-Plaintiff. | Case No. 1:25-cv-03246-MJM |

**ORDER REGARDING MOTION TO SEAL**

Upon consideration of the Motion to Seal ("Motion") filed by Defendant Henry Schein One, LLC ("HSOne"), it is this 24th day of September, 2026 hereby

ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that the Declaration of Kenton McDaniel filed in support of HSOne shall be SEALED until further order of the Court.

IT IS FURTHER ORDERED that HSOne is granted leave to file a redacted version on the public docket.

SO ORDERED.

/S/
Hon. Matthew J. Maddox
United States District Judge