**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL

Plaintiff/Counter-Defendant,

- against -

HENRY SCHEIN ONE, LLC,

Defendant/Counter-Plaintiff.

**Case No. 1:25-cv-03246-MJM**

**ORDER REGARDING MOTION TO SEAL**

Upon consideration of the Motion to Seal ("Motion") filed by Defendant/Counter-Plaintiff Henry Schein One, LLC ("HSOne"), it is this 24th day of September, 2026 hereby

ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that HSOne's Letter dated September 8, 2026, and docketed at ECF No. 218 shall be SEALED until further order of the Court.

IT IS FURTHER ORDERED that HSOne shall not be required to file a redacted version of the Letter on the public docket.

SO ORDERED.

/S/
Hon. Matthew J. Maddox
United States District Judge