**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL,** | * | |
| **Plaintiff/Counter-Defendant,** | * | **Civ. No.: MJM-25-3246** |
| **v.** | * | |
| **HENRY SCHEIN ONE, LLC,** | * | |
| **Defendant/Counter-Plaintiff.** | * | |

* * * * * * * * * *

**ORDER**

For reasons stated on the record during the bond hearing on September 24, 2026, it is by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The administrative stay of the preliminary injunction (*see* ECF Nos. 190-1 and 216-1) is EXTENDED until the U.S. Court of Appeals for the Fourth Circuit issues a decision on the motion for stay pending appeal filed with that court;
2. The 45-day compliance period provided in the preliminary injunction (*see* ECF No. 190-1, ¶ 8.c) SHALL BEGIN on the date the stay expires or is lifted;
3. Henry Schein One, LLC SHALL POST a bond in the amount of $7,314,098.00 and file bond documentation with the Court no later than seven days after the expiration or lifting of any stay of the preliminary injunction;
4. The parties' motions to schedule hearings on their motions for temporary restraining orders and preliminary injunctions (ECF Nos. 64 and 70) are TERMINATED as moot, as the Court has conducted multiple hearings on those motions;

5. National Electronic Attachment, Inc.'s motion to sequester witnesses (ECF No. 113) was GRANTED orally in open court on February 10, 2026;
6. Henry Schein One, LLC's sealed motion to strike or for discovery (ECF No. 181) is DENIED;
7. The parties are authorized to conduct a Fed. R. Civ. P. 26(f) conference and SHALL FILE a proposed schedule for this case no later than **October 1, 2026**;
8. The parties SHALL FILE no later than **October 1, 2026**, notice of their position(s) on whether the Court's sealed Order dated September 14, 2026 (ECF No. 230), and the Court's oral ruling on the preliminary injunction bond during the sealed hearing on September 24, 2026, may be unsealed;

It is so ORDERED this 24th day of September, 2026.

/S/
Matthew J. Maddox
United States District Judge