**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **NATIONAL ELECTRONIC ATTACHMENT, INC., d/b/a VYNE DENTAL,** | * | |
| **Plaintiff/Counter-Defendant,** | * | **Civ. No.: MJM-25-3246** |
| **v.** | * | |
| **HENRY SCHEIN ONE, LLC,** | * | |
| **Defendant/Counter-Plaintiff.** | * | |

* * * * * * * * * *

**ORDER**

On July 31, 2026, the Court issued a Memorandum Opinion and Order providing partial preliminary injunctive relief in favor of each party and against each party. *See* ECF Nos. 189 & 190-1. This matter came before the Court for a bond hearing on September 24, 2026, to determine appropriate bond amounts for the preliminary injunction. *See* ECF Nos. 189 & 190-1. After the hearing, the Court entered an Order requiring Henry Schein One, LLC to post a bond for the partial preliminary injunctive relief it was granted against National Electronic Attachment, Inc. ECF No. 237. At the hearing, Henry Schein One, LLC did not present any evidence or oral argument to support any request for a security on the preliminary injunction entered against it. The Court finds that any costs associated with Henry Schein One, LLC's compliance with the preliminary injunction are likely de minimis. Therefore, the Court will order only a nominal bond for the partial preliminary injunctive relief granted in favor of National Electronic Attachment, Inc.

Accordingly, it is by the United States District Court for the District of Maryland, hereby ORDERED that National Electronic Attachment, Inc. SHALL POST A BOND not less than $1,000 with the Clerk of the Court no later than seven days after the expiration or lifting of any stay of the preliminary injunction.

It is so ORDERED this 25th day of September, 2026.

/S/
Matthew J. Maddox
United States District Judge