# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC. D/B/A VYNE DENTAL,<br>*Plaintiff*,<br>-against-<br>HENRY SCHEIN ONE, LLC,<br>*Defendant*. | Case No. 1:25-cv-03246 |

**PLAINTIFF NATIONAL ELECTRONIC ATTACHMENT, INC. D/B/A VYNE DENTAL'S PROPOSED CASE SCHEDULE**

- **Deadline to Serve Rule 26(a) Initial Disclosures:** October 15, 2026
- **Deadline to Submit Proposed Protective Order(s):** October 16, 2026
- **Deadline to Submit Proposed Order(s) for the Exchange of Electronically Stored Information (ESI):** October 23, 2026
- **Substantial Completion of Document Discovery:** January 29, 2027
- **Exchange of Privilege Logs:** February 15, 2027
- **Completion of Fact Depositions:** March 31, 2027
- **Close of Fact Discovery:** March 31, 2027
- **Exchange of Opening Expert Reports[1]:** April 30, 2027
- **Exchange of Rebuttal Expert Reports[2]:** May 31, 2027
- **Completion of Expert Depositions:** June 30, 2027

[1] Opening expert reports refer to reports on all elements of any claim, counterclaim, or affirmative defense for which the party submitting the expert report bears the burden of proof.
[2] Rebuttal expert reports refer to responses to opening expert reports, as defined above.

- **Close of Expert Discovery:** June 30, 2027
- **Deadline to File Motions for Summary Judgment:** July 30, 2027
- **Trial[3]:** Late 2027, or the Court's earliest possible availability following disposition of the motions for summary judgment

The above deadlines may be modified by agreement of the parties, with the exception of the deadlines for close of fact discovery, close of expert discovery, and motions for summary judgment, modification of which requires Court order.

Default discovery provisions shall be modified as follows: (1) each party shall have fourteen (14) days to respond to the opposing party's requests for production, interrogatories, and requests for admission; (2) each party shall have 70 total deposition hours for party and non-party fact witnesses, with each deposition limited to 1 day of 7 deposition hours; and (3) each party shall have up to 7 deposition hours for each expert witness identified by the other party. The modifications in this paragraph can be further modified by written agreement of the parties or by the Court upon a showing of good cause.

---

[3] Following the Court's setting of a trial date, the parties shall submit an amended proposed scheduling order with deadlines for pretrial submissions including motions in limine.