# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

NATIONAL ELECTRONIC ATTACHMENT, INC. D/B/A VYNE DENTAL,

*Plaintiff/Counter-Defendant*,

-against-

HENRY SCHEIN ONE, LLC,

*Defendant/Counter-Claimant*.

Case No. 1:25-cv-03246

**DEFENDANT HENRY SCHEIN ONE, LLC'S PROPOSED CASE SCHEDULE**

- **Deadline to Serve Rule 26(a) Initial Disclosures:** December 4, 2026
- **Deadline to Submit Proposed Protective Order(s):** December 4, 2026
- **Deadline to Submit Proposed Order(s) for the Exchange of Electronically Stored Information (ESI):** December 4, 2026
- **Substantial Completion of Document Discovery:** August 6, 2027
- **Exchange of Privilege Logs:** August 20, 2027
- **Completion of Fact Depositions:** November 1, 2027
- **Close of Fact Discovery:** November 1, 2027
- **Exchange of Opening Expert Reports[1]:** October 15, 2027
- **Exchange of Rebuttal Expert Reports[2]:** November 12, 2027

[1] Opening expert reports refer to reports on all elements of any claim, counterclaim, or affirmative defense for which the party submitting the expert report bears the burden of proof.
[2] Rebuttal expert reports refer to responses to opening expert reports, as defined above.

- **Completion of Expert Depositions:** January 28, 2028
- **Close of Expert Discovery:** January 28, 2028
- **Deadline to File Motions for Summary Judgment:** February 25, 2028
- **Trial:** Spring or Summer 2028

HSOne additionally proposes:

- Discovery shall be phased, with the first phase limited to (1) discovery concerning the claims of unauthorized access and (2) communications and marketing materials; and the second phased focused on the damages related to the access and communications;
- Each party shall have thirty (30) days to respond to the opposing party's requests for production, interrogatories, and requests for admissions as set forth in Fed. R. Civ. P. 33, 34, and 36, respectively; and
- Each party shall have one-hundred twenty (120) total deposition hours for party and non-party fact witnesses and seven (7) total deposition hours for each expert that the other party identities, subject to a showing of good cause for additional deposition hours, with each deposition limited to 1 day of 7 hours.