**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

NATIONAL ELECTRONIC ATTACHMENT, INC. D/B/A VYNE DENTAL,

*Plaintiff/Counter-Defendant*,

-against-

HENRY SCHEIN ONE, LLC,

*Defendant/Counter-Claimant*.

Case No. 1:25-cv-03246-MJM

**PLAINTIFF'S MOTION TO ENFORCE**
**THE PRELIMINARY INJUNCTION AGAINST DEFENDANT**

Plaintiff National Electronic Attachment, Inc. d/b/a Vyne Dental ("Vyne") brings this motion to enforce the Court's preliminary injunction against Defendant Henry Schein One, LLC ("HSOne"). As detailed in the annexed Memorandum of Law, Vyne has learned that HSOne has acted contrary to the injunction, and HSOne's counsel declined to confirm that such conduct would cease or to take corrective action. Vyne therefore respectfully requests that the Court enforce its preliminary injunction order, Dkt. 190, by issuing a directive that HSOne: (1) confirm that it will not interfere with Vyne's print driver or disable Vyne's software in violation of the Court's order; (2) not communicate to customers that it intends to take such actions; (3) submit to Vyne, within 7 days, a list of customers who have received such messaging since the Court's July 31 order and a draft corrective notice to send them; and (4) send all its Dentrix customers a communication approved by Vyne or the Court stating that the Court has enjoined HSOne from "disabl[ing] any Vyne Dental software and/or software functions operating on dental practices' computers."

Dated: October 16, 2026

Respectfully submitted,

*/s/ Vincent Levy*
Vincent Levy (*pro hac vice*)
Jack Millman (*pro hac vice*)
Charlotte Baigent (*pro hac vice*)
Daniel Fahrenthold (*pro hac vice*)
Claire Fieldman (*pro hac vice*)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
(646) 837-5151
vlevy@hsgllp.com

K. Nichole Nesbitt (Bar No. 26137)
Derek M. Stikeleather (Bar No. 27815)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4026
knn@gdldlaw.com
dstikeleather@gdldlaw.com

*Counsel for Plaintiff National Electronic Attachment, Inc. d/b/a Vyne Dental*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October 2026, Plaintiff's Motion to Enforce the Preliminary Injunction Against Defendant was filed via the Court's ECF system and served upon all counsel of record.

Respectfully submitted,

*/s/ K. Nichole Nesbitt*
K. Nichole Nesbitt (Bar No. 26137)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4026
knn@gdldlaw.com

*Counsel for Plaintiff National Electronic Attachment, Inc. d/b/a Vyne Dental*