**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,<br>*Plaintiff/Counter-Defendant*,<br>-against-<br>HENRY SCHEIN ONE, LLC,<br>*Defendant/Counter-Plaintiff*. | Case No. 1:25-cv-03246-MJM |

**UNOPPOSED MOTION TO EXTEND TIME TO OPPOSE MOTION TO ENFORCE PRELIMINARY INJUNCTION**

Defendant/Counter-Plaintiff Henry Schein One, LLC ("HSOne") hereby moves this Court to extend the time in which HSOne may file its opposition to the Motion to Enforce the Preliminary Injunction Against Defendant, filed by Plaintiff/Counter-Defendant National Electronic Attachment, Inc. d/b/a Vyne Dental ("Vyne"). Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 105.9, HSOne moves as follows:

On October 16, 2026, Vyne filed its Motion to Enforce the Preliminary Injunction Against Defendant (ECF No. 250).

On October 28, 2026, Vyne filed a Notice Regarding Plaintiff's Motion to Enforce the Preliminary Injunction Against Defendant, with accompanying exhibits, supplementing its motion (ECF No. 253).

HSOne's current deadline to file its opposition to Vyne's Motion to Enforce the Preliminary Injunction Against Defendant is October 30, 2026. *See* L.R. 105.2. HSOne respectfully requests

that the Court grant HSOne a brief extension of time until November 4, 2026, to file its opposition. On October 28, 2026, counsel for Vyne agreed to this request.

Good cause exists for this five-day extension because the supplemental submission was filed two days before the existing opposition deadline. The extension will permit HSOne to address ECF No. 250 and the supplemental submission (ECF No. 253) together. Neither party will be prejudiced by this extension.

Accordingly, HSOne respectfully requests the Court's approval of the extension of time detailed herein. A Proposed Order granting this Motion is submitted herewith.

Dated: October 30, 2026

Respectfully submitted,

*/s/ Michael Burshteyn*___________
Michael Burshteyn (*pro hac vice*)
BURSHTEYN POLIN LLP
1212 Broadway Plaza, Suite 2100
Walnut Creek, CA 94596
Telephone: (925) 238-3119
mike@burshteynpolin.com

Jonathan Williamson (*pro hac vice*)
BURSHTEYN POLIN LLP
1212 Broadway Plaza, Suite 2100
Walnut Creek, CA 94596
Telephone: (925) 238-3119
jon@burshteynpolin.com

Jennifer Bartlett (*pro hac vice*)
GREENBERG TRAURIG, LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 665-3729
Facsimile: (214) 665-3601
Jennifer.Bartlett@gtlaw.com

*Attorneys for Defendant/Counter-Plaintiff*
*Henry Schein One, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 30, 2026, the foregoing Unopposed Motion to Extend Time to Oppose Motion to Enforce Preliminary Injunction was filed through the Court's CM/ECF system and served on all counsel of record.

*/s/ Michael Burshteyn*
Michael Burshteyn