**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL ELECTRONIC ATTACHMENT, INC., D/B/A VYNE DENTAL,<br>*Plaintiff/Counter-Defendant,*<br>-against-<br>HENRY SCHEIN ONE, LLC,<br>*Defendant/Counter-Plaintiff.* | Case No. 1:25-cv-03246-MJM |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO OPPOSE MOTION TO ENFORCE PRELIMINARY INJUNCTION**

The Court has considered the Unopposed Motion to Extend Time to Oppose Motion to Enforce Preliminary Injunction and finds good cause exists for the requested extension. Accordingly, the Court **GRANTS** Henry Schein One, LLC's Motion to Extend Time and hereby **ORDERS** the following extension of time:

The deadline for Henry Schein One, LLC to file its opposition to the Motion to Enforce the Preliminary Injunction Against Defendant (ECF No. 250) is extended to **November 4, 2026**.

**IT IS SO ORDERED.**

DATE: 11/2/26

/S/
______________________________
Hon. Matthew J. Maddox
United States District Judge